THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>          Defendant. | No. 2:14-CV-01038-MJP<br><br>**AMAZON.COM, INC.'S<br>MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, October 3, 2014<br><br>ORAL ARGUMENT REQUESTED |

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## TABLE OF CONTENTS

I.    INTRODUCTION .................................................................................................. 1

II.   FACTUAL BACKGROUND ................................................................................. 4

III.  ARGUMENT ........................................................................................................ 6

    A.    Legal Standard for Motion to Dismiss..................................................... 6

    B.    The Allegations in the Complaint Fail to State a Claim .......................... 8

        1.    The Complaint Should Be Dismissed Because the Commission
              Asks the Court to Hold Amazon to a New and Unjustified Legal
              Standard ........................................................................................... 8

              a.    The FTC Act Does Not Require Express Informed Consent
                    Each Time a Charge Is Incurred to an Account............................ 8

              b.    Prior Unfair Billing Cases Have Found Practices to Be
                    Unfair  Because Customers Never Authorized Transactions
                    At All ........................................................................................ 10

        2.    The Complaint Should Be Dismissed Because Its Allegations  Fail
              to Satisfy the Requirements of 15 U.S.C. § 45(n) ................................. 12

              a.    The Complaint Fails to Allege Facts Showing Substantial
                    Injury...................................................................................... 12

               b.    The Complaint Fails to Allege That Any Purported
                    Consumer Injury Was Not Reasonably Avoidable..................... 18

                  (i)    Any Injury Was Avoidable Before Charges Were
                      Incurred ......................................................................... 19

                  (ii)   Amazon Customers Could Reasonably Mitigate
                      Any Injury After Charges Were Incurred ....................... 20

               c.    The Complaint Fails to Sufficiently Allege that the
                    Purported Harm Outweighs Countervailing Benefits................. 21

    C.    There Is No Basis for Injunctive Relief ............................................... 23

IV.   CONCLUSION.................................................................................................. 24

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

# TABLE OF AUTHORITIES

**Federal Cases**

*Amazon.com, Inc. v. Barnesandnoble.com, Inc.*,
  73 F. Supp. 2d 1228 (W.D. Wash. 1999), *rev'd on other grounds* 239 F.3d
  1343 (Fed. Cir. 2001).................................................................................................5, 22

*Ashcroft v. Iqbal*,
  556 U.S. 662 (2009).................................................................................................6

*Bell Atl. Corp. v. Twombly*,
  550 U.S. 544 (2007).................................................................................6, 7, 21, 22

*Daniels-Hall v. Nat'l Educ. Ass'n*,
  629 F.3d 992 (9th Cir. 2010) ...................................................................................7

*FTC v. Commerce Planet, Inc.*,
  878 F. Supp. 2d 1048 (C.D. Cal. 2012) ...................................................................11

*FTC v. Crescent Publishing Group, Inc.*,
  129 F. Supp. 2d 311 (S.D.N.Y. 2001).....................................................................11

*FTC v. Evans Prods. Co.*,
  775 F.2d 1084 (9th Cir. 1985) ................................................................................23

*FTC v. Ideal Fin. Solutions, Inc.*,
  No. 2:13-cv-00143-JAD-GWF, 2014 WL 2565688 (D. Nev. June 5, 2014) .........11

*FTC v. Inc21.com Corp.*,
  688 F. Supp. 2d 927 (N.D. Cal. 2010) ....................................................................10

*FTC v. Inc21.com Corp.*,
  745 F. Supp. 2d 975 (N.D. Cal. 2010), *aff'd*, 475 F. App'x 106 (9th Cir. 2012) ...................10

*FTC v. J.K. Publications, Inc.*,
  99 F. Supp. 2d 1176 (C.D. Cal. 2000) ..............................................................10, 11

*FTC v. Merchant Servs. Direct, LLC*,
  No. 13-CV-0279-TOR, 2013 WL 4094394 (E.D. Wash. Aug. 13, 2013)..............24

*FTC v. Neovi, Inc.*,
  604 F.3d 1150 (9th Cir. 2010) ................................................................................18

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – ii

**TABLE OF AUTHORITIES**
(continued)

*FTC v. Wells*,
    385 F. App'x 712 (9th Cir. 2010) ..........................................................................11

*Haskins v. Symantec Corp.*,
    No. 13-CV-01834-JST, 2013 WL 6234610 (N.D. Cal. Dec. 2, 2013) ......................7

*Imber-Gluck v. Google, Inc.*,
    No. 5:14-CV-01070-RMW, 2014 WL 3600506 (N.D. Cal. July 21, 2014) .......14, 15

*Knievel v. ESPN*,
    393 F.3d 1068 (9th Cir. 2005) .................................................................................7

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*,
    475 U.S. 574 (1986).............................................................................................7, 22

*Meyer v. Holley*,
    537 U.S. 280 (2003)..................................................................................................12

*Mollett v. Netflix, Inc.*,
    No. 5:11-CV-01629-EJD, 2012 WL 3731542 (N.D. Cal. Aug. 17, 2012).............15

*Orkin Exterminating Co. v. FTC*,
    849 F.2d 1354 (11th Cir. 1988) ..............................................................................18

*Steckman v. Hart Brewing, Inc.*,
    143 F.3d 1293 (9th Cir. 1998) ..................................................................................7

*Stieger v. Chevy Chase Sav. Bank, F.S.B.*,
    666 A.2d 479 (D.C. Cir. 1995) ...............................................................................14

*United States v. Ritchie*,
    342 F.3d 903 (9th Cir. 2003) ....................................................................................7

**State Cases**

*King v. Riveland*,
    125 Wn.2d 500, 886 P.2d 160 (1994)......................................................................13

*Mich. Nat'l Bank v. Olson*,
    44 Wn. App. 898, 723 P.2d 438 (1986)...................................................................14

*Ranger Ins. Co. v. Pierce Cnty.*,
    164 Wn.2d 545, 192 P.3d 886 (2008)......................................................................13

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – iii

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

# TABLE OF AUTHORITIES
## (continued)

**Federal Statutes**

15 U.S.C. § 45 (Section 5 of the FTC Act) .................................................................. *passim*

15 U.S.C. § 45(n) ...................................................................................................... *passim*

Children's Online Privacy Protection Act, 15 U.S.C. § 6502(b)(1) .........................................9, 10

Electronic Fund Transfer Act, 15 U.S.C. § 1693a(12)(A)...................................................14

Restore Online Shoppers' Confidence Act, 15 U.S.C. § 8403 ...................................................8, 9

Truth in Lending Act, 15 U.S.C. § 1602(p) ...................................................................14

**Rules**

Fed. R. Civ. P. 12(b)(6)........................................................................................4, 6

**Regulations**

16 C.F.R. § 310.4(a)(7)........................................................................................9

16 C.F.R. § 312.5 ...............................................................................................10

76 Fed. Reg. 59804 (Sept. 27, 2011) ...........................................................................10

**Other Authorities**

140 Cong. Rec. H6162-01 (daily ed. July 25, 1994) ...................................................7

Dep't of Justice and Fed. Trade Comm'n, Antitrust Enforcement and Intellectual
Property Rights:  Promoting Innovation and Competition (2007)...........................................21

Dep't of Justice and Fed. Trade Comm'n, Antitrust Guidelines for the Licensing
of Intellectual Property  (1995)................................................................................21

Restatement (Second) of Agency...................................................................................13

Restatement (Third) of Agency ...................................................................................13

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – iv

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

# I.   INTRODUCTION

With this action, the Federal Trade Commission seeks to impose new standards to govern retroactively the now-common practice of "in-app purchasing" – purchasing digital content through games and other applications ("apps") on mobile devices such as tablets and phones.  The Complaint's single count for "Unfair Billing of In-App Charges" under Section 5 of the FTC Act does not rely on the legal standard historically applied to "Unfair Billing" allegations under Section 5.  Instead, it impermissibly seeks to change the law and asks the Court to apply those changes retroactively to "resci[nd] or reform[ Amazon's] contracts" and require "disgorgement of ill-gotten monies."  Because Congress has expressly limited the FTC's right to engage in such "legislation by litigation," and because the Commission fails to allege facts sufficient to state a claim under the correct legal standards, the Complaint should be dismissed.

The legal test for unfair billing is the same today as when Amazon launched its Appstore less than three years ago.  To be unfair under Section 5, the charges at issue must be *unauthorized*.  The Complaint nods superficially to the correct "authorization" standard, Compl. ¶¶ 8, 28-30, but its allegations reveal that the Commission seeks to hold Amazon to different and higher standards.  The FTC alleges that parents are sometimes surprised by what children do with the mobile devices they entrust to them, and its solution is to change the law that governs parental authorization of children's actions, a device user's authorization of a charge, or both.  Thus, instead of alleging facts necessary to state a claim that children did not have actual or apparent authority to incur charges on their parents' accounts or that Amazon failed to obtain the user's authorization for the in-app charges, the Commission contends that Amazon violated Section 5 because it did not override Amazon's famous 1-Click purchasing method and obtain "express informed consent" from the parent *each time* a user who might be a child subsequently made an in-app purchase on the parent's mobile device.  *See, e.g.*, Compl. ¶ 33 ("In numerous instances, Defendant has billed parents and other Amazon account holders for children's activities in apps that are likely to be used by children without having obtained the

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 1

*account holders' express informed consent*.") (emphasis added); *see also id.* ¶¶ 8, 27.  That is not, and has never been, the standard.

As Congress directed explicitly with the addition of 15 U.S.C. § 45(n) to the FTC Act, the Commission may not impose that new standard in this action.  Section 45(n) is clear: "The Commission shall have no authority . . . to declare unlawful an act or practice on the grounds that such act or practice is unfair unless the act or practice [1] causes or is likely to cause substantial injury to consumers which is [2] not reasonably avoidable by consumers themselves and [3] not outweighed by countervailing benefits to consumers or to competition."  15 U.S.C. § 45(n); *see* Compl. ¶¶ 32, 34.  Because the Commission pled the wrong standard in contravention of that congressional direction and now impermissibly seeks to hold Amazon's past conduct to that new standard, the Complaint should be dismissed.

Moreover, even were the Complaint not permeated by that fatal defect, its allegations and the documents it incorporates by reference, *id.* ¶¶ 15-23, demonstrate that the Commission has failed to establish that consumers suffered substantial injury, that the alleged harm was not reasonably avoidable by consumers, or that it was not outweighed by countervailing benefits to consumers or to competition.

First, the allegations in the Complaint are insufficient to show substantial injury because they cannot support a finding of cognizable injury.  Application of traditional common law agency principles to the allegations and documents referenced in the Complaint demonstrates that the in-app purchases at issue were authorized by Amazon account holders. The FTC does not dispute, and indeed its own allegations grudgingly concede, that parents authorized their children's app usage and that, at the time that each relevant app was downloaded, Amazon notified customers of the availability of in-app purchasing with 1-Click, whether they made those purchases themselves or allowed their children to use their devices. Amazon's Appstore Terms of Use also expressly notified customers that some apps offer in-app purchasing content, and its Conditions of Use informed parents that they are responsible for

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

charges incurred by children they entrust with their mobile devices should they not take the additional precautions that Amazon made readily available for controlling a child's usage.  As a result, they suffered no cognizable harm, and the Complaint does not adequately allege substantial injury.

Second, the Complaint makes clear that parents can reasonably avoid in-app charges before they occur in numerous ways, including by using parental controls, supervising children's usage, or selecting apps for their children that do not offer in-app purchasing.  From the inception of its Appstore, Amazon provided its parent-customers with reasonable tools to avoid authorized charges that they might regret if they gave their device to their children, including the ability to block in-app purchasing altogether.  A notice in the product detail page of every app that offers in-app purchasing discloses the possibility of in-app purchases as well as the ready availability of parental controls.  And Amazon has continued to iterate on and improve the range of controls available to parents.  Moreover, parents have always had the option to avoid any injury from a purchase they regret simply by seeking a refund from Amazon through Amazon's customer service.  Indeed, the Complaint not only fails to allege that any customer was denied a refund for a regretted in-app charge, but Amazon provided each customer referenced in the Complaint with a full refund.  None was harmed.

Third, the Complaint's bare recitation that the alleged harm to consumers outweighs countervailing benefits to other Amazon customers and competition does not satisfy modern pleading standards.  Among other things, the new standard the Commission seeks to impose on Amazon – requiring re-entry of a customer's password to complete each individual digital purchase – would eliminate the benefit of seamless 1-Click purchasing for the majority of consumers who prefer streamlined online purchasing across Amazon's digital catalog of books, movies, games, and other items.  The Complaint also avoids altogether the common-sense conclusion – reflected in the correct statutory standard – that the benefits to consumers and competition of iterative development of the in-app marketplace may well outweigh any harm to

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

consumers who either did not appreciate Amazon's several notices regarding the availability of in-app purchasing or failed to take advantage of Amazon's parental controls and post-purchase mitigation options. The balancing of interests required by § 45(n) demonstrates that Amazon was not – nor should it have been – obliged to impose rigid controls to benefit a minority of consumers to the detriment of innovation that benefits the great majority of consumers and competition. Here, again, the Complaint's conclusory allegation is insufficient to satisfy the requirement of Rule 12(b)(6) to plead facts that support a claim for relief.

In any event, the Court should dismiss the request for injunctive relief because the Complaint is devoid of facts that would warrant the prospective relief the FTC seeks. To the contrary, even under its novel legal standards the FTC admits that as of June 2014 – before it filed the Complaint – Amazon had "change[d] its in-app charge framework to *obtain account holders' informed consent* for in-app charges on its newer mobile devices." Compl. ¶ 27 (emphasis added). Having conceded that Amazon is in compliance with even its new standard, and having no ground to allege bad faith by Amazon, there is no basis for injunctive relief.

