THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. C14-1038-JCC<br><br>MINUTE ORDER ADOPTING STIPULATED PROTECTIVE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' petition to enter their stipulated protective order (Dkt. No. 16). The Court hereby **ENTERS** the protective order as submitted. Any modifications to this protective order must be approved and signed by the Court. The Court may change the terms of the protective order on its own motion after notice to the parties and an opportunity to be heard.

DATED this 12th day of January 2015.

William M. McCool
Clerk of Court

s/Tasha MacAdam
Deputy Clerk

MINUTE ORDER ADOPTING STIPULATED
PROTECTIVE ORDER, C14-1038-JCC
PAGE - 1