THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant. | No. 2:14-CV-01038-JCC<br><br>**DECLARATION OF AARON RUBENSON IN SUPPORT OF AMAZON.COM, INC.'S RESPONSE TO FTC'S MOTION TO SEAL**<br><br>NOTED ON MOTION CALENDAR:<br>Friday, July 17, 2015 |

Aaron Rubenson declares:

1. I am a Director of the Amazon Appstore and have been since July 2011. I make this declaration based upon personal knowledge as to which I am competent to testify.

2. I have reviewed the document that I understand was filed as Exhibit N to the FTC's Reply in Support of Motion to Compel Discovery Responses. I am familiar with the document, which is a confidential and proprietary internal Amazon PowerPoint presentation titled "in-app purchasing."

3. Exhibit N contains confidential and proprietary information about Amazon's data, projections, and practices relating to in-app-purchase monetization. It includes revenue and projected-revenue data; confidential analysis of key drivers across a variety of in-app-purchasing metrics; discussion of potential strategic projects addressing those metrics; and identified risks

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

29040-0244/LEGAL126815326.2

associated with each project and metric, including proprietary, strategic proposals with respect to customer and app-developer experiences. This is the type of information that Amazon takes care to keep confidential. When relevant to its operations, to maintain its competitive position, or to ensure customer satisfaction, Amazon analyzes data that it collects and maintains. The data and analysis contained in Exhibit N represent one example of this, and disclosure of the information contained in Exhibit N would likely result in competitive harm to Amazon.

4. Amazon makes significant efforts to keep information like that in Exhibit N confidential. Those efforts include prohibiting distribution of such documents outside of Amazon, limiting the people within Amazon who may access such documents, and storing such documents in secure locations.

**I declare under penalty of perjury that the foregoing is true and correct.**
EXECUTED at Seattle, WA this 15TH day of July, 2015.

_____
Aaron Rubenson

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)–2
29040-0244/LEGAL126815326.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on July 15, 2015, I electronically filed the foregoing Declaration of Aaron Rubenson In Support of Amazon's Response to FTC's Motion to Seal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of July, 2015.

*s/ Harry H. Schneider, Jr.*

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)–3
29040-0244/LEGAL126815326.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000