UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　Defendant. | **Case No. 2:14-cv-01038-JCC**<br><br>**DECLARATION OF KATHARINE ROLLER IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY AND STRIKE REBUTTAL REPORTS** |

I, Katharine Roller, declare as follows:

1. I am an attorney employed by the Federal Trade Commission ("FTC") and counsel of record for Plaintiff FTC in this matter. I submit this declaration in support of the FTC's Motion to Exclude Testimony and Strike Rebuttal Reports ("Motion").

2. Attached as Exhibit A to the FTC's Motion is a true and correct copy of the Expert Report of Jennifer King, served October 16, 2015.

3. Attached as Exhibit B to the FTC's Motion is a true and correct copy of the Expert Report of Dr. Craig Rosenberg, served December 7, 2015. By letter dated December 16, 2015, Amazon agreed to withdraw the designation of confidentiality as to this exhibit.

4. Attached as Exhibit C to the FTC's Motion is a true and correct copy of the Expert Report of Dr. Barry A. Sabol, served December 7, 2015. By letter dated December 16, 2015, Amazon agreed to withdraw the designation of confidentiality as to this exhibit.

5. Counsel for the parties (including Heather Allen and Katharine Roller for the FTC and Jeff Hanson and Harry Schneider for Amazon) met and conferred telephonically on December 16 and 17, 2015 regarding the FTC's motion and Amazon's designation of confidentiality as to Dr. Rosenberg's and Dr. Sabol's reports.

6. Counsel for the FTC and Amazon were unable to reach an agreement regarding withdrawal of the reports of Dr. Rosenberg and Dr. Sabol.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of December 2015.

*s/ Katharine Roller*
KATHARINE ROLLER

DECLARATION OF KATHARINE ROLLER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

2