UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　Defendant. | **Case No. 2:14-cv-01038-JCC**<br><br>**DECLARATION OF KATHARINE ROLLER IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY AND STRIKE REBUTTAL REPORTS** |

I, Katharine Roller, declare as follows:

1. I am an attorney employed by the Federal Trade Commission ("FTC") and counsel of record for Plaintiff FTC in this matter. I submit this declaration in support of the FTC's Reply in Support of Its Motion to Exclude Testimony and Strike Rebuttal Reports ("Reply").

2. Attached as Exhibit D to the FTC's Reply is a true and correct copy of Page 3 of the Expert Report of Dr. Ravi Dhar, served October 16, 2015. By email dated December 31, 2015, Amazon agreed to withdraw the designation of confidentiality as to this exhibit.

3. Attached as Exhibit E to the FTC's Reply is a true and correct copy of Page 2 of the Expert Report of Michael Callahan, served October 16, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January 2016.

*s/ Katharine Roller*
KATHARINE ROLLER

DECLARATION OF KATHARINE ROLLER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3231

1