## II.    FACTUAL BACKGROUND

Amazon's Appstore, which launched in November 2011 and is accessible on Kindle Fire and Android devices, allows customers to view and download hundreds of thousands of apps for use on their mobile devices. *See* Compl. ¶¶ 6, 8-9. Apps allow device users to read books, watch movies, and play games; engage with social media; organize and manage their personal files; and perform the seemingly limitless range of other mobile electronic activities that app developers can invent. *See id.* ¶ 9. Certain apps allow customers to purchase additional in-app content and services during use for fees starting at $0.99. *Id.* ¶ 11. The FTC does not contest that customers perceive such content as enhancing the app's operation – for example, by adding extra features or abilities to a game app – or that many customers want that enhancement immediately and without extra steps.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 4

24976-0374/LEGAL123404014.1

As part of the initial set up of devices such as Amazon's Kindle Fire tablet, customers associate the device with an Amazon.com account and payment instrument. *See* Compl. ¶ 13. In doing so, customers accept the Amazon Conditions of Use and Appstore Terms of Use, both of which the Complaint incorporates by reference when it invokes Amazon's "stated policy" to suggest (incorrectly) that that policy prevents refunds for digital purchase. *See* Attachments A & B, respectively; *see also* discussion *infra* Part III.A. The Terms of Use inform customers that Amazon "may offer digital products for sale that are intended to be accessed or used within an App, such as additional or enhanced functionality, media content, or subscription access to content or services ('Amazon Sold In-App Products')." Attachment B, ¶ 2.3. The Complaint does not allege that Amazon can know when account holders entrust their device to another. That is why Amazon has always required in its Conditions of Use that the account holder accept responsibility for all charges on his or her account: "You are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password." Attachment A ("Your Account"). Amazon makes its services subject to the further condition that, "Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method." *Id.*

Billing and payment through their Amazon account, and in particular through Amazon's well-known 1-Click payment process, is the exclusive method consumers use to obtain and download paid content, including apps and in-app features. *See* Compl. ¶ 13; *see also Amazon.com, Inc. v. Barnesandnoble.com, Inc.*, 73 F. Supp. 2d 1228, 1237-38 (W.D. Wash. 1999), *rev'd on other grounds* 239 F.3d 1343 (Fed. Cir. 2001) (finding 1-Click to be "legendary" and "popular with Amazon.com customers"). And Amazon has provided its customers the tools to limit in-app purchasing through their Amazon account. Prior to download of an app, Amazon notifies its customers which apps contain in-app purchasing and explains how to limit or avoid in-app purchasing by using parental controls Amazon makes available on all of its devices. *See*

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

Compl. ¶¶ 14-15.  During the in-app purchase flow, Amazon warns users when in-app charges are about to be incurred and reminds them again after each purchase of the availability of parental control options.  *See id.* ¶ 18.  (Additional details of how in-app purchasing is established and implemented are set out in the context of the legal analysis in Parts III.B.2.a and III.B.2.b(i) below.  Included in that discussion and in Attachments C-1 through C-3 are relevant screenshots, which the allegations in the Complaint incorporate by reference.)  In addition, Amazon has taken an iterative approach to refining password requirements for in-app purchasing.  Compl. ¶¶ 20-21.  Finally, while the FTC claims that Amazon's process for obtaining refunds for in-app purchases is "unclear and confusing," *id.* ¶ 30, the Complaint nowhere alleges that any Amazon customer who requested a refund was denied one.[1]

## III.   ARGUMENT

The FTC alleges that Amazon has violated Section 5 of the FTC Act, 15 U.S.C. § 45, based on billing practices applicable to in-app purchases by all account holders, including parents who provide their devices to their children to use.  That claim is meritless.  Because the Complaint is built upon the wrong legal standards and cannot meet essential elements of Section 45(n), the Court should dismiss the Complaint under Rule 12(b)(6) for failure to state a claim.

### A.   <u>Legal Standard for Motion to Dismiss</u>

A complaint must contain sufficient allegations of fact to "state a claim for relief that is plausible on its face."  *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  That standard requires "more than a sheer possibility that a defendant has acted unlawfully. . . . Where a complaint pleads facts that are 'merely consistent with' a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'"  *Ashcroft v. Iqbal*,

---

[1]   The Complaint also omits other important facts, such as the email Amazon immediately sends account holders confirming each in-app purchase, *see, e.g.*, Attachment D at 15-17, as well as Kindle FreeTime, an app Amazon developed that enables parents to exercise granular control over the books, apps, games, and videos they want their children to view, including the ability to completely block in-app purchasing.  Because Amazon asks the Court to dismiss at the pleadings stage, this motion addresses only the allegations in the Complaint and the materials upon which it relies.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

556 U.S. 662, 678 (2009) (quoting *Twombly*, 550 U.S. at 557).  A court is not required to accept as true conclusory allegations, unreasonable inferences, or unwarranted deductions of fact.  *See Twombly*, 550 U.S. at 555, 557 ("naked assertion[s]," "labels and conclusions," or "a formulaic recitation of the elements of a cause of action will not do").  And the Court's review must be sensitive to the statutory context, *see id*. at 555-56, particularly, as here, where Congress has specifically sought to reign in an agency's expansive reading of a statutory standard.  15 U.S.C. § 45(n); *see, e.g.*, 140 Cong. Rec. H6162-01 (daily ed. July 25, 1994) (Rep. Carlos Moorhead: "Taken as a whole, these new criteria defining the unfairness standard should provide a strong bulwark against potential abuses of the unfairness standard by an overzealous FTC . . . .").  To avoid damage caused by "false positives," the court may not accept inferences that make, for example, either procompetitive or anticompetitive outcomes only equally plausible.  *Twombly*, 550 U.S. at 553-54 (discussing *Matsushita Elec. Indus. Co. v. Zenith Radio Corp*., 475 U.S. 574, 593 (1986) (the effect of mistaken inferences "is often to deter procompetitive conduct")).

 In addition, although a court's review on a motion to dismiss is generally limited to the facts alleged in the complaint, the court may also consider "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *accord Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010).  Thus, a court need not "accept as true conclusory allegations which are contradicted by documents referred to in the complaint."  *Steckman v. Hart Brewing, Inc*., 143 F.3d 1293, 1295-96 (9th Cir. 1998); *see Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (incorporating by reference complete copies of websites where the complaint included only excerpts because "[i]n evaluating the context in which the statement appeared, we must take into account 'all parts of the communication that are ordinarily heard or read with it'") (internal citations omitted); *Haskins v. Symantec Corp.*, No. 13-CV-01834-JST, 2013 WL 6234610, at *1 n.1 (N.D. Cal. Dec. 2, 2013) (dismissing claims and taking judicial notice of webpages containing license agreement).  The Court therefore may appropriately

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

consider complete copies of Amazon's terms and conditions, webpages, and communications with customers referenced in the Complaint.  *See* Compl. ¶¶ 15-23; Attachments A (Conditions of Use), B (Appstore Terms of Use), C (webpages), & D (communications).  (Attachments A and B include copies of the versions in effect at the inception of the Appstore and the current, updated version.  Quotations in the Motion are taken from the versions in effect at launch in November 2011.)

## B.  The Allegations in the Complaint Fail to State a Claim

The Complaint's single count is for "Unfair Billing of In-App Charges."  Compl. ¶¶ 33-35.  There is no contention that Amazon's presentation of in-app purchasing to its customers or its billing for those purchases, including 1-Click, is deceptive.  There is no fact-based allegation that Amazon failed to (1) obtain billing authorization at the time the account was activated on the device, (2) notify customers about in-app purchasing in the Appstore Terms of Use and on the detail page of every app with that functionality, or (3) warn customers of the consequences of authorizing a third party to use their device.  The theory instead is that, because parents may regret what their children do with the devices entrusted to them, Amazon has a new and additional duty to obtain "express informed consent" from the parent each time a child (or anyone else to whom the account holder entrusts their device) seeks to incur in-app charges.  *See, e.g.*, *id.* ¶¶ 8, 19, 27, 33.  The FTC Act contains no such requirement, however, and the Court should reject the Commission's attempt to impose new and heightened standards retroactively.

### 1.  The Complaint Should Be Dismissed Because the Commission Asks the Court to Hold Amazon to a New and Unjustified Legal Standard

#### a.  The FTC Act Does Not Require Express Informed Consent Each Time a Charge Is Incurred to an Account

Congress, and by extension the FTC, has required "express informed consent" only for certain specific billing practices where Congress concluded that such a heightened standard was necessary to protect consumers.  For example, in the Restore Online Shoppers' Confidence Act ("ROSCA"), Pub. L. No. 111-345, § 4, 124 Stat. 3618, 3620 (codified at 15

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

U.S.C. § 8403), Congress provided that charges incurred through "negative option" marketing (in which a seller interprets a customer's silence as acceptance of renewal or some other offer) are valid only if the consumer has given "express informed consent."  *See* 15 U.S.C. § 8403(2). Even in that unique context, however, Congress required express informed consent at the initiation of the relationship; it did not require additional consent or authorization for each future recurring charge.  *See* 15 U.S.C. § 8403(3) (requiring "simple mechanisms for a consumer to stop recurring charges").

In-app purchasing is not negative option marketing; the FTC does not allege otherwise, nor could it, and this case cannot proceed on the basis of that distinct standard.  What the ROSCA standard demonstrates unequivocally, however, is that Congress knows how to impose an "express informed consent" requirement when it believes that is the appropriate policy judgment.  Had Congress wanted to impose that heightened standard for in-app purchases potentially made by children, it could have done so by express statutory action or by directing the FTC to promulgate a rule.  Congress has not done so.  Though the Commission has exercised rulemaking authority to require express informed consent for certain telemarketing transactions under the Telemarketing Sales Rule, *see* 16 C.F.R. § 310.4(a)(7), it has not engaged in any rulemaking regarding in-app purchasing, much less to impose the standard it seeks here.  What the Commission may not do, as Congress has further directed in Section 45(n), is revise the governing standard in one-off actions against companies like Amazon that act in good faith to satisfy existing standards.

The fact that neither Congress nor the Commission has lawfully imposed a heightened standard for in-app purchasing is all the more telling in light of Congress's express direction that the FTC regulate certain other activities specifically directed at children.  In the Children's Online Privacy Protection Act of 1998 ("COPPA"), Congress directed the FTC to promulgate regulations that impose a heightened "verifiable" parental consent the first time personal information is collected from a child.  15 U.S.C. § 6502(b)(1).  And even in that

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

context, where a heightened standard plainly governs the collection of potentially sensitive personal information of children, the rules the FTC promulgated require that verifiable consent be obtained only the first time such information is collected, not each subsequent time the merchant does so.  *See* 16 C.F.R. § 312.5.[2]  The requirements that the FTC seeks to impose through this lawsuit for in-app purchases are unmoored from any such congressional mandate and unchecked by any lawful rulemaking process.  Absent either, the FTC cannot impose those new requirements here.

### b.    Prior Unfair Billing Cases Have Found Practices to Be Unfair Because Customers Never Authorized Transactions At All

Courts evaluating allegations of unfair billing under Section 5 have never required contemporaneous, express informed parental consent for each transaction.  Generally – in stark contrast to the allegations here – the cases that do not involve deception involve charges that consumers *never authorized* at all, much less contemporaneously.

For example, in *FTC v. Inc21.com Corp.*, 745 F. Supp. 2d 975, 982 (N.D. Cal. 2010), *aff'd*, 475 F. App'x 106 (9th Cir. 2012), a "rampant fraud" billed businesses and consumers via their telephone bills.  A survey indicated that "nearly 97 percent of defendants' 'customers' had *not* agreed to purchase defendants' products."  *Id.* at 982, 1004.  The court concluded that those extensive unauthorized charges constituted an unfair billing practice.  *Id.* at 1003-04; *see also id.* at 1006-08 (applying express informed consent standard to claims under Telemarketing Sales Rule – i.e., not to unfair practices claim); *FTC v. Inc21.com Corp.*, 688 F. Supp. 2d 927, 938 (N.D. Cal. 2010) (granting preliminary injunction where "[t]he record supports a finding that Inc21's sales and billing practices failed to adequately safeguard against the unauthorized billing of consumers").  Similarly, *FTC v. J.K. Publications, Inc.*, 99 F. Supp. 2d 1176, 1191 (C.D. Cal. 2000), involved adult-oriented websites that "billed the credit and debit

---

[2]    The FTC recently issued amendments that expand the scope of its implementing regulations under COPPA, including by making clear that the rules cover apps directed to children; even there it did not use its limited grant of congressional authority to cover in-app purchasing by children.  *See* 76 Fed. Reg. 59,804, 59,807 (Sept. 27, 2011) (discussing COPPA's coverage of apps).

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 10

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

card accounts of individuals from all over the United States *without authorization*."  Nearly half the consumers who complained of charges "did not have a computer and had not given their card numbers to anyone."  *Id.*  The court concluded that defendants had stolen credit card numbers and "debited and charged card numbers without the cardholders' authorization."  *Id.* at 1203; *see also FTC v. Wells*, 385 F. App'x 712, 713 (9th Cir. 2010) (affirming determination of unfair billing practice for processing of debit withdrawals that account holders did not authorize and concluding that "[c]arrying out unauthorized transactions [i]s an unfair practice"); *FTC v. Ideal Fin. Solutions, Inc.*, No. 2:13-cv-00143-JAD-GWF, 2014 WL 2565688, at *1, *5 (D. Nev. June 5, 2014) ("[u]nauthorized charges to consumer credit cards and bank accounts may violate the FTC Act").  The practices deemed unfair in these cases, where substantial numbers of consumers were billed despite never authorizing any transaction with the vendor, cannot fairly be compared to the facts in this case, given the multiple notices Amazon provided before any in-app purchase and the many ways in which parents can monitor, limit, or eliminate the availability of in-app purchasing by their children on their devices.

Nor does this case involve obtaining authorization by misleading consumers.  Courts have concluded that billing practices can be misleading if they obscure the fact that the consumer will be billed.  For example, in *FTC v. Commerce Planet, Inc.*, 878 F. Supp. 2d 1048, 1054, 1079 (C.D. Cal. 2012), the defendant's website "created the net impression that consumers could order a free kit to learn how to sell products online," when in fact they were signing up for a program with monthly charges unless affirmatively canceled.  Similarly, in *FTC v. Crescent Publishing Group, Inc.*, 129 F. Supp. 2d 311, 313-15, 322 (S.D.N.Y. 2001), the court concluded that the FTC was likely to prevail on its allegations that defendants billed consumers without authorization, where defendants' websites promised a "free tour" but instead began charging at an "inconspicuous" point in the tour.  The FTC does not allege – nor could it allege in the face of the express notice of in-app purchasing in the Appstore terms and every relevant app detail page – that Amazon misled its customers about in-app purchasing.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 11

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

The Court should dismiss the Complaint because the Commission has pled the wrong legal standard, unsupported by statute, rulemaking, or caselaw.

**2.      The Complaint Should Be Dismissed Because Its Allegations Fail to Satisfy the Requirements of 15 U.S.C. § 45(n)**

The FTC's ability to expand the law as it seeks to do here is strictly limited by a 1994 amendment to the FTC Act codified as 15 U.S.C. § 45(n).  Congress decreed that the Commission has "*no authority* . . . to declare unlawful an act or practice on the grounds that [it] is unfair unless the act or practice [1] causes or is likely to cause substantial injury to consumers which is [2] not reasonably avoidable by consumers themselves and [3] not outweighed by countervailing benefits to consumers or to competition."  15 U.S.C. § 45(n) (emphasis added). Policy considerations alone "may not serve as a primary basis for" a determination of a new category of unfairness.  *Id*.  Before the Commission may impose a new policy for in-app purchasing, the plain language of Section 45(n) instead requires that the Commission assure that consumers cannot protect themselves from substantial injury and undertake the cost benefit analysis.  The limited imposition by Congress of the express informed consent standard, *supra* at pp. 8-10, shows that no "established public policy" supports use of the standard here.  *See* 15 U.S.C.§ 45(n) ( "In determining whether an act or practice is unfair, the Commission may consider established public policies as evidence to be considered with all other evidence.").

**a.      The Complaint Fails to Allege Facts Showing Substantial Injury**

The allegations in the Complaint are insufficient to show substantial injury because they cannot support a finding of cognizable injury.  Congress is presumed to legislate against the background of the common law, *see Meyer v. Holley*, 537 U.S. 280, 285 (2003), and there is no indication that Congress intended Section 5 to trump common law agency principles. Even as pled under an incorrect and impermissible legal standard, the Complaint does not dispute that under applicable common law standards the transactions at issue were authorized by Amazon account holders, and thus they suffered no cognizable harm.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 12

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Under settled principles of agency law, a charge is "authorized" where the account holder knowingly provides to another person the instrument that results in the charge. That is the fundamental premise of the FTC's allegations:  a parent hands a child an electronic device knowing that the device can make charges to the parent's account and that the parent is responsible for them.  In particular, under Washington law – which governs the relationship between Amazon and its customers – an agent binds a principal to a contract as long as the agent has either actual or apparent authority.  *King v. Riveland*, 125 Wn.2d 500, 507, 886 P.2d 160 (1994); *accord* Restatement (Second) of Agency § 140 (1958).  An agent has apparent authority whenever the acts of the principal cause a third person to reasonably believe that the agent has authority to act for the principal.  *Ranger Ins. Co. v. Pierce Cnty.*, 164 Wn.2d 545, 555, 192 P.3d 886 (2008); *accord* Restatement (Second) of Agency § 27.

Basic agency law provides that "[a]ny person," regardless of capacity to contract, may have the "power to act on behalf of another."  Restatement (Second) of Agency § 21(1).  Even "an infant . . . or a person otherwise so incompetent that he cannot bind himself by a contract can bind one who appoints him to make a contract for him."  *Id.* cmt. a.  That common law rule is even more important in online transactions, where the merchant cannot "see" the ultimate user of the device.  Indeed, the Third Restatement, which sets out the same rule, illustrates the rule with an example of apparent authority strikingly similar to 1-Click:  P permits her child to use P's computer and "configured the computer such that, once the user is inside the website of T.com, a retailer of books, it is possible to order any particular book title by clicking on a button labeled 'Buy It Now'."  Restatement (Third) of Agency § 3.05, cmt. b, illus. 1.  By permitting her child access to the computer, "loaded as it is with the 'Buy It Now' feature, P has created the risk that A will use the feature [even] without P's consent and without actual authority," but with apparent authority.  *See id.* cmt. b.

Under these principles, account holders who place in the hands of another the means to incur charges through their account – for example, by giving another person their credit

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 13

24976-0374/LEGAL123404014.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

card or a device enabled to make online purchases through their account – vest the other person with at least apparent and usually actual authority to act as their agent.  Though in hindsight they might sometimes regret the resulting charges, they authorized them.  As the District of Columbia Court of Appeals has observed, "[n]early every jurisdiction that has addressed a factual situation where a cardholder voluntarily and knowingly allows another to use his card and that person subsequently misuses the card . . . has determined that the agent had apparent authority, and therefore was not an 'unauthorized' user."  *Stieger v. Chevy Chase Sav. Bank, F.S.B.*, 666 A.2d 479, 482 (D.C. Cir. 1995) (internal quotation marks and citation omitted) (citing cases). Washington is one of those jurisdictions:  "[I]n instances where a cardholder voluntarily permits the use of his credit card by another, he is liable for all uses of that card even though a particular charge may not have been contemplated by him."  *Mich. Nat'l Bank v. Olson*, 44 Wn. App. 898, 904, 723 P.2d 438 (1986).

Congress has repeatedly approved that principle.  *See, e.g.*, Truth in Lending Act, 15 U.S.C. § 1602(p) ("the term 'unauthorized use' . . . means a use of a credit card by a person other than the cardholder who does not have actual, implied, or apparent authority for such use and from which the cardholder receives no benefit"); Electronic Fund Transfer Act, 15 U.S.C. § 1693a(12)(A) ("unauthorized electronic fund transfer" does not include any such transfer "initiated by a person other than the consumer who was furnished with the card, code, or other means of access to such consumer's account by such consumer, unless the consumer has notified the financial institution involved that transfers by such other person are no longer authorized"). The Complaint identifies no contrary intent in the FTC Act, and there is none.

This principle applies fully where an account holder allows another person, even a child, to use a device that has been configured to allow electronic purchases.  In *Imber-Gluck v. Google, Inc.*, No. 5:14-CV-01070-RMW, 2014 WL 3600506, at *4 (N.D. Cal. July 21, 2014), plaintiff sued Google on behalf of a class of parents and guardians whose minor children used Android devices to download apps that were either free or modestly priced, then incurred "in-

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 14

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

game" charges without their parents' contemporaneous consent.  The plaintiffs alleged that the apps were mostly games targeted to children that "induced" unwitting purchases of in-app products.  *Id.* at *1.  The district court concluded, in part, that under Google's terms of service, the parent is "liable for the allegedly unauthorized purchases by her minor sons."  *Id.* at *4; *cf. Mollett v. Netflix, Inc.*, No. 5:11-CV-01629-EJD, 2012 WL 3731542, at *3 (N.D. Cal. Aug. 17, 2012) (rejecting plaintiffs' privacy-based claims where disclosure of their information was to devices that plaintiffs affirmatively coupled with their accounts and plaintiffs could have restricted access to their device to prevent others from viewing that information).  An account holder who links a payment account to an electronic device and then hands that device to another person without limiting that purchasing authority is authorizing the subsequent charges on that device.

Applying settled agency principles to the allegations in the Complaint demonstrates that the in-app purchases at issue were *authorized*, and thus no cognizable harm has been alleged.  Before downloading any app or incurring any fee, customers agree to Amazon's "Conditions of Use."  Attachment A.  Specifically, each Amazon customer agrees "to accept responsibility for all activities that occur under [his or her] account or password," and further agrees that he or she is "responsible for maintaining the confidentiality of [his or her] account and password and for restricting access to [his or her] computer."  *Id.* ("Your Account").  The Conditions of Use also include the following condition:  "Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method.  If you are under 18, you may use Amazon.com only with involvement of a parent or guardian."  *Id.*  Similarly, the Amazon Appstore Terms of Use, which are linked from every app detail page and govern all app transactions, explain in-app purchasing:  "We may offer digital products for sale that are intended to be accessed or used within an App, such as enhanced functionality, media content, or subscription access to content or services ('Amazon Sold In-App Products')."  Attachment B.  And Amazon sells its digital content on mobile devices through the

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 15

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

"legendary" and "popular" 1-Click purchasing process; any parent who downloads a book, movie, or song before turning their Kindle Fire over to their child will realize how easy purchasing is on the device.

In addition, as the Complaint concedes, when customers click an app's icon, they are taken to a page with details about the app, including notice of the existence of in-app charges. Compl. ¶¶ 14-15.  The Complaint includes a partial screenshot of an app description, *id.* ¶ 14, but as the complete description demonstrates (Attachment C-1, reprinted below), the FTC omits Amazon's standard notice disclosing the potential for in-app charges:



AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 16

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

            In addition, as the FTC admits, in June 2013 Amazon added a "Key Details"

section to the description of each app in its Appstore and included in that notice whether the app

contains "In-App Purchasing."  *See* Compl. ¶ 15.  When a consumer taps on "Key Details," as

indicated in the side-by-side screenshots below and in Attachment C-2, a pop-up screen appears

that further explains in-app purchasing and the parental controls available to limit that

purchasing:



AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 17

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

After the consumer downloads an app, Amazon provides additional notice before an in-app charge is incurred.  When a user selects content for which an in-app charge applies, Amazon displays a pop-up message indicating that a charge is about to be incurred, disclosing the amount of the charge and the basis for the charge.  Compl. ¶ 18.  After being presented with this information, a customer can incur an in-app charge only by affirmatively clicking either a "Get Item" or price button.  *See id.*  Any parent purchasing an app containing in-app purchasing or supervising a child's usage of such an app would understand what is being offered.

Given these incorporated facts and traditional agency standards (not to mention the additional facts the FTC is aware of but did not plead), it is unsurprising that the Complaint does not allege facts showing that the in-app charges are unauthorized.  Because the allegations and documents referenced in the Complaint fail to make a plausible showing that the in-app purchases by children were unauthorized, no showing of substantial injury is possible, and the Complaint should be dismissed.

> **b.    The Complaint Fails to Allege That Any Purported
>        Consumer Injury Was Not Reasonably Avoidable**

To satisfy this element of Section 45(n) the FTC must allege facts sufficient to show that consumers could not reasonably have avoided harm either through "anticipatory mitigation" – the exercise of "a free and informed choice" that would avoid the harm – or through subsequent mitigation once the harm occurred.  *FTC v. Neovi, Inc.*, 604 F.3d 1150, 1158 (9th Cir. 2010); *see also Orkin Exterminating Co. v. FTC*, 849 F.2d 1354, 1365 (11th Cir. 1988) ("'Consumers may act to avoid injury before it occurs if they have reason to anticipate the impending harm and the means to avoid it, or they may seek to mitigate the damage afterward if they are aware of potential avenues toward that end.'") (quoting *In re Orkin Exterminating Co.*, 108 F.T.C. 263, 366 (1986)).  Because the Complaint's mere recitation of this standard fails to allege facts from which the Court could infer that either form of mitigation was unavailable, the Court should dismiss the Complaint.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 18

24976-0374/LEGAL123404014.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

(i)   **Any Injury Was Avoidable Before Charges Were Incurred**

The Complaint and the documents it incorporates demonstrate that Amazon account holders were provided a number of reasonable options to avoid alleged harm.

First, Amazon provides parents with tools to control in-app purchasing.  Since Amazon first made in-app purchasing available, a user considering downloading an app with such functionality has been informed on the app description page if the app offered in-app purchasing opportunities.  Compl. ¶ 15.  That description also informs users that they may "configure parental controls from the device Settings menu by selecting Parental Controls" and thereby require a password for all in-app purchases or disable all in-app purchasing altogether.  (*See* screenshot at page 16 above, Attachment C-1.)  Further, since the launch of its Appstore, Amazon has concluded in-app purchases with a screen indicating whether parental controls for that device are on or off, with a button to "Change" that setting:



Attachment C-3.  Amazon's parental controls enable the account holder to avoid any charges for in-app purchasing, while still allowing a child to use apps without direct parental monitoring.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 19

24976-0374/LEGAL123404014.1

Second, parents who choose not to implement the controls provided by Amazon are free to use other methods to monitor their children's use of a device and to avoid in-app purchases, including techniques from the offline world.  Parents can monitor their child's use of the device or direct the child to seek permission or guidance if the app offers the opportunity to make an in-app purchase.  The FTC would absolve parents of the responsibility to supervise their children when using apps that may include in-app charges, despite the parents' promise to Amazon that they would do so.  *See* Conditions of Use, Attachment A ("Your Account").

Finally, the devices at issue function without any need to download apps containing in-app purchasing.  Parents can avoid in-app charges simply by not downloading, or not allowing their children to download, apps that contain in-app purchasing.  Because the description page alerts users if the app provides in-app purchasing opportunities – and has done so since launch, *see* Compl. ¶ 15 – consumers could reasonably avoid the alleged harm before incurring the charges at issue by avoiding those apps altogether.

> **(ii)      Amazon Customers Could Reasonably Mitigate
> Any Injury After Charges Were Incurred**

The Complaint also fails to allege facts sufficient to establish that parents with second thoughts about activity on their devices that they authorized could not reasonably avoid charges through post-charge mitigation efforts – that is, by seeking a refund from Amazon.  The Complaint acknowledges the relevancy of refunds, but alleges in conclusory fashion that Amazon's refund practice is "unclear and confusing," apparently because Amazon's general policy is that in-app charges are final.  Compl. ¶ 30.  The Complaint conspicuously fails to allege, however, that even a single customer failed to obtain a refund for a regretted in-app purchase due to that general policy.  *See id.*  Indeed, the only facts alleged are to the contrary.  Each customer identified in the Complaint was given a refund.  For instance, the FTC quotes from an e-mail sent by a parent stating that his six-year-old "click[ed] a lot of buttons at random (she can't read)," and incurred "unauthorized charges."  *Id.* ¶ 29.  The complete exchange shows

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 20

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

that the parent initially was "shocked that there is no password protection," but then, in an apparent acknowledgment of the likely existence of parental controls, asked, "[I]f there is, can you please tell me how to activate it?"  Attachment D, at 15.  The customer then proceeded to thank the Amazon customer service representative for pointing him to the parental controls and for offering a refund.  *Id.* at 12 ("Thank you! Much appreciated").  As the FTC knows from extensive pre-complaint discovery, Amazon's policy has been to provide a refund, and instructions for using parental controls, to every customer who complained about an in-app purchase for the first time.

Accepting all allegations of the Complaint as true – including the fact that the Complaint fails to allege that any customer was denied a requested refund for a regretted in-app charge – the Complaint fails to allege sufficient facts to make a plausible showing that consumers could not reasonably mitigate the alleged harm.

### c.    The Complaint Fails to Sufficiently Allege that the Purported Harm Outweighs Countervailing Benefits

The FTC must also allege facts sufficient to establish that any harm to Amazon customers is "not outweighed by countervailing benefits to consumers or to competition."  15 U.S.C. § 45(n).  The only allegation in the Complaint concerning countervailing benefits, Compl. ¶ 34, is "a formulaic recitation of the elements of a cause of action," *see Twombly*, 550 U.S. at 555.  As the Supreme Court directs, that "will not do."  *Id.*

Section 45(n) makes clear that, as with the antitrust laws with which the FTC Act overlaps, Congress was concerned with situations where eliminating the possibility of unfairness in some circumstances would be at the cost of benefits to other consumers and to competition as a whole.  Allowing this Complaint to proceed against Amazon would realize that concern here.[3]

---

[3]     The Commission has recognized the countervailing values at stake.  It and the Department of Justice have identified the efficiency of reduced transaction costs as procompetitive.  Dep't of Justice & Fed. Trade Comm'n, Antitrust Guidelines for the Licensing of Intellectual Property § 5.5 (1995), http://www.justice.gov/atr/public/guidelines/0558.htm.  And they have praised "competition among rivals to be the first to enter the marketplace with a desirable technology, product, or service."  Dep't of Justice & Fed. Trade

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 21

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

Thus, as in *Twombly* and *Matsushita*, the statute creating the cause of action "limits the range of permissible inferences from ambiguous evidence." *Matsushita*, 475 U.S. at 588.  Here, if there are to be inferences, the most reasonable one is that the Commission is engaged in exactly the unadorned policymaking that Section 45(n) prohibits.

The Complaint does not acknowledge the benefits to consumers and competition that have resulted from in-app purchasing, nor the fact that a requirement for contemporaneous approval of each in-app purchase would eliminate convenience sought by consumers who prefer streamlined purchasing. *See Barnesandnoble.com*, 73 F. Supp. 2d at 1238 ("Considerations such as ease of use and the availability of time-saving features are significant factors in determining the relative success of on-line enterprises.  Creating easy-to-use and easy-to-learn consumer interfaces is a key aspect of e-commerce competition.").  As it must, however, the Complaint does acknowledge Amazon's customer service commitment (including the candid and even heated internal dialogue over what is best for customers) and that Amazon has revised password requirements for in-app purchasing to provide additional controls even for customers who do not activate parental controls. *See* Compl. ¶¶ 8, 19-22, 27.  Over time, Amazon has responded to customer-experience data and refined its password requirements for in-app purchasing to balance the burden on it and customers of regretted purchases while maintaining as much simplicity and "frictionless" purchasing as possible for other customers. *See id.*; *see also supra* note 1 (Kindle FreeTime).  Improving innovations in response to the market "often is the very essence of competition.  Thus, mistaken inferences in cases such as this one are especially costly, because they chill the very conduct" Congress meant to protect in Section 45(n). *Matsushita*, 475 U.S. at 594.  Consumers benefit when innovators try different things, rather than being required to anticipate all potential problems before they occur or employ a one-size-fits-all solution.

---

Comm'n, Antitrust Enforcement and Intellectual Property Rights:  Promoting Innovation and Competition 2 (2007), http://www.justice.gov/atr/public/hearings/ip/222655.htm.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 22

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

There is no indication, much less an allegation, that the Commission has even considered these factors.  In fact, even under the unprecedented "express informed consent" standard, the Complaint does not identify exactly what practices allegedly fell short and when they were in place, making it impossible to undertake the balancing required by the third element of Section 45(n).

Because it fails to allege facts sufficient to establish any of the three elements Section 45(n) requires, the Complaint should be dismissed.

## C.     There Is No Basis for Injunctive Relief

The FTC seeks prospective relief in the form of a "permanent injunction to prevent future violations of the FTC Act" by Amazon.  Compl. at 11 (Prayer for Relief, A).  As the Complaint acknowledges, however, Amazon's commitment to customer service and systematic improvement of its products resulted in changes to the historical practices alleged to fall short of the new "express informed consent" standard.  *See, e.g.*, *id.* ¶ 20 ("In or around March 2012, Amazon began requiring password entry to confirm individual in-app charges exceeding $20."); *id.* ¶ 21 ("[In] early 2013 . . . Amazon adjust[ed] its in-app charge framework to require password entry in connection with . . . other in-app charges.").  Indeed, as the Complaint concedes, by June 2014 Amazon had "change[d] its in-app charge framework to obtain account holders' informed consent for in-app charges on its newer mobile devices." *Id.* ¶ 27.[4]

Accordingly, even if the Complaint stated a plausible claim that Amazon violated the FTC Act in the past – it does not – there can be no claim for injunctive relief where, as here, the Complaint itself concedes that the allegedly unfair practice has already ended and is not likely to recur.  *See, e.g.*, *FTC v. Evans Prods. Co.*, 775 F.2d 1084, 1087 (9th Cir. 1985) ("an

---

[4]      The changes made to newer devices were not backwards-compatible, and the FTC does not allege how the changes to older devices fell short, or even if they fell short.  The FTC's reference to "newer devices" apparently reflects the fact that transactions of less than $1 each on the first generation of Kindle Fire devices do not require a password.

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 23

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

24976-0374/LEGAL123404014.1

injunction will issue only if the wrongs are ongoing or likely to recur"); *FTC v. Merchant Servs. Direct, LLC*, No. 13-CV-0279-TOR, 2013 WL 4094394, at *3 (E.D. Wash. Aug. 13, 2013) (explaining that "the FTC cannot base its request for injunctive relief under [Section] 13(b) on evidence of past violations" and must demonstrate that the violations alleged in the Complaint are "likely to recur") (alteration in original, internal quotation marks and citation omitted).  The *facts* alleged by the Complaint demonstrate no bad faith by Amazon and, to the contrary, a commitment to improved customer experience.  Those same allegations make clear that future violations are not likely to occur.  Accordingly, even if the Court were to conclude that the Complaint states a plausible claim for relief, it should dismiss the request for injunctive relief.

## IV.    CONCLUSION

The Court should dismiss the Complaint for all the reasons set forth above.


DATED:  September 8, 2014



*s/ David J. Burman*                               *s/ J. Douglas Baldridge*
David J. Burman, WSBA No. 10611          J. Douglas Baldridge WSBA No. 37247
Harry H. Schneider, Jr., WSBA No. 9404     Danielle R. Foley (*pro hac vice* forthcoming)
**Perkins Coie LLP**                                 **Venable LLP**
1201 Third Avenue, Suite 4900                 575 7th Street, NW
Seattle, WA  98101-3099                         Washington, DC 20004
Telephone:  (206) 359-8000                      Telephone: (202) 344-4000
Facsimile:  (206) 359-9000                       Facsimile: (202) 344-8300
HSchneider@perkinscoie.com                   jbaldridge@venable.com,
DBurman@perkinscoie.com                      drfoley@venable.com

Attorneys for Defendant Amazon.com, Inc.

24976-0374/LEGAL123404014.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**CERTIFICATE OF SERVICE**

On the 8th day of September, 2014, I caused to be served upon the following, at the

address stated below, via the method of service indicated, a true and correct copy of the

foregoing document.

| Jason M. Adler | __ | Via hand delivery |
| Duane C. Pozza | __ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Federal Trade Commission | **X** | Via CM/ECF system |
| 600 Pennsylvania Ave NW, CC-10232 | __ | Via Overnight Delivery |
| Washington, DC  20580 | __ | Via Facsimile |
| jadler@ftc.gov | __ | Via Email |
| dpozza@ftc.gov | | |

Attorneys for Plaintiff

| Laura M. Solis | __ | Via hand delivery |
| Federal Trade Commission | __ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 915 Second Avenue, Suite 2896 | **X** | Via CM/ECF system |
| Seattle, WA  98174 | __ | Via Overnight Delivery |
| lsolis@ftc.gov | __ | Via Facsimile |
| | __ | Via Email |

Attorney for Plaintiff

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

DATED at Seattle, Washington, this 8th day of September, 2014.

*s/ David J. Burman*_____

AMAZON.COM'S MOTION TO DISMISS
(No. 2:14-CV-01038-MJP) – 25

24976-0374/LEGAL123404014.1

Attachment A

Attachment A

## Conditions of Use

Last updated: August 19, 2011

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features to you subject to the following conditions. **If you visit or shop at Amazon.com, you accept these conditions.** Please read them carefully. In addition, when you use any current or future Amazon service or business (e.g., Your Profile, Gift Cards, Unbox, or Your Media Library) you also will be subject to the guidelines, terms and agreements ("Terms")  applicable to such service or business. If these conditions are inconsistent with such Terms, the Terms will control.

### PRIVACY

Please review our Privacy Notice, which also governs your visit to Amazon.com, to understand our practices.

### ELECTRONIC COMMUNICATIONS

When you visit Amazon.com or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### COPYRIGHT

All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of Amazon and protected by U.S. and international copyright laws. All software used on this site is the property of Amazon or its software suppliers and protected by United States and international copyright laws.

### TRADEMARKS

Click here to see a non-exhaustive list of Amazon trademarks. In addition, Amazon.com graphics, logos, page headers, button icons, scripts, and service names are trademarks, or trade dress of Amazon in the U.S. and/or other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits

763176-1

1

Amazon. All other trademarks not owned by Amazon that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

## PATENTS

One or more patents owned by Amazon apply to this site and to the features and services accessible via the site. Portions of this site operate under license of one or more patents.  Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

## LICENSE AND SITE ACCESS

Amazon grants you a limited license to access and make personal use of this site and not to download (other than page caching) or modify it, or any portion of it, except with express written consent of Amazon. This license does not include any resale or commercial use of this site or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of this site or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. Any unauthorized use terminates the permission or license granted by Amazon. You are granted a limited, revocable, and nonexclusive right to create a hyperlink to the home page of Amazon.com so long as the link does not portray Amazon, or its products or services in a false, misleading, derogatory, or otherwise offensive matter. You may not use any Amazon logo or other proprietary graphic or trademark as part of the link without express written permission.

## YOUR ACCOUNT

If you use this site, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use Amazon.com only with involvement of a parent or guardian. Amazon reserves the right to refuse service, terminate accounts, remove or edit content, or cancel orders in their sole discretion.

763176-1

2

## REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

Visitors may post reviews, comments, photos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

## COPYRIGHT COMPLAINTS

Amazon respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

## RISK OF LOSS

All items purchased from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

## RETURNS, REFUNDS AND TITLE

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our Returns Center.

763176-1

3

## PRODUCT DESCRIPTIONS

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

## PRICING

Except where noted otherwise, the List Price displayed for products on our website represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price may be provided by the merchant.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order; however, we do NOT charge your credit card until after your order has entered the shipping process. Despite our best efforts, a small number of the items in our catalog may be mispriced. If an item's correct price is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation.

Please note that this policy applies only to products sold and shipped by Amazon. Your purchases from third-party sellers are charged at the time you place your order, and third-party sellers may follow different policies in the event of a mispriced item.

## OTHER BUSINESSES

Parties other than Amazon operate stores, provide services, or sell product lines on this site. For example, Shutterfly offers Photo Services in our Camera and Photo store, and other businesses and individuals offer products in Auctions. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

763176-1

**4**

THIS SITE AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THIS SITE; INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE; THEIR SERVERS; OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

## DISPUTES

**Any dispute or claim relating in any way to your visit to Amazon.com or to products or services sold or distributed by Amazon or through Amazon.com will be resolved by binding arbitration, rather than in court,** except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of these Conditions of Use as a court would.**

763176-1

5

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98051. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not to seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

**We each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **we each waive any right to a jury trial**. We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

## APPLICABLE LAW

By visiting Amazon.com, you agree that the Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

## SITE POLICIES, MODIFICATION, AND SEVERABILITY

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your visit to Amazon.com. We reserve the right to make changes to our site, policies, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

## OUR ADDRESS

Amazon.com, Inc.

P.O. Box 81226

Seattle, WA 98108-1226

http://www.amazon.com

## Notice and Procedure for Making Claims of Copyright Infringement

If you believe that your work has been copied in a way that constitutes copyright infringement, please provide Amazon.com's copyright agent the written information specified below. Please note that this procedure is exclusively for notifying Amazon that your copyrighted material has been infringed.

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- A description of the copyrighted work that you claim has been infringed upon;

- A description of where the material that you claim is infringing is located on the site, including the auction ID number, if applicable;

- Your address, telephone number, and e-mail address;

- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Amazon.com's Copyright Agent for notice of claims of copyright infringement on its site can be reached as follows:

Copyright Agent

Amazon.com Legal Department

P.O. Box 81226

Seattle, WA 98108

phone: (206) 266-4064

fax: (206) 266-7010

e-mail: copyright@amazon.com

Courier address:

763176-1

7

Copyright Agent

Amazon.com Legal Department

410 Terry Avenue North

Seattle, WA 98109-5210

USA

**9**



**amazon**
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Off-to-College Savings
›Shop now

Shop by
Department ▾    Search    All ▾    Hello. Sign in
Your Account ▾    Try
Prime ▾    0
Cart ▾    Wish
List ▾

# Help & Customer Service

Search Help

‹ All Help Topics

## Security & Privacy

E-mails from Amazon.com

Supply Chain Standards

Amazon.com Privacy Notice

Conditions of Use

Choose a Strong Password

Protect Your System

Public PGP Key

Report a Security Issue

Your Amazon.com Bill of Rights

## Quick Solutions

Track or Manage Purchases

Manage Payment Options

Return or Replace Items

Change Name, E-mail, or Password

Manage Address Book

Manage Your Content and Devices

Kindle Help Forum

General Help Forum

Contact Us

Security & Privacy ›

# Conditions of Use

Last updated: December 5, 2012

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). Amazon provides the Amazon Services subject to the following conditions.

**By using Amazon Services, you agree to these conditions. Please read them carefully.**

We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service (for example, Your Profile, Gift Cards, Amazon Instant Video, Your Media Library, or Amazon applications for mobile) you also will be subject to the guidelines, terms and agreements applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

### PRIVACY

Please review our Privacy Notice, which also governs your use of Amazon Services, to understand our practices.

### ELECTRONIC COMMUNICATIONS

When you use any Amazon Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site or through the other Amazon Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

### COPYRIGHT

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads, and data compilations is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and protected by U.S. and international copyright laws.

### TRADEMARKS

Click here to see a non-exhaustive list of Amazon trademarks. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon in the U.S. and other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

### PATENTS

One or more patents owned by Amazon apply to the Amazon Services and to the features and services accessible via the Amazon Services. Portions of the Amazon Services operate under license of one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

### LICENSE AND ACCESS

Subject to your compliance with these Conditions of Use and your payment of any applicable fees,

Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make personal and non-commercial use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service, or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of any Amazon Service or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rightsholders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

**YOUR ACCOUNT**

If you use any Amazon Service, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use the Amazon Services only with involvement of a parent or guardian. Alcohol listings on Amazon are intended for adults. You must be at least 21 years of age to purchase alcohol, or use any site functionality related to alcohol. Amazon reserves the right to refuse service, terminate accounts, remove or edit content, or cancel orders in its sole discretion.

**REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT**

Visitors may post reviews, comments, photos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

**COPYRIGHT COMPLAINTS**

Amazon respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

**RISK OF LOSS**

All items purchased from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**RETURNS, REFUNDS AND TITLE**

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our Returns Center.

**PRODUCT DESCRIPTIONS**

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product

descriptions or other content of any Amazon Service is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

### PRICING

Except where noted otherwise, the List Price or Suggested Price displayed for products on any Amazon Service represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price or Suggested Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price or Suggested Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price or Suggested Price may be provided by the merchant.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order. Despite our best efforts, a small number of the items in our catalog may be mispriced. If the correct price of an item sold by Amazon is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation. Other merchants may follow different policies in the event of a mispriced item.

We generally do not charge your credit card until after your order has entered the shipping process or, for digital products, until we make the digital product available to you.

### AMAZON SOFTWARE TERMS

In addition to these Conditions of Use, the terms found here apply to any software (including any updates or upgrades to the software and any related documentation) that we make available to you from time to time for your use in connection with Amazon Services (the "Amazon Software").

### OTHER BUSINESSES

Parties other than Amazon operate stores, provide services, or sell product lines on this site. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

### DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THE AMAZON SERVICES AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE AMAZON SERVICES, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THE AMAZON SERVICES IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THE AMAZON SERVICES, INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, AMAZON'S SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY AMAZON SERVICE, OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH ANY AMAZON SERVICE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**12**

**DISPUTES**

**Any dispute or claim relating in any way to your use of any Amazon Service, or to any products or services sold or distributed by Amazon or through Amazon.com will be resolved by binding arbitration, rather than in court,** except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of these Conditions of Use as a court would.**

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

**We each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **we each waive any right to a jury trial.** We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

**APPLICABLE LAW**

By using any Amazon Service, you agree that the Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

**SITE POLICIES, MODIFICATION, AND SEVERABILITY**

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your use of Amazon Services. We reserve the right to make changes to our site, policies, Service Terms, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

**OUR ADDRESS**

```
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
```
http://www.amazon.com

**How to Serve a Subpoena**

If you have a subpoena to serve on Amazon, please note that Amazon does not accept service via e-mail or fax and will not respond to the subpoena. All subpoenas must be properly served on Amazon.com, preferably by mailing the subpoena to Corporation Service Company (CSC), Amazon's national registered agent. Please find below the Washington address for CSC (the CSC office in your jurisdiction may be located through the Secretary of State's website):

```
Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, WA 98501
Attn: Legal Department - Subpoena
```

Please note also that providing detailed and accurate information at the outset will facilitate efficient processing of your request. That information will include, for example, e-mail and/or credit card number used to make purchases for retail purchase information; the name, e-mail, and physical address of a seller for seller information; Kindle serial number for Kindle information (please note we do not have GPS location information); and IP address and complete time stamp for AWS information.

**13**

**Notice and Procedure for Making Claims of Copyright Infringement**

If you believe that your work has been copied in a way that constitutes copyright infringement, please submit your complaint using our online form. We respond quickly to the concerns of rights owners about any alleged infringement.

If you prefer to submit a report in writing, please provide us with this information:

- A physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Amazon's Copyright Agent for notice of claims of copyright infringement on its site can be reached as follows:

```
Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010
e-mail: copyright@amazon.com
Courier address:
Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210
USA
```

Please note that this procedure is exclusively for notifying Amazon that your copyrighted material has been infringed.

**Additional Amazon Software Terms**

1. **Use of the Amazon Software.** You may use Amazon Software solely for purposes of enabling you to use and enjoy the Amazon Services as provided by Amazon, and as permitted by the Conditions of Use, these Software Terms and any Service Terms. You may not incorporate any portion of the Amazon Software into your own programs or compile any portion of it in combination with your own programs, transfer it for use with another service, or sell, rent, lease, lend, loan, distribute or sub-license the Amazon Software or otherwise assign any rights to the Amazon Software in whole or in part. You may not use the Amazon Software for any illegal purpose. We may cease providing any Amazon Software and we may terminate your right to use any Amazon Software at any time. Your rights to use the Amazon Software will automatically terminate without notice from us if you fail to comply with any of these Software Terms, the Conditions of Use or any other Service Terms. Additional third party terms contained within or distributed with certain Amazon Software that are specifically identified in related documentation may apply to that Amazon Software (or software incorporated with the Amazon Software) and will govern the use of such software in the event of a conflict with these Conditions of Use. All software used in any Amazon Service is the property of Amazon or its software suppliers and protected by United States and international copyright laws.
2. **Use of Third Party Services.** When you use the Amazon Software, you may also be using the services of one or more third parties, such as a wireless carrier or a mobile platform provider. Your use of these third party services may be subject to the separate policies, terms of use, and fees of these third parties.
3. **No Reverse Engineering.** You may not, and you will not encourage, assist or authorize any other person to copy, modify, reverse engineer, decompile or disassemble, or otherwise tamper with, the Amazon Software, whether in whole or in part, or create any derivative works from or of the Amazon Software.

4. **Updates.** In order to keep the Amazon Software up-to-date, we may offer automatic or manual updates at any time and without notice to you.

5. **Export Regulations; Government End Users.** You must comply with all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities that may apply to the Amazon Software. If you are a U.S. Government end user, we are licensing the Amazon Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant you to the Amazon Software are the same as the rights we grant to all others under these Conditions of Use.

| Search Help | Submit Query |

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

### Make Money with Us
Sell on Amazon
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

**amazon.com**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**ACX**
Audiobook Publishing
Made Easy

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**Alexa**
Actionable Analytics
for the Web

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

Attachment B

Attachment B

# AMAZON APPSTORE FOR ANDROID TERMS OF USE

**Last updated: November 14, 2011**

These Terms of Use are part of an agreement between you and Amazon Digital Services, Inc. (together with its affiliates, "Amazon" or "we") regarding use of the Amazon Appstore for Android ("Amazon Appstore") and associated software, services and purchases.  Before you use the Amazon Appstore or download any Apps made available through it, please read these Terms of Use, the Amazon.com Privacy Notice at http://www.amazon.com/privacy, the Amazon.com Conditions of Use at http://www.amazon.com/conditionsofuse, and all rules and policies related to the Amazon Appstore (including, but not limited to, any rules or usage provisions specified on any product detail page or on any help or other informational page for the Amazon Appstore)  (collectively, the "Agreement").

IF YOU USE THE AMAZON APPSTORE, INCLUDING ANY ASSOCIATED SOFTWARE OR SERVICE, YOU WILL BE BOUND BY THIS AGREEMENT.

## 1.     The Amazon Appstore

In the Amazon Appstore, you can access, browse, purchase and download software games, applications and other digital products for mobile devices ("Apps").  Apps include any content, ads, services, technology, data, in-app products (including Amazon-Sold In-App Products, as defined in Section 2.3) and other digital materials included in or made available through an App you download or use via the Amazon Appstore (including after you download it). Apps also include any updates, upgrades and other changes and versions that you later use or download from us.

We may make some Apps available via the Amazon Appstore at no charge and others for a price, as further described on our App detail pages.  Most of the Apps we make available on the Amazon Appstore are provided and licensed to you by third parties, also as described on our App detail pages.  From time to time, we may offer sales, give-aways and other promotions in the Amazon Appstore. We may modify or discontinue any of these promotions at any time without notice to you.

## 2.     Using and Downloading Apps

**2.1     General.** After you order an App and pay any corresponding price to us, you may download a copy of the App for your personal use to a device on which you have installed and signed in to our Appstore Software. Apps can be used only on mobile devices that use the Android platform and meet certain other technical requirements. Generally, App mobile device requirements are described on or through our App detail pages.

**2.2     Trial Access to Apps.** We may offer free trial and other limited versions of Apps so you can preview Apps before you purchase the full version. These versions may have limited features, may restrict permitted time of use and may contain other limitations.

**2.3     In-App Products; Subscriptions.** We may offer digital products for sale that are intended to be accessed or used within an App, such as additional or enhanced functionality, media content, or subscription access to content or services ("Amazon-Sold In-App Products"). Not all products and services available for purchase within an App are Amazon-Sold In-App Products. You will be able to identify Amazon-Sold In-App Products because you will see our logo when making the purchase and will complete the purchase using Amazon 1-Click technology. Amazon-Sold In-App Products are subject to any use, access and other restrictions described on, or linked from, the Amazon-Sold In-App Product detail page or otherwise provided in this Agreement. If you purchase an Amazon-Sold In-App Product that is a subscription or start a free trial for such a subscription, your subscription will automatically continue at the regular subscription price using a payment method we have on record for you. We

may terminate a subscription at any time, for example, if the applicable Amazon-Sold In-App Product is no longer available. If we terminate a subscription before the end of its term, you will receive a prorated refund. We reserve the right to change subscription terms and prices from time to time, effective as of the beginning of the next subscription term. Other than for purchases of Amazon-Sold In-App Products, we are not a party to, and have no responsibility for, any payment or purchase transactions you make through an App (unless we expressly state otherwise in writing, such as in connection with purchases made through our Amazon Shopping App).

**2.4**    **Mobile Data Fees; Access Charges.** You are responsible for any mobile data fees and other third-party charges you may incur (for example, fees that may be charged by your carrier) in connection with your access, download and use of the Amazon Appstore or of Apps, including any trial versions.

**2.5**    **All Sales Final.**  All purchases of Apps and Amazon-Sold In-App Products are final. We do not accept returns of Apps or Amazon-Sold In-App Products. Once you have purchased an App or Amazon-Sold In-App Product, we encourage you to download (if applicable) and access it promptly to be sure you have received it. If you are unable to complete a download or access an App or Amazon-Sold In-App Product, please contact Amazon customer service for assistance. Once you purchase an App or Amazon-Sold In-App Product and we make it available to you, you bear responsibility for completing the download (if applicable) and for all risk of loss after downloading or accessing the App or Amazon-Sold In-App Product, including any loss due to a mobile device malfunction.

**2.6**    **Downloading and Availability of Apps after Purchase.**  Once you have paid for an App, you may download copies of the App for your personal use to compatible Android devices.  Each time you download an App to a particular device, you will first be required to download and install the Appstore Software, if it is not already available on the device, and to sign in to the Appstore Software using the user name and password for the Amazon.com customer account that you used to buy the App.  We will usually continue making Apps you have purchased available to you in our Amazon Appstore so that you can download additional copies under the terms of this Agreement, but that is not always the case, and we may limit or disable further downloads of an App due to licensing restrictions or for other reasons.

**2.7**    **Ratings.** We may provide age and content ratings for Apps that are based on information provided to us by the Publisher or other third parties.  While we require Publishers to provide accurate information regarding the content of their Apps, we cannot ensure that App ratings are accurate or that Apps do not include content that is offensive, indecent, or objectionable.

## 3.    Use of and Restrictions on Apps and Appstore Software

**3.1**    **Appstore Software.** We will make available to you software that you need to install on your device in order to download Apps purchased from the Amazon Appstore to that device and to access or use Apps on that device (the "Appstore Software"). The Appstore Software may allow you to access or use the Amazon Appstore from a device, and purchases of Apps or In-App Products that you make via the Appstore Software will be charged to the 1-Click payment method associated with the Amazon.com account you used to sign in to the Appstore Software. Publishers may choose to protect their Apps using a digital rights management ("DRM") system implemented through the Appstore Software. Appstore Software includes any software we include in an App to enable the DRM or for other purposes. If you uninstall the Appstore Software from your device or sign out of your Amazon.com account in the Appstore Software, you will not be able to access or use any Apps on your device that Publishers have protected with DRM.

**3.2**    **Use of Appstore Software.** You may use the Appstore Software only in connection with the Amazon Appstore or Apps available through it. Unless and to the extent specifically provided otherwise in the Appstore Software or related documentation (including any Readme file), you may not (a) separate any individual component of the Appstore Software for use, (b) incorporate any portion of the Appstore Software into other

2

software or compile any portion of it in combination with other software, (c) use it, or any portion of it, with another service, (d) sell, rent, lease, lend, loan, assign or sublicense the Appstore Software or otherwise transfer any rights to it in whole or in part, (e) modify, reverse engineer, decompile or disassemble the Appstore Software in whole or in part, or create any derivative works from or of the Appstore Software, or encourage, assist or authorized any other person to do any of these things, (f) make copies of or distribute Appstore Software or electronically transfer it or any portion of it from one device to another or make it available over a network, or (g) attempt to disable, bypass, modify, defeat, or otherwise circumvent the DRM or any other security or content protection system used in connection with the Amazon Appstore.  We may discontinue some or all of any Appstore Software at any time. We may also terminate your right to use the Appstore Software at any time, and in such event we may modify it to make it inoperable or take other actions to restrict access to or availability of the Appstore Software.

**3.3     Software Updates.** We may offer updates of the Appstore Software from time to time for feature enhancement, security or other purposes.  On Kindle devices, we may automatically update the Appstore Software in order to keep it up to date.  On devices other than Kindles, the Appstore Software may automatically check for updates, but the Appstore Software will not automatically update without your consent, unless you provide us your consent to automatic updates. We recommend that you promptly accept and install updates we make available to you, and we may make certain updates required for your continued use of the Amazon Appstore.

**3.4     Information Provided.**  Amazon respects your privacy, and the Appstore Software will not access files or other information on any device where your Apps are located that are not used by or otherwise related to the Appstore Software or performance of the Apps. The Appstore Software and Apps will provide Amazon with information relating to the download, use and performance of the Appstore Software and your Apps, as well as information regarding the devices on which you download and use the Appstore Software or Apps.  For example, the Appstore Software and Apps may provide Amazon with information about the device type, mobile network connectivity, location of the device running an App, information about when an App is launched, individual session lengths for Apps, or why an App may not be working. Any information we receive is subject to the Amazon.com privacy notice located at www.amazon.com/privacy.

**3.5     Separate Licenses to Use Apps.** Your use of an App will be governed by the terms and conditions of an end user license agreement between you and the Publisher of the App (a "EULA"). The EULA for an App includes the terms set forth below (the "Standard EULA") and any additional end user license terms included in the App (the "Publisher EULA"). If there is a conflict between the Standard EULA and the Publisher EULA, the Standard EULA will control. The Publisher has the right to enforce the EULA against you. If you do not want to comply with the EULA for an App, you must not use that App.  Amazon is not a party to the EULA for any App (unless Amazon is the Publisher of that App).  As used in this Section 3.5, the term "App" does not include any Appstore Software included within an App (your use of Appstore Software is instead governed by Sections 3.1 - 3.3 above).  The Standard EULA includes the following end user license terms, and if the App does not include a Publisher EULA, these terms will constitute the entire EULA between you and the Publisher:

(i)  The Publisher is the licensor of the App.

(ii)  If the App does not include a Publisher EULA that specifies App license rights, Publisher grants you a limited, nontransferable license to download and use the App only for your personal and noncommercial purposes.

(iii)  You may download additional copies of the App to compatible Android devices that have been linked to the Amazon.com customer account that you used to buy the App in accordance with Amazon's rules and policies for the Amazon Appstore.

3

(iv)  Any information that Publisher collects from you or your device will be subject to any Publisher EULA, privacy notice, or similar terms that the Publisher provides to you, and will not be subject to the Amazon.com Privacy Notice.

(v)  You may not modify, reverse engineer, decompile or disassemble the App in whole or in part, or create any derivative works from or sublicense any rights in the App, unless otherwise expressly authorized in writing by Publisher.

(vi)  The App is protected by copyright and other intellectual property laws and treaties.  Unless otherwise expressly stated in the Publisher EULA, Publisher or its licensors own all title, copyright and other intellectual property rights in the App, and the App is licensed, not sold.

(vii)  You acknowledge and agree that Amazon has no responsibility or liability with respect to your use of the App or any content or functionality in the App.

**3.6**   **Compliance with Law and Reservation of Rights.**  You will use the Amazon Appstore, Apps and Appstore Software in compliance with all applicable laws.  Except for the rights explicitly granted to you in this Agreement and in the EULA for each App, all right, title and interest in the Amazon Appstore, Apps and the Appstore Software are reserved and retained by their respective providers, publishers and rightsholders. You do not acquire any ownership rights in the Appstore Software as a result of downloading, installing or using such software or the Amazon Appstore.  We reserve the right to change, remove, suspend, or disable any App without notice or liability.

# 4.   Limited to U.S.

We are currently only able to make Apps available to customers located in the United States.  We regret that you may not purchase or download Apps if you are outside the United States.  If you are inside the United States, you may not transfer Apps outside the United States.  "United States" refers to the 48 contiguous states, the District of Columbia, Alaska, Hawaii, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands.

# 5.   General

**5.1**   **Compliance with Export Laws and Regulations; U.S. Government Users.** You agree to comply with all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities that may apply to the Appstore Software or any App. If you are a U.S. Government end user, we are licensing the Appstore Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant to you for the Appstore Software are the same as the rights we customarily grant to others under this Agreement.

**5.2**   **Termination; Amendments.** Your rights under this Agreement will automatically terminate without notice from us if you fail to comply with any of its terms. In case of such termination, you must cease all use of the Amazon Appstore and the Appstore Software, and we may immediately revoke your access to the Amazon Appstore without notice to you and without refund of any purchases. Our failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of our rights. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of the Amazon Appstore or the Appstore Software after the effective date of the revised Agreement terms constitutes your acceptance of the terms.

**5.3**   **Damages Cap.**  Without limiting the Disclaimer of Warranties and Limitation of Liability in the Amazon.com Conditions of Use: (i) in no event shall our or our software licensors' total liability to you for all

damages (other than as may be required by applicable law in cases involving personal injury) arising out of or related to your use or inability to use the Appstore Software exceed the amount of fifty dollars ($50.00); and (ii) in no event shall our total liability to you for all damages arising from your use of the Amazon Appstore, the Apps, Amazon-Sold In-App Products or information, materials or products included on or otherwise made available to you through the Amazon Appstore exceed the amount you paid to us to purchase the App or Amazon-Sold In-App Product related to your claim for damages.  These limitations will apply to you even if the remedies fail of their essential purpose.

**5.4**      **Contact Information.** For communications concerning this Agreement, please write to Amazon, Attn: Legal Department, P.O. Box 81226, Seattle, WA 98108-1226.

**6**

amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help


Back-to-School Savings
› Shop now

Shop by
Department ⌄      Search    All ⌄    [                    ]    Hello. Sign in    Try    0    Wish
                                                              Your Account ⌄   Prime ⌄   Cart ⌄   List ⌄

## Help & Customer Service

Search Help [    ]

‹ All Help Topics

**Amazon Appstore**

Shopping for Apps

Using & Managing Apps

**Amazon Appstore for Android Terms of Use**

Amazon GameCircle Terms of Use

Amazon App Suite Legal Notices

### Quick Solutions

Track or Manage Purchases

Manage Payment Options

Return or Replace Items

Change Name, E-mail, or Password

Manage Address Book

Manage Your Content and Devices

Kindle Help Forum

General Help Forum

[ Contact Us ]

Digital Music, Instant Video & Apps  ›  Amazon Appstore  ›

# Amazon Appstore for Android Terms of Use

Last updated: April 2, 2014

These Terms of Use are part of an agreement between you and Amazon Digital Services, Inc. (together with its affiliates, "Amazon" or "we") regarding use of the Amazon Appstore for Android and associated software, services and purchases ("Amazon Appstore"). Before you use the Amazon Appstore or download any Apps made available through it, please read these Terms of Use, the Amazon.com Privacy Notice at **http://www.amazon.com/privacy**, the Amazon.com Conditions of Use at **http://www.amazon.com/conditionsofuse**, and all rules and policies related to the Amazon Appstore (including, but not limited to, any rules or usage provisions specified on any product detail page or on any help or other informational page for the Amazon Appstore) (collectively, the "Agreement").

IF YOU USE THE AMAZON APPSTORE, YOU WILL BE BOUND BY THIS AGREEMENT.

**1. The Amazon Appstore**

In the Amazon Appstore, you can access, browse, purchase and download software games, applications and other digital products ("Apps"). Apps include any content, ads, services, technology, data, in-app products (including Amazon-Sold In-App Products, as defined in Section 2.3) and other digital materials included in or made available through an App you download or use via the Amazon Appstore (including after you download it). Apps also include any updates, upgrades and other changes and versions that you later use or download from us. The party that provides an App for distribution is the "Publisher" of the App. Most Apps are provided and licensed to you by third-party Publishers. We may make some Apps available via the Amazon Appstore at no charge and others for a price, as further described on our App detail pages. From time to time, we may offer sales, give-aways and other promotions in the Amazon Appstore. We may modify or discontinue any of these promotions at any time without notice to you.

**2. Using and Downloading Apps**

**2.1 General.**

After you order an App and pay any corresponding price to us, you may download a copy of the App for your personal use to a device on which you have installed and signed in to our Appstore Software (as defined in Section 3.1). Apps can be used only on devices that use the Android platform and meet certain other technical requirements. Generally, App device requirements are described on or through our App detail pages.

**2.2 Trial Access to Apps.**

We may offer free trial and other limited versions of Apps so you can preview Apps before you purchase the full version. These versions may have limited features, may restrict permitted time of use and may contain other limitations.

**2.3 In-App Products; Subscriptions.**

We may offer digital products for sale that are intended to be accessed or used within an App, such as additional or enhanced functionality, media content, or subscription access to content or services ("Amazon-Sold In-App Products"). Not all products and services available for purchase within an App are Amazon-Sold In-App Products. You will be able to identify Amazon-Sold In-App Products because you will see our logo when making the purchase and will complete the purchase using your Amazon Appstore payment method. Amazon-Sold In-App Products are subject to any use, access and other restrictions described on, or linked from, the Amazon-Sold In-App Product detail page or otherwise provided in this Agreement. If you purchase an Amazon-Sold In-App Product that is a subscription or start a free trial for such a subscription, your subscription will automatically continue at the regular subscription price using a payment method we have on record for you. You must use a credit card to pay for a subscription. Please do not sign up for a subscription with a debit card. We

**7**

may terminate a subscription at any time, for example, if the applicable Amazon-Sold In-App Product is no longer available. If we terminate a subscription before the end of its term, you will receive a prorated refund. We reserve the right to change subscription terms and prices from time to time, effective as of the beginning of the next subscription term. Other than for purchases of Amazon-Sold In-App Products, we are not a party to, and have no responsibility for, any payment or purchase transactions you make through an App (unless we expressly state otherwise in writing, such as in connection with purchases made through our Amazon Shopping App).

**2.4 All Sales Final.**

All purchases of Apps and Amazon-Sold In-App Products are final. We do not accept returns of Apps or Amazon-Sold In-App Products. Once you have purchased an App or Amazon-Sold In-App Product, we encourage you to download (if applicable) and access it promptly to be sure you have received it. If you are unable to complete a download or access an App or Amazon-Sold In-App Product, please contact Amazon customer service for assistance. Once you purchase an App or Amazon-Sold In-App Product and we make it available to you, you bear responsibility for completing the download (if applicable) and for all risk of loss after downloading or accessing the App or Amazon-Sold In-App Product, including any loss due to a device malfunction.

**2.5 Downloading and Availability of Apps after Purchase.**

Once you have paid for an App, you may download copies of the App for your personal use to compatible Android devices. Each time you download an App to a particular device, you will first be required to download and install the Appstore Software, if it is not already available on the device, and to sign in to the Appstore Software using the user name and password for the Amazon.com customer account that you used to buy the App. We will usually continue making Apps you have purchased available to you in our Amazon Appstore so that you can download additional copies under the terms of this Agreement, but that is not always the case, and we may limit or disable further downloads of an App due to licensing restrictions or for other reasons. Certain Apps rely on cloud-based services provided by the Publisher for some or all of their functionality. These Apps may not function properly or may become inoperable if the Publisher discontinues those services.

**2.6 Updates to Apps.**

The Publisher of an App may provide us with updates to that App from time to time. We may automatically install updates to your Apps, or prompt you to install the updates, depending on how your Amazon.com account and Appstore Software settings are configured.

**2.7 Ratings.**

We may provide age and content ratings for Apps that are based on information provided to us by the Publisher or other third parties. While we require Publishers to provide accurate information regarding the content of their Apps, we cannot ensure that App ratings are accurate or that Apps do not include content that is offensive, indecent, or objectionable.

**3. Use of and Restrictions on Apps and Appstore Software**

**3.1 Appstore Software.**

We may make available to you software that you need to install on your device in order to download Apps purchased from the Amazon Appstore to that device and to access or use Apps on that device (the "Appstore Software"). Terms contained in the Amazon.com Conditions of Use apply to your use of the Appstore Software. For additional terms that apply to certain third party software, click here. The Appstore Software may allow you to access or use the Amazon Appstore from a device, and purchases of Apps or Amazon-Sold In-App Products that you make via the Appstore Software will be charged to the payment method associated with the Amazon.com account you used to sign in to the Appstore Software. Publishers may choose to protect their Apps using a digital rights management ("DRM") system implemented through the Appstore Software. Appstore Software includes any software we include in an App to enable the DRM or for other purposes. If you uninstall the Appstore Software from your device or sign out of your Amazon.com account in the Appstore Software, you will not be able to access or use any Apps on your device that Publishers have protected with DRM. You may not attempt to disable, bypass, modify, defeat, or otherwise circumvent the DRM or any other security or content protection system used in connection with the Amazon Appstore.

**3.2 Information Provided to Amazon.**

Amazon respects your privacy, and the Appstore Software will not access files or other information on any device where your Apps are located that are not used by or otherwise related to the Appstore Software or performance of the Apps. The Appstore Software and Apps will provide Amazon with information relating to the download, use and performance of the Appstore Software and your Apps,

**8**

as well as information regarding the devices on which you download and use the Appstore Software or Apps. For example, the Appstore Software and Apps may provide Amazon with information about the device type, network connectivity, location of the device running an App, information about when an App is launched, individual session lengths for Apps, or why an App may not be working. Any information we receive is subject to the Amazon.com Privacy Notice located at **www.amazon.com/privacy**.

### 3.3 Separate Licenses to Use Apps.

Your use of an App will be governed by the terms and conditions of an end user license agreement between you and the Publisher of the App (a "EULA"). The EULA for an App includes the terms set forth below (the "Standard EULA") and any additional end user license terms included in the App (the "Publisher EULA"). If there is a conflict between the Standard EULA and the Publisher EULA, the Standard EULA will control. The Publisher has the right to enforce the EULA against you. If you do not want to comply with the EULA for an App, you must not use that App. Amazon is not a party to the EULA for any App (unless Amazon is the Publisher of that App). As used in this Section 3.3, the term "App" does not include any Appstore Software included within an App (your use of Appstore Software is instead governed by Sections 3.1 - 3.2 above). The Standard EULA includes the following end user license terms, and if the App does not include a Publisher EULA, these terms will constitute the entire EULA between you and the Publisher:

(i) The Publisher is the licensor of the App.

(ii) If the App does not include a Publisher EULA that specifies App license rights, Publisher grants you a limited, nontransferable license to download and use the App only for your personal and noncommercial purposes.

(iii) You may download additional copies of the App to compatible Android devices that have been linked to the Amazon.com customer account that you used to buy the App in accordance with Amazon's rules and policies for the Amazon Appstore.

(iv) Any information that Publisher collects from you or your device will be subject to any Publisher EULA, privacy notice, or similar terms that the Publisher provides to you, and will not be subject to the Amazon.com Privacy Notice.

(v) You may not modify, reverse engineer, decompile or disassemble the App in whole or in part, or create any derivative works from or sublicense any rights in the App, unless otherwise expressly authorized in writing by Publisher.

(vi) The App is protected by copyright and other intellectual property laws and treaties. Unless otherwise expressly stated in the Publisher EULA, Publisher or its licensors own all title, copyright and other intellectual property rights in the App, and the App is licensed, not sold.

(vii) You acknowledge and agree that Amazon has no responsibility or liability with respect to your use of the App or any content or functionality in the App.

### 3.4 Compliance with Law and Reservation of Rights.

You will use Apps in compliance with all applicable laws, including all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities that may apply to any App. We reserve the right to change, remove, suspend, or disable any App without notice or liability.

### 4. General

### 4.1 Changes.

We may modify, suspend or discontinue the Amazon Appstore, in whole or in part, at any time without notice.

### 4.2 Geographic Restrictions.

The Amazon Appstore is operated in the United States. We may restrict access to the Amazon Appstore from other locations.

### 4.3 Suspension and Termination; Amendments.

Your rights under this Agreement will automatically terminate without notice from us if you fail to comply with its terms. In case of such termination, you must cease all use of the Amazon Appstore and the Appstore Software, and we may immediately revoke your access to the Amazon Appstore without notice to you and without refund of any purchases. Our failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of our rights. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of the Amazon Appstore or the Appstore Software after the effective

**9**

date of the revised Agreement terms constitutes your acceptance of the terms.

**4.4 Contact Information.**

For communications concerning this Agreement, please write to Amazon, Attn: Legal Department, P.O. Box 81226, Seattle, WA 98108-1226.

**4.5 Disputes / Binding Arbitration. Any dispute or claim arising from or relating to the Agreement or the Amazon Appstore is subject to the binding arbitration, governing law, disclaimer of warranties and limitation of liability and all other terms in the Amazon.com Conditions of Use at http://www.amazon.com/conditionsofuse. You agree to those terms by entering into the Agreement or by using the Amazon Appstore.**

**4.6 Limitation of Liability.**

Without limiting the Disclaimer of Warranties and Limitation of Liability in the Amazon.com Conditions of Use: (i) in no event shall our or our software licensors' total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) arising out of or related to your use or inability to use the Appstore Software exceed the amount of fifty dollars ($50.00); and (ii) in no event shall our total liability to you for all damages arising from your use of the Amazon Appstore, the Apps, Amazon-Sold In-App Products or information, materials or products included on or otherwise made available to you through the Amazon Appstore exceed the amount you paid to us to purchase the App or Amazon-Sold In-App Product related to your claim for damages. These limitations will apply to you even if the remedies fail of their essential purpose.

---

| Search Help | | Submit Query |
|---|---|---|

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Fire TV – Amazon's Media Player

**Make Money with Us**
Sell on Amazon
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

**amazon.com**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**ACX**
Audiobook Publishing
Made Easy

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**Alexa**
Actionable Analytics
for the Web

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2014, Amazon.com, Inc. or its affiliates

**10**

Attachment C-1

Attachment C-1

terms and www.teamlava.com/privacy PLEASE NOTE: This app contains in-app purchasing, which allows you to buy items within the app using actual money. On Amazon devices, you can configure parental controls from the device Settings menu by selecting Parental Controls.  Sold by: Amazon Digital Services, Inc.



Attachment C-2

Attachment C-2



Attachment C-3

Attachment C-3



Attachment D

Attachment D

**Complaint ¶ 28: "[O]ne Appstore reviewer . . . commented that her eight-year-old daughter thought she was purchasing the in-game coin packs with virtual currency, not real money."**

[Customer:]  I am very disappointed.  We are a long-time customer with "click to purchase".  We purchased 3 Kindles for our children 8, 12 and 13.  We trusted Amazon with our children's apps and opur credit card.  You game, Tap Zoo, allowed my 8 year old to chanrge $80+ in coins as she thought she was buyinf from her accumumalted "virtual savings account".  No where on the notice did it say this would be charged to a credit card or require a passowrd.  You know this is an issue.  I would like all out money back from purchased made on 12/31 for coins to Tap Zoo.

[Chat participant name(s):]  ███████  Nilesh ███████

[Amazon:]  Hello, my name is Nilesh.  I'm sorry for the inconvenience, ████████

[Customer:]  Hello Nilish.  I hope you can read through all my spelling errors.

[Amazon:]  Could you please let me know the order number?

[Customer:]  There were 17 - which would you like first?

| Subject | Received |
| --- | --- |
| Your Amazon.com Order (D01-0727604-2698563) | Sat 12/31 |
| Your Amazon.com Order (D01-9132874-0327358) | Sat 12/31 |
| Your Amazon.com Order (D01-1522082-0516151) | Sat 12/31 |
| Your Amazon.com Order (D01-8392171-0573745) | Sat 12/31 |
| Your Amazon.com Order (D01-1755207-2045731) | Sat 12/31 |
| Your Amazon.com Order (D01-8277116-9204116) | Sat 12/31 |
| Your Amazon.com Order (D01-9617247-8240909) | Sat 12/31 |
| Your Amazon.com Order (D01-7014200-4925743) | Sat 12/31 |
| Your Amazon.com Order (D01-5665875-5012146) | Sat 12/31 |
| Your Amazon.com Order (D01-7700809-2640903) | Sat 12/31 |
| Your Amazon.com Order (D01-9277792-5712925) | Sat 12/31 |
| Your Amazon.com Order (D01-7338320-0119339) | Sat 12/31 |
| Your Amazon.com Order (D01-7164259-1424943) | Sat 12/31 |
| Your Amazon.com Order (D01-7018928-9341717) | Sat 12/31 |
| Your Amazon.com Order (D01-2850454-3514534) | Sat 12/31 |
| Your Amazon.com Order (D01-7863140-0679326) | Sat 12/31 |

[Amazon:]  Thank you.

[Customer:]  Sorry - 16 not 17 orders

[Amazon:]  Not a problem, ███████.  I will go ahead and cancel all these order's for you. With your permission, shall I cancel all the order's which were placed on December 31,2011 ?

[Customer:]  yes, please.   How do I get the credit back for  all the kid's $20.00 gift cards and on my credit card?  thanks so much for your help

Customer-Identifying Information Redacted

[Amazon:]  I'm sorry, ▓▓▓▓▓ I see that a member of our Amazon Appstore team will need to help you with this these order's.

[Customer:]  can you transfer me there or how do i get to them?

[Amazon:]  For an immediate callback, contact us through the website via the "Contact us" button here: https://www.amazon.com/gp/mas/your-account/myapps . If your country isn't listed or you're unable to take advantage of this feature, you can call directly at 1-866-749-7771. Amazon Appstore support is available between the hours of 6 a.m. and 10 p.m. PST, 7 days a week.

[Customer:]  ok, thanks

[Amazon:]  You are welcome. have a good day.

[Customer:]  I will call now.

[Amazon:]  And you the kindle fire is updated to latest software then you can keep a lock to the WIFI so that internet cannot be accessed.  Is there anything else I can help you with today?

Your chat has been idle for 1 minute.

[Amazon:]  If there isn't anything else I can help you with, I'll need to disconnect this chat. Thank you for contacting Amazon. We hope to see you again. Nilesh


From: Amazon.com Customer Service <cust.service03@amazon.com>
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: Your Amazon.com Kindle Inquiry
Content-Type: text/plain; charset=UTF-8

Hello,


I just wanted to send you a quick follow-up e-mail on our chat discussion.


I'm really sorry for the inconvenience caused in this case.


As per our discussion, I checked this for you and see that a member of our Amazon Appstore team will need to help you with this these order's.


however, they don't have chat support. For an immediate callback, contact us through the website via the "Contact us" button here: https://www.amazon.com/gp/mas/your-account/myapps .

If your country isn't listed or you're unable to take advantage of this feature, you can call directly at 1-866-749-7771. Amazon Appstore support is available between the hours of 6 a.m. and 10 p.m. PST, 7

Customer-Identifying Information Redacted

days a week.

For your reference, With the latest software update available for Kindle Fire, 6.2.1, you can enable restrictions to control Wi-Fi access on your Kindle Fire.

Tap the Quick Settings icon, then More, then Restrictions to set your password. You'll then see the option to enable Password Protected Wi-Fi on your Kindle Fire.

Enabling Password Protected Wi-Fi turns off Wi-Fi on your device and will require your password to reactivate Wi-Fi. Parents may use this feature to prevent children from purchasing content without their permission or from browsing any inappropriate online content. You will see a Key icon to the right of the Quick Settings icon whenever Password Protected Wi-Fi is enabled and Wi-Fi is off.

To ensure your Kindle Fire has the latest software update, visit www.amazon.com/kindlesoftwareupdates

Kindle Fire also supports parental controls for in-app purchases through the Amazon Appstore.

For further queries, You can reach us by chat or phone directly and toll free from many countries. Learn how on our Kindle Support website at:

3

**4**

**Complaint ¶ 28: "A consumer . . . explained that her daughter 'thought she was paying with acorns, but it seems to be hitting my credit card.'"**

[Customer:]  My daughter just purchased a bunch of stuff on her kindle

[Chat participant name(s):]  ▮▮▮▮▮▮▮▮▮     Amazon ▮▮▮▮▮▮▮▮▮▮▮

[Amazon:]  Hello, my name is Kelly. I'll be happy to help you. What can I do for you today?

[Customer:]  She thought she was paying with acorns, but it seems to be hitting my credit card. Is there anything I can do to reverse what she did?

[Amazon:]  I will be happy to check into that. Can you hold just a moment please?

[Customer:]  Yes. OK.

[Amazon:]  Thank you for waiting ▮▮▮. A member of our Kindle team will need to help you with this. Can you please hold while I transfer you? One of our Kindle Specialists will assist you very shortly.

[Customer:]  Yes, thank you.

[Amazon:]  Thank you so much. It should be just a moment.

[Chat participant name(s):]  ▮▮▮▮▮▮▮▮▮     Amazon Jammie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[Amazon:]  Hello, my name is Jammie. I'm sorry about the accidental orders made by your daughter. Don't worry, I'll check on these and see what option we can do.  For security purposes, may I have the name on your account please?

[Customer:]  ▮▮▮▮▮▮▮▮

[Amazon:]  Thanks, ▮▮▮. Just to be sure, the accidental purchases are apps?

[Customer:]  I think she bought stuff in the ice age app.

[Amazon:]  Ice Age Village I see. To better assist you with the option of refunding the apps, a member of our Amazon Appstore team will need to help you with this. Please hold while I transfer you. One of our Amazon Appstore Specialists will assist you shortly.

[Customer:]  OK

[Chat participant name(s):]  ▮▮▮▮▮▮▮▮▮     Jammie Narasimha ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[Amazon:]  We just set the parental controls. Can you remove the charges?

[Amazon:]  Hello ▮▮▮ , my name is Narasimha. I'll be happy to help you today.  Sure, could you please provide me the order numbers.

[Customer:]  D01-0464934-8344163 D01-5947527-5147304  D01-2030713-8817721  D01-3476085-2488103  D01-5239700-3035356  I think that's it.

[Amazon:] <mark>Thank for the confirmation</mark> ██. <mark>I've issued refunds on all these orders,</mark> but these refunds are issued as a one time exception.

[Customer:]  Thank you.

[Amazon:]  You're Welcome ██. We hope to see you again. Have a great day.

Please click the "End Chat" link to close this window.

[Chat participant name(s):] ████████

**#I13998— Friday, November 23, 2012 6:37 PM (PST)**

                                                      Customer-Identifying Information Redacted

**Complaint ¶ 28: "It's not a hack, but nearly as bad: it's an in-game purchase. A user, such as a child, can easily misinterpret the option to spend actual money as just part of the game."**

Hello 

I'm sorry about the unexpected charges on your account for a game.

It is not a hack, but nearly as bad: it's an in-game purchase. A user, such as a child, can easily misinterpret the option to spend actual money as just a part of the game.

As a standard policy, Amazon Appstore purchases are not returnable, but because you may not have realized you were spending real money in your game, I have issued a refund for $19.98 for two purchases of "Cash 88 (+10%)".

This refund should go through within the next 2 to 3 business days and will appear as a credit on your next credit card billing statement.

Once yesterday morning, and once yesterday evening, within the game "Top Girl" an option was selected that resulted in more credits for you to get more outfits or something, and for those credits, you were charged $9.99. I believe there are options for even more money, so you may want to be careful.

PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon Appstore.

Please let us know if we can help with anything else. You can reach us by phone directly and toll free from many countries by clicking the Contact Us option on our Help pages at:

http://www.amazon.com/gp/help/customer/display.html?nodeId=200551840&ref=sv_mas_5

Contacting us through the website allows you to verify security before a call is placed and ensures we have your account information ready when we call you. If your country isn't listed or you're unable to take advantage of the Contact Us feature, you can call us directly at 1-866-321-8851 or 1-206-266-0927 if you're calling from outside the U.S.

I hope this helps. We look forward to seeing you again soon.

-
Did I solve your problem?

If yes, please click here:
http://www.amazon.com/rsvp-y?c=*************

If no, please click here:
http://www.amazon.com/rsvp-n?c=*************

Please note: this e-mail was sent from an address that cannot accept incoming e-mail.

To contact us about an unrelated issue, please visit the Help section of our web site.

Best regards,

David R.
Amazon.com
Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account

---------------
12/25/11 08:24:09
Your Name: █████████████
Comments:Hello,
i just noticed that some app call 88 Cash showed up as if i purchased it twice.  it actually showed up
twice for $9.99.  When i tried to find it, it is not registered in the list of apps i have actually purchased
and the only place i can find it is in the previous digital orders, not my list of apps. i am afraid this is
some sort of a hack.  please advise what to do?

███████████

Completed Digital Orders
Order Date: December 24, 2011
Order #: D01-7563285-7461968
Recipient: ██████████████

Items:
1 of: 88 CASH (+10% More!) [Apps for Android]

Order Date: December 24, 2011
Order #: D01-2915803-3481120
Recipient: ██████████████

Items:
1 of: 88 CASH (+10% More!) [Apps for Android]
---------------

<contact>
 <coi></coi>
 <cust_name>█████████████</cust_name>
 <timestamp>1324830248</timestamp>
 <subject>Other question</subject>
 
 <skippedSignIn></skippedSignIn>
 <form_name>Contact Us</form_name>
 <customer_id>█████████████</customer_id>
 <session_id>190-4049644-8842222</session_id>

Customer-Identifying Information Redacted

```
<USER_AGENT>Mozilla/5.0 (Windows NT 6.1; WOW64) AppleWebKit/535.7 (KHTML, like Gecko)
Chrome/16.0.912.63 Safari/535.7</USER_AGENT>
 
 <remoteAddress>71.183.62.87</remoteAddress>
</contact>
```

**#I2295--Sunday, December 25, 2011 1:57 PM (PST)**

**Complaint ¶ 29: "[O]ne consumer whose six-year-old 'click[ed] a lot of buttons at random (she can't read)' . . . was 'shocked that there is no password protection' for in-app charges."**

Thank you! Much appreciated.

-----Original Message-----

From: Amazon.com Customer Service [mailto:cust.service03@amazon.com]

Sent: Sunday, March 04, 2012 2:50 PM

To: ▮▮▮▮▮▮

Subject: Your Amazon.com Inquiry

Hello,

I understand that with 1-Click ordering, it may be easy to make an unintended purchase.

I've checked your account and see that you've purchased free applications such as "Fashion Story" and "Bakery Story" and "Restaurant Story." In the game their is an option to purchase credit using real money within the game such purchases are called as in-app purchases. The orders which you're referring to are purchased credit from that game.

I understand that you're not aware of this. As a standard policy, Appstore purchases aren't returnable. However, because of the circumstances, I've made an exception and issued a refund for "24 Gems - 20% Discount" and "105 Gems" and "105 Gems - 20% Discount" in the amount of $3.99 and $19.99 and $15.99.

This refund should go through within the next 2 to 3 business days and will apply to the payment method used for the original purchase. Once processed, you can view the refund here:

https://www.amazon.com/gp/digital/your-account/order-summary.html?&orderID=D01-0225688-7293077

https://www.amazon.com/gp/digital/your-account/order-summary.html?&orderID=D01-3429526-1693009

https://www.amazon.com/gp/digital/your-account/order-summary.html?&orderID=D01-1032708-3933039

Regarding blocking accidental purchases:

Customer-Identifying Information Redacted

With the latest software update available for Kindle Fire, you can enable restrictions to control Wi-Fi access on your Kindle Fire.

Tap the Quick Settings icon, then More, then Restrictions to set your password. You'll then see the option to enable Password Protected Wi-Fi on your Kindle Fire.

Enabling Password Protected Wi-Fi turns off Wi-Fi on your device and will require your password to reactivate Wi-Fi. Parents may use this feature to prevent children from purchasing content without their permission or from browsing any inappropriate online content. You will see a Key icon to the right of the Quick Settings icon whenever Password Protected Wi-Fi is enabled and Wi-Fi is off.

If you forget your password and enter the wrong password four times in row, you'll be prompted to reset your Kindle Fire to the factory default settings to regain access. Tap "OK reset." Resetting your Kindle Fire to the factory default settings will delete all content on your device and you'll need to register it again before downloading items from your Amazon account.

To ensure your Kindle Fire has the latest software update, visit
www.amazon.com/kindlesoftwareupdates

Kindle Fire also supports parental controls for in-app purchases through the Amazon Appstore.

Regarding blocking in-app purchases:

To turn off in-app purchasing on your Android device, open Amazon Appstore for Android and tap the Menu icon. Select Settings and tap In-App Purchasing.

Uncheck the box next to "Allow In-App Purchasing" to prevent your device from completing in-app purchases.

However, if you still have any questions please write back to us using the link below so that we can assist you.

http://www.amazon.com/gp/help/contact-us/general-questions.html

I hope you found this information helpful! We're happy to help if you need further assistance.

Did I solve your problem?

If yes, please click here:

http://www.amazon.com/rsvp-y?c=************

If no, please click here:

http://www.amazon.com/rsvp-n?c=************

Please note: this e-mail was sent from an address that cannot accept incoming e-mail.

To contact us about an unrelated issue, please visit the Help section of our web site.

Best regards,

Krishna M

Amazon.com

Your feedback is helping us build Earth's Most Customer-Centric Company.

http://www.amazon.com/your-account

---- Original message: ----

Hello – it appears that my 6 year old daughter was playing my Kindle and has been clicking a lot of buttons at random (she can't read). In doing so, she made several in-app purchases:

·    D01-0225688-7293077 - $3.99

·    D01-3429526-1693009 - $19.99

·    D01-1032708-3933039 - $15.99

These purchases all took place in the last hour – can you please refund these transactions?

I am shocked that there is no password protection on the Kindle… if there is, can you please tell me how to activate it? A child shouldn't be able to make unauthorized purchases!

Thanks,

███

From: Amazon.com [mailto:digital-no-reply@amazon.com]

Sent: Sunday, March 04, 2012 1:24 PM

To: ██████

Subject: Your Amazon.com Order (D01-0225688-7293077)

[Description: Image removed by sender. Amazon.com Logo]&lt;http://www.amazon.com/gp/homepage.html/ref=cs_ae_amp&gt;

[Description: Image removed by sender. Your Account]

Thanks for your order, ██████

Did you know you can view and edit your orders online, 24 hours a day? Visit Your Account&lt;http://www.amazon.com/your-account&gt;.

Reading from a mobile device? Open the Amazon Appstore for Android&lt;http://www.amazon.com/gp/mas/get-appstore/android/&gt; or download it to your device.

Order Information:
E-mail Address: ██████ &lt;mailto:██████&gt;

Billing Address:

                                                             Customer-Identifying Information Redacted

███████

███████

███████

United States

Phone: ███████

Order Grand Total:  $3.99

Earn 3% rewards on your Amazon.com orders with the Amazon Visa Card. Learn More&lt;http://www.amazon.com/visa&gt;

Order Summary:

Details:

Order #:

D01-0225688-7293077&lt;http://www.amazon.com/gp/digital/your-account/order-summary.html?orderID=D01-0225688-7293077&gt;

Subtotal of items:

$3.99

------

Total before tax:

$3.99

Tax Collected:

$0.00

------

Total for this Order:

$3.99

Customer-Identifying Information Redacted

The following item is available now. See all your apps and registered devices in Your Apps & Devices&lt;https://www.amazon.com/gp/mas/your-account/myapps?ie=UTF8&ref=mas_ord_cfm&gt;.

24 Gems - 20% Discount [Apps for Android] $3.99 Sold By: Amazon Digital Services, Inc.
_____

The charge for this order will appear on your credit card statement from the merchant 'Amazon Digital Svcs'.

You can review your orders in Your Account&lt;http://www.amazon.com/gp/css/homepage.html/ref=cs-ae-yr&gt;. If you've explored the links on that page but still have a question, please visit our online Help Department&lt;http://www.amazon.com/gp/help/customer/display.html?nodeId=515724&gt;.

Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Thanks again for shopping with us.

Amazon.com&lt;http://www.amazon.com/gp/homepage.html/ref=cs_ae_yr&gt;

Earth's Biggest Selection

[Description: Image removed by sender. Unsubscribe Icon]  Prefer not to receive HTML mail? Click here&lt;http://www.amazon.com/communications&gt;

**#I3141—no date**

18

**Complaint ¶ 29: "Another consumer whose daughters incurred $358.42 in unauthorized charges complained that Amazon allowed the charges without any 'step that requires a password to validate payment information.'"**

Thanks Noel, I appreciate your help; I need more help.

As you mentioned, the charges came from an Android App named Top Girl.  This is a 'free' app that we downloaded for our girls to play.  It is a girls dress-up game, in which you go into stores and "purchase" clothes for the girl you have on the game.  However!, when you "purchase" the clothes, you are USING REAL MONEY!!!  Obviously, there are some issues with how this app works.  I find it unacceptable that this game allows purchases to be made without a payment prompt/step that requires a password to validate payment information.  This makes no sense to me whatsoever!!

I need your help!

We had NO IDEA that this app had any potential to have charges related to it (or we would NOT have downloaded it!), hence we contacted Amazon as well as our bank as soon as we became aware of the charges, because we thought someone had stolen our information.  It was a free app with no payment prompts.  As our girls were playing the game, they accumulated the following charges on the following dates:

1/3/12$24.99$24.99$98.46 ($1.53 came off an Amazon gift card; the charges were $99.99)$99.99

1/6/12$9.99$99.99This is a total of $358.42!!!

I think it is a misrepresentation and a trap set by the company that 'sells' this game.  Can you help me?  I would like to get the charges reversed as soon as possible (I need that money to pay bills!).I would like the company to be investigated for their practices, so this doesn't happen to anyone else (I'm sure it has happened already!).Please help!Your response is appreciated.

Regards,████████

> Date: Fri, 6 Jan 2012 02:56:08 +0000
> From: cs-reply@amazon.com
> To: █████████████████
> Subject: Your Amazon.com Inquiry
>
> Hello ████
>
> As I was filling out the forms for our Billing Department, I realized I needed a few more pieces of information from you for their purposes.
>
> I tried to reach you by phone, but was unable to do so. I apologize, but I will need you to please call us back at 1-866-216-1072.
>
> We will need the full credit card number of the card used to buy the unauthorized digital orders. We may also need some of your bank's information.
>
> I want to make sure that closing your Amazon.com account won't cause problems with any open transactions or other websites you might visit.
>
> Here are some things to keep in mind:
>
> -- If you use your Amazon.com log-in on other sites (e.g., Endless.com, Audible.com, certain

Customer-Identifying Information Redacted

international Amazon sites, etc.), you'll also lose access to those accounts.

> -- Any open orders you have will be canceled.

> -- All subscriptions will be canceled (Amazon Prime, Subscribe and Save, etc.).

> -- If you have a remaining Amazon.com Gift Card balance, you won't have access to use the funds.

> -- Returns and refunds can't be processed for orders on closed accounts.

> -- You won't be able to re-download the Kindle content purchased on this account.

> -- You won't be able to access Amazon Cloud Drive content, Amazon Instant Video content, or Amazon Appstore content.

> -- Your Amazon Payments account will be closed and can't be reopened.

> -- You'll no longer have access to your Associates, Amazon Web Services, Seller, Author Central, and/or Mechanical Turk accounts.

> -- If you have an Amazon Web Services account, please contact AWS customer support for assistance with closing your AWS account :

> https://aws-portal.amazon.com/gp/aws/html-forms-controller/contactus/aws-account-and-billing

>

> If you still want to close your Amazon.com account after reviewing the items above, please write back by visiting this link and state that you want to close your account:

>

> https://www.amazon.com/gp/help/rsvp/rsvp-mi.html?q=acc1

>

> I hope this helps. We look forward to hearing from you.

>

> Thank you for your recent inquiry. Did I solve your problem?

>

> If yes, please click here:

> http://www.amazon.com/gp/help/survey?p=*************&k=hy

>

> If no, please click here:

> http://www.amazon.com/gp/help/survey?p=*************&k=hn

>

>

>

> Best regards,

>

> Noël H-L

> http://www.amazon.com

> =============================

>

Hello ▆▆

I'm sorry to hear that several orders for Top Girl cash were accidentally placed on your account.

I've went ahead and issued seven refunds in the amount of $9.99, $99.99, $24.99, $24.99, $99.99, $99.99, and $9.99.

Customer-Identifying Information Redacted

These refunds should go through within the next 2 to 3 business days and will apply to the payment method used for the original purchases.

To set up parental controls for in-app purchases, open the Amazon Appstore, tap the Menu icon, tap "Settings," then tap "Parental Controls." From this screen you can either require your Amazon.com password to make in-app purchases or set up a 4-digit PIN.

Once you select this setting, you'll have to enter your password or PIN before all in-app purchases.

If you want to turn off in-app purchasing altogether, please open the Amazon Appstore for Android and tap the Menu icon. Select Settings and tap In-App Purchasing.

Uncheck the box next to "Allow In-App Purchasing" to prevent your device from completing in-app purchases.

If you have any additional questions or concerns, feel free to contact us. Amazon Appstore specialists can be reached 24 hours a day, seven days a week at 1-866-749-7771 or send us an email using the following link:

http://www.amazon.com/help/amazonappstore

I hope this helps! We look forward to seeing you again soon.

Did I solve your problem?

If yes, please click here:
http://www.amazon.com/rsvp-y?c=*************

If no, please click here:
http://www.amazon.com/rsvp-n?c=*************

Please note: this e-mail was sent from an address that cannot accept incoming e-mail.

To contact us about an unrelated issue, please visit the Help section of our web site.

Best regards,

Stephanie
Amazon.com
Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account

**#I2369—Tuesday, January 10, 2012 8:20 AM (PST)**