UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. 2:14-CV-01038-JCC |
| Plaintiff, | **DECLARATION OF AARON RUBENSON IN SUPPORT OF AMAZON.COM, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| AMAZON.COM, INC., | NOTE ON MOTION CALENDAR: |
| Defendant. | Friday, February 26, 2016 |

Aaron Rubenson declares:

1. I am a Director of the Amazon Appstore ("Appstore") and have been since July 2011. Prior to that I was a senior manager and the business leader overseeing development of the Appstore from its inception. In effect, I am the senior Amazon executive with direct responsibility for the day-to-day operation of the Appstore. I make this declaration based upon personal knowledge as to which I am competent to testify.

2. Since its founding, Amazon's mission has been to be "the Earth's most customer-centric company." To this end, Amazon has built its business on customer trust because that trust is essential to Amazon's business model, which relies fundamentally on having customers turn to Amazon time after time when they seek to make convenient, reliable purchases of a wide

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

range of physical and digital products. This commitment is reflected in a 1997 "letter to shareholders" from Amazon's founder and CEO, Jeff Bezos. Attached as **Exhibit A** is a true and correct copy of Mr. Bezos's 1997 letter to shareholders.

3.     Amazon has implemented this approach through such innovations as its "1-Click" purchasing system (which uses securely stored billing and shipping information so customers can seamlessly make a purchase with a single click), Amazon Prime membership (which provides free two-day shipping of physical products and free access to a large volume of digital content), the Kindle e-reader (which enables customers to place an entire library of books onto a single device), Kindle Fire tablets (which facilitate easy access to and purchase of Amazon books, videos, music, apps, and other digital products), and award-winning customer service.

4.     In 2011, Apple led the relatively new business of selling or offering apps for download, many of which also offered digital items for purchase within the app. Examples of such "in-app purchases" for game apps include extra game levels, characters, weapons, or other accessories. Apple had popularized apps for its iPad and iPhone, and the concept of in-app purchasing spread to other tablets and smartphones, particularly those based on Google's Android operating system. Google had its own app store.

5.     Amazon launched the Amazon Appstore for Android and began selling apps for other companies' devices in March 2011. Amazon first made in-app purchasing available to customers in November of that year, the same time that the company introduced the Kindle Fire tablet, which evolved from Amazon's Kindle e-reader. In developing the Appstore, we designed in-app purchase screens (i.e., popup windows presented to a user when making an in-app purchase) to emphasize a seamless or "friction-free" purchasing experience that was consistent with Amazon customers' experience with Kindle e-readers and 1-Click purchasing on the Amazon website. As a result, Amazon did not require customers to type a password for every in-app purchase. Similarly, Amazon designed a seamless purchase experience for all categories

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)−2
24976-0374/129564622

of digital content that could be purchased on a Kindle Fire tablet (e.g., video, music, and books), not just for apps and in-app purchases.

6.      Although the Appstore offered apps for other companies' Android-based products (such as Samsung tablets and smartphones), the substantial majority in-app purchases has always been made on Amazon's Kindle Fire tablets.

7.      Prior to launching the Appstore, Amazon was aware that some customers would share tablets and smartphones with children, and thus from the outset we made design choices to enable parents to avoid unwanted purchases by children.  For example, in May 2011 the Appstore design team circulated its Business Requirements Document describing the proposed roadmap for in-app purchasing and its design objectives.  Attached as **Exhibit B** is a true and correct copy of excerpts from an initial draft of the Business Requirements Document that I circulated on May 4, 2011.

8.      As a result, we designed and implemented from the outset a Parental Controls feature allowing customers to block any in-app-purchase attempt without entry of their Amazon password or PIN.  Thus, if a user with Parental Controls enabled chooses to make an in-app purchase (by pressing the price "button" in an in-app purchase popup window and then again after the button changes color), a Parental Controls password popup window would open.  No charge would incur without successful entry of the account holder's password or PIN.

9.      In addition to making available the Parental Controls feature, Amazon also informed customers about in-app purchasing and Parental Controls in multiple ways.  For example, to download an app, a customer first has to visit the app's detail page, which displays a description of the app and other information such as price and customer ratings and reviews.  For apps offering in-app purchasing opportunities, the app description included the following notice:

PLEASE NOTE: This app lets you purchase digital content using actual money.
You can configure parental controls for in-app purchases, which will require your

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Amazon account password or a 4-digit PIN, by tapping the menu icon and then settings.

Amazon implemented this notice the first week after in-app purchasing was launched, and although the exact wording changed slightly over time, it has always informed customers that the app lets them make purchases using "actual money" and that they could configure Parental Controls via the Settings menu. For some apps, this notice wound up "below the fold" on the device's screen (requiring the user to scroll down to view the notice), depending on the length of the app developer's description of the app. But for all apps with in-app purchasing, this notice was part of and located in the same place within the app's description; interested parents could learn how to avoid spending "actual money" simply by reading the product's description before downloading it.

10. Aside from offering Parental Controls and notifying customers of in-app purchasing via the app description notice, Amazon Help Pages have also provided information to customers about in-app purchasing and Parental Controls, including a tutorial titled "In-App Purchasing 101."

11. As part of initial setup of a Kindle Fire tablet, customers associate the device with an Amazon account and payment method. Customers using the Appstore app on non-Amazon Android devices must also use an Amazon account and payment method. As a condition of using the Appstore, customers agree to the "Amazon Appstore for Android Terms of Use," which inform the customer of the potential for in-app purchases and that purchases will be completed using 1-Click. Attached as **Exhibit C** is a true and correct copy of the Amazon Appstore for Android Terms of Use (dated November 14, 2011) that was in effect at the time in-app purchasing was launched on the Appstore.

12. Appstore customers also agree to Amazon's Conditions of Use. Attached as **Exhibit D** is a true and correct copy of the Conditions of Use (dated August 11, 2011) that was in effect at the time in-app purchasing was launched on the Appstore.

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)−4
24976-0374/129564622

13.     In addition to the above, Amazon's design decisions took into account the fact that each in-app purchase – like every purchase from Amazon – resulted in delivery of an immediate order-confirmation email receipt to the Amazon account holder. Thus, even if a parent had not enabled Parental Controls and a child made an in-app purchase using a device linked to the parent's Amazon account, the parent would immediately receive an order-confirmation email. If the child made five in-app purchases, the parent would receive five separate emails. This email confirmation would indicate the price paid and that the purchase was from the Appstore. The email confirmation also included a link to the Appstore Help Page, where two of the topics are "Set Parental Controls for In-App Purchases" and "Turn Off In-App Purchasing." The email receipt also contained a "Your Apps and Devices" button, and this button and the "Help" link both lead to webpages where there are links to contact customer service via email, phone, or online chat.

14.     In contrast to Amazon's email confirmation, Apple's practice was (and remains) to aggregate purchases into a single email that is sent periodically.

15.     The protections identified in Paragraphs 7-13 above were in place when the Appstore first made in-app purchasing available in mid-November 2011 (or within the first week).

16.     Not long after in-app purchasing launched, it became apparent to Amazon that some parents who had not enabled Parental Controls had been surprised by in-app purchases made by their children. An unexpected number and percentage of customers were contacting Amazon customer service about such purchases. Although the issue affected only a small percentage of all in-app purchasers, it was unacceptable to Amazon. I referred to the situation as a "near house on fire" concern, which was my way of conveying that too many customers were surprised and dissatisfied and that we needed to prioritize finding an appropriate solution. We promptly tried to resolve this dissatisfaction in a manner that would protect customers who were

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

having problems without imposing unwanted consequences on the substantial majority of customers who were not and who desired a seamless purchasing experience. We evaluated a range of options to curtail unwanted purchases by children and did so by analyzing data relating to in-app purchasing.

17.     We considered requiring a password for all in-app purchases, but that option was rejected because it would have imposed unwanted friction on the bulk of customers making in-app purchases (e.g., adults who had no children or who otherwise preferred a seamless purchase flow) given that data showed that even at the height of this concern less than ▮% of customers were complaining about in-app purchases. Instead, we began an iterative cycle in which we implemented targeted refinements, analyzed data to determine if additional changes were warranted, evaluated potential changes, then identified additional refinements. For example, we implemented the changes discussed below.

18.     In December 2011, we enhanced the Parental Controls feature by making it easier to locate on Kindle Fire devices and providing users the option of turning off Wi-Fi altogether, which would have the effect of disabling all in-app purchasing.

19.     In January 2012, after identifying unacceptably high refund rates for high-price in-app items, we temporarily suspended the sale of in-app items priced at $20 or higher. Then, in March 2012, we re-instituted the sale of in-app items priced at $20 or higher, but implemented a password requirement for all in-app purchases of $20 or more ("high-price password"). As had been the case from the start for any successful in-app purchase, a purchase-confirmation popup window notified the user if Parental Controls were currently on or off and included a hyperlink so the user could immediately change the Parental Controls setting. Additional password prompts that were implemented later (and which I discuss below) also used a similar confirmation popup to provide the status of Parental Controls and a hyperlink to change the setting.

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)−6
24976-0374/129564622

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

20.     In October 2012, Amazon released Kindle FreeTime.  This software allows parents to control tablet usage by children, including the ability to control what apps, books, videos, or other content a child can access and the duration of time a child can use the device. Within FreeTime, all in-app purchasing is disabled.  It is available on all Kindle Fire tablets sold by Amazon since September 2012.

21.     Refund rates declined after implementation of the high-price password as we had hoped, but they remained higher than acceptable to Amazon.  Unwanted transactions resulted in customer dissatisfaction, the opposite of Amazon's customer-first philosophy.  We continued to analyze data, and in mid-2012 we concluded that high-frequency purchasing (i.e., multiple in-app purchases within a short time period) were resulting in higher refund rates.  Thus we began developing another targeted solution: requiring a password for such rapid purchases.

22.     We were considering this next iteration internally when, at the end of August 2012, the FTC informed Amazon it was investigating its in-app purchasing practices.  We stopped work on this iteration in order to determine the scope of the FTC's concerns and whether there might be some other way to address them. The FTC never provided specific guidance (and did not do so over the course of its investigation).  In February 2013, on its own initiative, Amazon implemented a password for high-frequency purchases.  Upon a customer's second attempt to make an in-app purchase within a five-minute period, the customer was presented with a password prompt, even if Parental Controls were disabled.  Correctly inputting the account password would open a 60-minute window in which purchases could be made without additional password entry.

23.     Because Amazon had stopped selling first-generation devices in August 2012, those devices no longer received software updates.  As a result, the high-frequency password and some other changes (that is, the high-risk password, Key Details Legend, and first-time purchase prompts, which I discuss below) were not implemented on first-generation devices.  In October

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

2013 we imposed a password requirement for purchases of $1 or more coming from first-generation devices; unlike other changes, this change did not require an on-device software solution.

24.     In May 2013, we further analyzed data and identified those apps that were experiencing high refund rates.  Amazon began to require a password for all in-app purchases made within those apps as well as apps designed for use by children, as determined from information provided by the third-party developer of an app.  For those categories of apps, once the customer entered a password for an in-app purchase, a 15-minute purchasing window opened.  Neither this purchasing window nor the high-frequency purchasing window applied to attempted purchases of high-priced in-app items, which always required entry of a password.

25.     Also in May 2013, Amazon voluntarily added a password requirement for all first-time in-app purchases on Kindle Fire devices.   This "Confirm In-App Purchase" prompt further explained in-app purchasing and required entry of a password to proceed.  The prompt also informed the user that "If you'd like to require a password for future in-app purchases, please turn on Parental Controls" and included a hyperlink for the user to do so.

26.     In June 2013, Amazon voluntarily enhanced the detail pages for apps with in-app purchasing by including a framed "Key Details" legend located at the top and to the right of the app description.  Tapping on the legend produces a pop-up window, and the user can scroll down to view a further explanation of in-app purchasing and Parental Controls.  The in-app notice in the Key Details legend was in addition to the original notice of in-app purchasing ("PLEASE NOTE") appended to an app description.

27.     In July 2013, based on our analysis of data indicating a disproportionate frequency of refunds for in-app items priced at $19.99, Amazon reduced the threshold for the high-price password from $20.00 to $19.99 and higher.

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)−8
24976-0374/129564622

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

28.     In January 2014, we learned that the FTC had entered a proposed consent decree with Apple regarding in-app purchasing.  Although Amazon's system already met the provisions of the consent decree in almost all respects, and its iterative improvements had already brought down the unacceptably high refund rates experienced at launch, we nevertheless voluntarily refined our first-time purchase prompt to make its Appstore consistent with the terms in the Apple settlement.  We informed the FTC in March 2014 of our plan to make that change.  Thus, in June 2014, Amazon implemented a revised first-time purchase prompt, which asks the account holder to select whether he or she wants to require a password for future in-app purchases.  If the account holder chooses to require a password, the device will enable Parental Controls.  In order to authorize the specific purchase and the password selection for future purchases, the account holder must enter his or her password.  This change did not result in significant further reduction in refunds.

29.     In addition to the June 2014 first-time purchase prompt, Amazon continues to use the other notices and password controls discussed above (with the exception of the May 2013 first-time purchase prompt, which was replaced with the June 2014 prompt).

30.     Amazon has also implemented additional features to help customers understand and customize their app experience to their choosing, including Amazon Underground a feature that provides to Amazon customers a large selection of premium apps and *all* in-app purchases for free.  Underground launched in August 2015.

31.     I understand that as part of discovery in this case Amazon produced data regarding in-app purchases covering the period from November 2011 through August 2015.  The data indicate that refund rates significantly declined from the early period after Amazon first made in-app purchases available and have largely remained flat going back at least as far as October 2013.  Even considering Amazon's generous refund practices, between May 2013 and August 2015, the monthly rate of customer refunds for in-app purchases has ranged

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)−9
24976-0374/129564622

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

between ■% and ■%; monthly refund rates between October 2013 and August 2015 have ranged between ■% and ■% of in-app units sold. Attached as **Exhibit E** are a table and charts showing monthly refund rates, by units and customers. (A spike in refund rates in March and April 2012 resulted from a fraud campaign in which third parties used stolen credit-card information to make multiple in-app purchases within the app "Order & Chaos" and then resold the "Runes" from those in-app purchases on secondary markets.)

32.    Implementation of the June 2014 first-time purchase prompt did not result in significant further reduction in refunds, nor did it cause the level of refund rates to rise to the levels experienced in the period prior to October 2013. For example, in April and May 2014, respectively, only ■% and ■% of in-app units sold were refunded; in July and August 2014, ■% and ■% were refunded, respectively.

33.    When the issue of unwanted in-app purchases by children surfaced, Amazon worked diligently to address the issue in a responsible way that balanced the interests of all of its customers and has successfully minimized customer dissatisfaction over in-app purchases. Amazon has no plans now to jeopardize that achievement and its customers' trust by making any changes in the future other than further improvements that would be as effective, or more effective, than those now in place.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED at Seattle, WA this 2nd day of February, 2016.

_Aaron Rubenson_
Aaron Rubenson

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on February 2, 2016, I electronically filed the foregoing Declaration of

Aaron Rubenson In Support of Amazon's Motion for Partial Summary Judgment with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to attorneys of

record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of February, 2016.

*s/ Harry H. Schneider, Jr.*

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC)−11
24976-0374/129564622

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Exhibit A

Exhibit A



To our shareholders:

Amazon.com passed many milestones in 1997: by year-end, we had served more than 1.5 million customers, yielding 838% revenue growth to $147.8 million, and extended our market leadership despite aggressive competitive entry.

But this is Day 1 for the Internet and, if we execute well, for Amazon.com. Today, online commerce saves customers money and precious time. Tomorrow, through personalization, online commerce will accelerate the very process of discovery. Amazon.com uses the Internet to create real value for its customers and, by doing so, hopes to create an enduring franchise, even in established and large markets.

We have a window of opportunity as larger players marshal the resources to pursue the online opportunity and as customers, new to purchasing online, are receptive to forming new relationships. The competitive landscape has continued to evolve at a fast pace. Many large players have moved online with credible offerings and have devoted substantial energy and resources to building awareness, traffic, and sales. Our goal is to move quickly to solidify and extend our current position while we begin to pursue the online commerce opportunities in other areas. We see substantial opportunity in the large markets we are targeting. This strategy is not without risk: it requires serious investment and crisp execution against established franchise leaders.

### It's All About the Long Term

We believe that a fundamental measure of our success will be the shareholder value we create over the *long term*. This value will be a direct result of our ability to extend and solidify our current market leadership position. The stronger our market leadership, the more powerful our economic model. Market leadership can translate directly to higher revenue, higher profitability, greater capital velocity, and correspondingly stronger returns on invested capital.

Our decisions have consistently reflected this focus. We first measure ourselves in terms of the metrics most indicative of our market leadership: customer and revenue growth, the degree to which our customers continue to purchase from us on a repeat basis, and the strength of our brand. We have invested and will continue to invest aggressively to expand and leverage our customer base, brand, and infrastructure as we move to establish an enduring franchise.

Because of our emphasis on the long term, we may make decisions and weigh tradeoffs differently than some companies. Accordingly, we want to share with you our fundamental management and decision-making approach so that you, our shareholders, may confirm that it is consistent with your investment philosophy:

We will continue to focus relentlessly on our customers.

- We will continue to make investment decisions in light of long-term market leadership considerations rather than short-term profitability considerations or short-term Wall Street reactions.

- We will continue to measure our programs and the effectiveness of our investments analytically, to jettison those that do not provide acceptable returns, and to step up our investment in those that work best. We will continue to learn from both our successes and our failures.

- We will make bold rather than timid investment decisions where we see a sufficient probability of gaining market leadership advantages. Some of these investments will pay off, others will not, and we will have learned another valuable lesson in either case.

- When forced to choose between optimizing the appearance of our GAAP accounting and maximizing the present value of future cash flows, we'll take the cash flows.

- We will share our strategic thought processes with you when we make bold choices (to the extent competitive pressures allow), so that you may evaluate for yourselves whether we are making rational long-term leadership investments.

- We will work hard to spend wisely and maintain our lean culture. We understand the importance of continually reinforcing a cost-conscious culture, particularly in a business incurring net losses.

- We will balance our focus on growth with emphasis on long-term profitability and capital management. At this stage, we choose to prioritize growth because we believe that scale is central to achieving the potential of our business model.

- We will continue to focus on hiring and retaining versatile and talented employees, and continue to weight their compensation to stock options rather than cash. We know our success will be largely affected by our ability to attract and retain a motivated employee base, each of whom must think like, and therefore must actually be, an owner.

We aren't so bold as to claim that the above is the "right" investment philosophy, but it's ours, and we would be remiss if we weren't clear in the approach we have taken and will continue to take.

With this foundation, we would like to turn to a review of our business focus, our progress in 1997, and our outlook for the future.

*Obsess Over Customers*

From the beginning, our focus has been on offering our customers compelling value. We realized that the Web was, and still is, the World Wide Wait. Therefore, we set out to offer customers something they simply could not get any other way, and began serving them with books. We brought them much more selection than was possible in a physical store (our store would now occupy 6 football fields), and presented it in a useful, easy-to-search, and easy-to-browse format in a store open 365 days a year, 24 hours a day. We maintained a dogged focus on improving the shopping experience, and in 1997 substantially enhanced our store. We now offer customers gift certificates, 1-Click(SM) shopping, and vastly more reviews, content, browsing options, and recommendation features. We dramatically lowered prices, further increasing customer value. Word of mouth remains the most powerful customer acquisition tool we have, and we are grateful for the trust our customers have placed in us. Repeat purchases and word of mouth have combined to make Amazon.com the market leader in online bookselling.

By many measures, Amazon.com came a long way in 1997:

- Sales grew from $15.7 million in 1996 to $147.8 million -- an 838% increase.

- Cumulative customer accounts grew from 180,000 to 1,510,000 -- a 738% increase.

- The percentage of orders from repeat customers grew from over 46% in the fourth quarter of 1996 to over 58% in the same period in 1997.

- In terms of audience reach, per Media Metrix, our Web site went from a rank of 90th to within the top 20.

- We established long-term relationships with many important strategic partners, including America Online, Yahoo!, Excite, Netscape, GeoCities, AltaVista, @Home, and Prodigy.

*Infrastructure*

During 1997, we worked hard to expand our business infrastructure to support these greatly increased traffic, sales, and service levels:

- Amazon.com's employee base grew from 158 to 614, and we significantly strengthened our management team.

- Distribution center capacity grew from 50,000 to 285,000 square feet, including a 70% expansion of our Seattle facilities and the launch of our second distribution center in Delaware in November.

- Inventories rose to over 200,000 titles at year-end, enabling us to improve availability for our customers.

- Our cash and investment balances at year-end were $125 million, thanks to our initial public offering in May 1997 and our $75 million loan, affording us substantial strategic flexibility.

*Our Employees*

The past year's success is the product of a talented, smart, hard-working group, and I take great pride in being a part of this team. Setting the bar high in our approach to hiring has been, and will continue to be, the single most important element of Amazon.com's success.

It's not easy to work here (when I interview people I tell them, "You can work long, hard, or smart, but at Amazon.com you can't choose two out of three"), but we are working to build something important, something that matters to our customers, something that we can all tell our grandchildren about. Such things aren't meant to be easy. We are incredibly fortunate to have this group of dedicated employees whose sacrifices and passion build Amazon.com.

*Goals for 1998*

We are still in the early stages of learning how to bring new value to our customers through Internet commerce and merchandising. Our goal remains to continue to solidify and extend our brand and customer base. This requires sustained investment in systems and infrastructure to support outstanding customer convenience, selection, and service while we grow. We are planning to add music to our product offering, and over time we believe that other products may be prudent investments. We also believe there are significant opportunities to better serve our customers overseas, such as reducing delivery times and better tailoring the customer experience. To be certain, a big part of the challenge for us will lie not in finding new ways to expand our business, but in prioritizing our investments.

We now know vastly more about online commerce than when Amazon.com was founded, but we still have so much to learn. Though we are optimistic, we must remain vigilant and maintain a sense of urgency. The challenges and hurdles we will face to make our long-term vision for Amazon.com a reality are several: aggressive, capable, well-funded competition; considerable growth challenges and execution risk; the risks of product and geographic expansion; and the need for large continuing investments to meet an expanding market opportunity. However, as we've long said, online bookselling, and online commerce in general, should prove to be a very large market, and it's likely that a number of companies will see significant benefit. We feel good about what we've done, and even more excited about what we want to do.

1997 was indeed an incredible year. We at Amazon.com are grateful to our customers for their business and trust, to each other for our hard work, and to our shareholders for their support and encouragement.

/s/ JEFFREY P. BEZOS
Jeffrey P. Bezos
Founder and Chief Executive Officer
Amazon.com, Inc.

Exhibit B

Exhibit B

**Customer Needs**

Based on our conversations with developers, we have segmented the customer base for in-app purchasing into three primary groups: adults buying for themselves (in-game purchasing, freemium app upgrades, and subscriptions), adults buying for children (primarily for in-game purchases), and teenagers (in-game purchasing). We have defined our key requirements for these groups as follows:

- <u>Shared authentication</u>: The average Android owner has 35 apps on their phone[viii], and many will offer in-app purchasing. Customers will expect a single authentication to enable in-app purchasing across all apps.
- <u>Consistent, trusted purchase experience</u>: Because most app developers are relatively unknown, customers will feel more secure if all in-app transactions have familiar branding and a consistent purchase flow.

CONFIDENTIAL

Amazon_00265968

- <u>Convenient payment methods</u>: Customers will prefer to shop using previously established payment instruments (e.g. stored credit cards, gift card and promotional balances, and virtual currency balances) or easily configurable payment methods (carrier billing).
- <u>Parental controls</u>. Adults buying for children (or enabling their children to buy for themselves) will want the ability to guard against large, unexpected charges – e.g. through addition of a PIN requirement or spending limits.
- <u>Consolidated order history</u>. Because customers are likely to purchase in-app items from multiple developers, they will value the ability to view all of their in-app orders in one, consolidated order history.
- <u>High-quality customer service</u>. While in-app purchasing is nascent, customers will value the ability to receive high-quality customer service from a known entity (regardless of the app in which they made their purchase)
- <u>Ability to pay using local currency</u>. When we allow international customers to use Amazon's in-app purchasing technology, they will prefer to pay in their local currency to avoid foreign exchange fees.

**Product Roadmap**

To create the in-app purchasing and subscriptions solution for Android developers that monetizes best and is the most convenient to adopt and use, we must meet the requirements outlined above and differentiate our service in a way that attracts developers and encourages frequent purchasing by customers (create a flywheel for in-app purchasing). Our roadmap drives towards this overarching vision in three major phases, as outlined below (and summarized in **Appendix B** in tabular format).

***Phase 1: In-App Purchasing and Subscriptions for US Customers (Retail model), with Amazon Points (11/25/11)***

In Phase 1, we will enable Amazon Appstore developers to sell digital goods and subscriptions to US customers from within their apps. We also think the Amazon Points concept provides an exciting opportunity for differentiating our service and driving the in-app purchasing flywheel, and we plan to enable it in Phase 1 (we are still evaluating other ideas for differentiation, but Points is currently our favorite).

<u>Developer Experience</u>

Developers will self-register for the in-app purchasing program using the Appstore Developer Portal. Once registered, they will download our SDK and add our in-app purchasing technology into their apps. Our SDK will provide simple APIs and a rich array of pre-configured widgets for in-app merchandising. Our team of 15 technical account managers in the Orange County development center will assist developers with the integration process and certify their first in-app purchase experience.

Developers will set up and manage their in-app purchase and subscription items in the developer portal. When a transaction occurs, Amazon will calculate and collect sales tax (and later remit taxes for the transactions). Amazon will provide order management and customer service for all in-app orders. Developers will be able to view their in-app purchase orders using self-service reports in the developer portal. Amazon will disburse revenue share payments via EFT to developer in 22 countries, and via paper check to developers in all remaining countries.

<u>Consumer Experience</u>

Customers using apps with Amazon's SDK integrated will see in-app purchase and subscription offers merchandised via Amazon's pre-configured widgets or developer-created merchandising interfaces (that use Amazon's APIs). When a customer decides to purchase an item, the app will spawn an Amazon branded pop-up window. In the simplest case (customers that have previously installed and logged into the Appstore client and don't require parental controls), the

Amazon Confidential                     Page 3

Amazon_00265969

pop up will prompt the customer to complete their purchase using one of the payment instruments associated with their Amazon account (a stored credit card, Amazon Points balance, or through carrier billing). For customers that have enabled parental controls, the pop-up will first ask for a PIN before allowing the purchase to proceed. For customers that have not installed the Appstore client, the pop-up flow will step customers through the process of installing the Appstore and then return to the purchase confirmation step.

All purchases in Phase 1 will occur in US dollars. After a customer's first in-app purchase, all subsequent purchases (across all developers' apps) will follow the same user experience involving an Amazon-branded pop-up for purchase confirmation. Customers will be able to view their in-app purchase history on Amazon.com and contact Amazon customer service for help with in-app orders.

CONFIDENTIAL                                                        Amazon_00265970

Exhibit C

Exhibit C

# AMAZON APPSTORE FOR ANDROID TERMS OF USE

**Last updated: November 14, 2011**

These Terms of Use are part of an agreement between you and Amazon Digital Services, Inc. (together with its affiliates, "Amazon" or "we") regarding use of the Amazon Appstore for Android ("Amazon Appstore") and associated software, services and purchases.  Before you use the Amazon Appstore or download any Apps made available through it, please read these Terms of Use, the Amazon.com Privacy Notice at http://www.amazon.com/privacy, the Amazon.com Conditions of Use at http://www.amazon.com/conditionsofuse, and all rules and policies related to the Amazon Appstore (including, but not limited to, any rules or usage provisions specified on any product detail page or on any help or other informational page for the Amazon Appstore)  (collectively, the "Agreement").

IF YOU USE THE AMAZON APPSTORE, INCLUDING ANY ASSOCIATED SOFTWARE OR SERVICE, YOU WILL BE BOUND BY THIS AGREEMENT.

## 1.      The Amazon Appstore

In the Amazon Appstore, you can access, browse, purchase and download software games, applications and other digital products for mobile devices ("Apps").  Apps include any content, ads, services, technology, data, in-app products (including Amazon-Sold In-App Products, as defined in Section 2.3) and other digital materials included in or made available through an App you download or use via the Amazon Appstore (including after you download it). Apps also include any updates, upgrades and other changes and versions that you later use or download from us.

We may make some Apps available via the Amazon Appstore at no charge and others for a price, as further described on our App detail pages.  Most of the Apps we make available on the Amazon Appstore are provided and licensed to you by third parties, also as described on our App detail pages.  From time to time, we may offer sales, give-aways and other promotions in the Amazon Appstore. We may modify or discontinue any of these promotions at any time without notice to you.

## 2.      Using and Downloading Apps

**2.1      General.** After you order an App and pay any corresponding price to us, you may download a copy of the App for your personal use to a device on which you have installed and signed in to our Appstore Software. Apps can be used only on mobile devices that use the Android platform and meet certain other technical requirements. Generally, App mobile device requirements are described on or through our App detail pages.

**2.2      Trial Access to Apps.** We may offer free trial and other limited versions of Apps so you can preview Apps before you purchase the full version. These versions may have limited features, may restrict permitted time of use and may contain other limitations.

**2.3      In-App Products; Subscriptions.**  We may offer digital products for sale that are intended to be accessed or used within an App, such as additional or enhanced functionality, media content, or subscription access to content or services ("Amazon-Sold In-App Products"). Not all products and services available for purchase within an App are Amazon-Sold In-App Products. You will be able to identify Amazon-Sold In-App Products because you will see our logo when making the purchase and will complete the purchase using Amazon 1-Click technology. Amazon-Sold In-App Products are subject to any use, access and other restrictions described on, or linked from, the Amazon-Sold In-App Product detail page or otherwise provided in this Agreement. If you purchase an Amazon-Sold In-App Product that is a subscription or start a free trial for such a subscription, your subscription will automatically continue at the regular subscription price using a payment method we have on record for you. We

{ PAGE  \* MERGEFORMAT }

Amazon_00000353

may terminate a subscription at any time, for example, if the applicable Amazon-Sold In-App Product is no longer available. If we terminate a subscription before the end of its term, you will receive a prorated refund. We reserve the right to change subscription terms and prices from time to time, effective as of the beginning of the next subscription term. Other than for purchases of Amazon-Sold In-App Products, we are not a party to, and have no responsibility for, any payment or purchase transactions you make through an App (unless we expressly state otherwise in writing, such as in connection with purchases made through our Amazon Shopping App).

**2.4     Mobile Data Fees; Access Charges.** You are responsible for any mobile data fees and other third-party charges you may incur (for example, fees that may be charged by your carrier) in connection with your access, download and use of the Amazon Appstore or of Apps, including any trial versions.

**2.5     All Sales Final.** All purchases of Apps and Amazon-Sold In-App Products are final. We do not accept returns of Apps or Amazon-Sold In-App Products. Once you have purchased an App or Amazon-Sold In-App Product, we encourage you to download (if applicable) and access it promptly to be sure you have received it. If you are unable to complete a download or access an App or Amazon-Sold In-App Product, please contact Amazon customer service for assistance. Once you purchase an App or Amazon-Sold In-App Product and we make it available to you, you bear responsibility for completing the download (if applicable) and for all risk of loss after downloading or accessing the App or Amazon-Sold In-App Product, including any loss due to a mobile device malfunction.

**2.6     Downloading and Availability of Apps after Purchase.** Once you have paid for an App, you may download copies of the App for your personal use to compatible Android devices.  Each time you download an App to a particular device, you will first be required to download and install the Appstore Software, if it is not already available on the device, and to sign in to the Appstore Software using the user name and password for the Amazon.com customer account that you used to buy the App.  We will usually continue making Apps you have purchased available to you in our Amazon Appstore so that you can download additional copies under the terms of this Agreement, but that is not always the case, and we may limit or disable further downloads of an App due to licensing restrictions or for other reasons.

**2.7     Ratings.** We may provide age and content ratings for Apps that are based on information provided to us by the Publisher or other third parties.  While we require Publishers to provide accurate information regarding the content of their Apps, we cannot ensure that App ratings are accurate or that Apps do not include content that is offensive, indecent, or objectionable.

# 3.     Use of and Restrictions on Apps and Appstore Software

**3.1     Appstore Software.** We will make available to you software that you need to install on your device in order to download Apps purchased from the Amazon Appstore to that device and to access or use Apps on that device (the "Appstore Software"). The Appstore Software may allow you to access or use the Amazon Appstore from a device, and purchases of Apps or In-App Products that you make via the Appstore Software will be charged to the 1-Click payment method associated with the Amazon.com account you used to sign in to the Appstore Software. Publishers may choose to protect their Apps using a digital rights management ("DRM") system implemented through the Appstore Software. Appstore Software includes any software we include in an App to enable the DRM or for other purposes. If you uninstall the Appstore Software from your device or sign out of your Amazon.com account in the Appstore Software, you will not be able to access or use any Apps on your device that Publishers have protected with DRM.

**3.2     Use of Appstore Software.** You may use the Appstore Software only in connection with the Amazon Appstore or Apps available through it. Unless and to the extent specifically provided otherwise in the Appstore Software or related documentation (including any Readme file), you may not (a) separate any individual component of the Appstore Software for use, (b) incorporate any portion of the Appstore Software into other

Amazon_00000354

software or compile any portion of it in combination with other software, (c) use it, or any portion of it, with another service, (d) sell, rent, lease, lend, loan, assign or sublicense the Appstore Software or otherwise transfer any rights to it in whole or in part, (e) modify, reverse engineer, decompile or disassemble the Appstore Software in whole or in part, or create any derivative works from or of the Appstore Software, or encourage, assist or authorized any other person to do any of these things, (f) make copies of or distribute Appstore Software or electronically transfer it or any portion of it from one device to another or make it available over a network, or (g) attempt to disable, bypass, modify, defeat, or otherwise circumvent the DRM or any other security or content protection system used in connection with the Amazon Appstore. We may discontinue some or all of any Appstore Software at any time. We may also terminate your right to use the Appstore Software at any time, and in such event we may modify it to make it inoperable or take other actions to restrict access to or availability of the Appstore Software.

**3.3     Software Updates.** We may offer updates of the Appstore Software from time to time for feature enhancement, security or other purposes.  On Kindle devices, we may automatically update the Appstore Software in order to keep it up to date.  On devices other than Kindles, the Appstore Software may automatically check for updates, but the Appstore Software will not automatically update without your consent, unless you provide us your consent to automatic updates. We recommend that you promptly accept and install updates we make available to you, and we may make certain updates required for your continued use of the Amazon Appstore.

**3.4     Information Provided.** Amazon respects your privacy, and the Appstore Software will not access files or other information on any device where your Apps are located that are not used by or otherwise related to the Appstore Software or performance of the Apps. The Appstore Software and Apps will provide Amazon with information relating to the download, use and performance of the Appstore Software and your Apps, as well as information regarding the devices on which you download and use the Appstore Software or Apps.  For example, the Appstore Software and Apps may provide Amazon with information about the device type, mobile network connectivity, location of the device running an App, information about when an App is launched, individual session lengths for Apps, or why an App may not be working. Any information we receive is subject to the Amazon.com privacy notice located at www.amazon.com/privacy.

**3.5     Separate Licenses to Use Apps.** Your use of an App will be governed by the terms and conditions of an end user license agreement between you and the Publisher of the App (a "EULA"). The EULA for an App includes the terms set forth below (the "Standard EULA") and any additional end user license terms included in the App (the "Publisher EULA"). If there is a conflict between the Standard EULA and the Publisher EULA, the Standard EULA will control. The Publisher has the right to enforce the EULA against you. If you do not want to comply with the EULA for an App, you must not use that App.  Amazon is not a party to the EULA for any App (unless Amazon is the Publisher of that App).  As used in this Section 3.5, the term "App" does not include any Appstore Software included within an App (your use of Appstore Software is instead governed by Sections 3.1 - 3.3 above).  The Standard EULA includes the following end user license terms, and if the App does not include a Publisher EULA, these terms will constitute the entire EULA between you and the Publisher:

(i)  The Publisher is the licensor of the App.

(ii)  If the App does not include a Publisher EULA that specifies App license rights, Publisher grants you a limited, nontransferable license to download and use the App only for your personal and noncommercial purposes.

(iii)  You may download additional copies of the App to compatible Android devices that have been linked to the Amazon.com customer account that you used to buy the App in accordance with Amazon's rules and policies for the Amazon Appstore.

{ PAGE  \* MERGEFORMAT }

Amazon_00000355

(iv) Any information that Publisher collects from you or your device will be subject to any Publisher EULA, privacy notice, or similar terms that the Publisher provides to you, and will not be subject to the Amazon.com Privacy Notice.

(v) You may not modify, reverse engineer, decompile or disassemble the App in whole or in part, or create any derivative works from or sublicense any rights in the App, unless otherwise expressly authorized in writing by Publisher.

(vi) The App is protected by copyright and other intellectual property laws and treaties. Unless otherwise expressly stated in the Publisher EULA, Publisher or its licensors own all title, copyright and other intellectual property rights in the App, and the App is licensed, not sold.

(vii) You acknowledge and agree that Amazon has no responsibility or liability with respect to your use of the App or any content or functionality in the App.

**3.6 Compliance with Law and Reservation of Rights.** You will use the Amazon Appstore, Apps and Appstore Software in compliance with all applicable laws. Except for the rights explicitly granted to you in this Agreement and in the EULA for each App, all right, title and interest in the Amazon Appstore, Apps and the Appstore Software are reserved and retained by their respective providers, publishers and rightsholders. You do not acquire any ownership rights in the Appstore Software as a result of downloading, installing or using such software or the Amazon Appstore. We reserve the right to change, remove, suspend, or disable any App without notice or liability.

# 4. Limited to U.S.

We are currently only able to make Apps available to customers located in the United States. We regret that you may not purchase or download Apps if you are outside the United States. If you are inside the United States, you may not transfer Apps outside the United States. "United States" refers to the 48 contiguous states, the District of Columbia, Alaska, Hawaii, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands, and the U.S. Virgin Islands.

# 5. General

**5.1 Compliance with Export Laws and Regulations; U.S. Government Users.** You agree to comply with all export and re-export restrictions and regulations of the Department of Commerce and other United States agencies and authorities that may apply to the Appstore Software or any App. If you are a U.S. Government end user, we are licensing the Appstore Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant to you for the Appstore Software are the same as the rights we customarily grant to others under this Agreement.

**5.2 Termination; Amendments.** Your rights under this Agreement will automatically terminate without notice from us if you fail to comply with any of its terms. In case of such termination, you must cease all use of the Amazon Appstore and the Appstore Software, and we may immediately revoke your access to the Amazon Appstore without notice to you and without refund of any purchases. Our failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of our rights. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of the Amazon Appstore or the Appstore Software after the effective date of the revised Agreement terms constitutes your acceptance of the terms.

**5.3 Damages Cap.** Without limiting the Disclaimer of Warranties and Limitation of Liability in the Amazon.com Conditions of Use: (i) in no event shall our or our software licensors' total liability to you for all

Amazon_00000356

damages (other than as may be required by applicable law in cases involving personal injury) arising out of or related to your use or inability to use the Appstore Software exceed the amount of fifty dollars ($50.00); and (ii) in no event shall our total liability to you for all damages arising from your use of the Amazon Appstore, the Apps, Amazon-Sold In-App Products or information, materials or products included on or otherwise made available to you through the Amazon Appstore exceed the amount you paid to us to purchase the App or Amazon-Sold In-App Product related to your claim for damages.  These limitations will apply to you even if the remedies fail of their essential purpose.

**5.4** **Contact Information.** For communications concerning this Agreement, please write to Amazon, Attn: Legal Department, P.O. Box 81226, Seattle, WA 98108-1226.

Amazon_00000357

Exhibit D

Exhibit D

# Conditions of Use

Last updated: August 19, 2011

Welcome to Amazon.com. Amazon Services LLC and/or its affiliates ("Amazon") provide website features to you subject to the following conditions. **If you visit or shop at Amazon.com, you accept these conditions.** Please read them carefully. In addition, when you use any current or future Amazon service or business (e.g., Your Profile, Gift Cards, Unbox, or Your Media Library) you also will be subject to the guidelines, terms and agreements ("Terms")  applicable to such service or business. If these conditions are inconsistent with such Terms, the Terms will control.

## PRIVACY

Please review our Privacy Notice, which also governs your visit to Amazon.com, to understand our practices.

## ELECTRONIC COMMUNICATIONS

When you visit Amazon.com or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this site. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## COPYRIGHT

All content included on this site, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content on this site is the exclusive property of Amazon and protected by U.S. and international copyright laws. All software used on this site is the property of Amazon or its software suppliers and protected by United States and international copyright laws.

## TRADEMARKS

Click here to see a non-exhaustive list of Amazon trademarks. In addition, Amazon.com graphics, logos, page headers, button icons, scripts, and service names are trademarks, or trade dress of Amazon in the U.S. and/or other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits

763176-1

Amazon. All other trademarks not owned by Amazon that appear on this site are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

## PATENTS

One or more patents owned by Amazon apply to this site and to the features and services accessible via the site. Portions of this site operate under license of one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

## LICENSE AND SITE ACCESS

Amazon grants you a limited license to access and make personal use of this site and not to download (other than page caching) or modify it, or any portion of it, except with express written consent of Amazon. This license does not include any resale or commercial use of this site or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of this site or its contents; any downloading or copying of account information for the benefit of another merchant; or any use of data mining, robots, or similar data gathering and extraction tools. This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. Any unauthorized use terminates the permission or license granted by Amazon. You are granted a limited, revocable, and nonexclusive right to create a hyperlink to the home page of Amazon.com so long as the link does not portray Amazon, or its products or services in a false, misleading, derogatory, or otherwise offensive matter. You may not use any Amazon logo or other proprietary graphic or trademark as part of the link without express written permission.

## YOUR ACCOUNT

If you use this site, you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use Amazon.com only with involvement of a parent or guardian. Amazon reserves the right to refuse service, terminate accounts, remove or edit content, or cancel orders in their sole discretion.

763176-1

2

## REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

Visitors may post reviews, comments, photos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam." You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

## COPYRIGHT COMPLAINTS

Amazon respects the intellectual property of others. If you believe that your work has been copied in a way that constitutes copyright infringement, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

## RISK OF LOSS

All items purchased from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

## RETURNS, REFUNDS AND TITLE

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our Returns Center.

763176-1

## PRODUCT DESCRIPTIONS

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of this site is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

## PRICING

Except where noted otherwise, the List Price displayed for products on our website represents the full retail price listed on the product itself, suggested by the manufacturer or supplier, or estimated in accordance with standard industry practice; or the estimated retail value for a comparably featured item offered elsewhere. The List Price is a comparative price estimate and may or may not represent the prevailing price in every area on any particular day. For certain items that are offered as a set, the List Price may represent "open-stock" prices, which means the aggregate of the manufacturer's estimated or suggested retail price for each of the items included in the set. Where an item is offered for sale by one of our merchants, the List Price may be provided by the merchant.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order; however, we do NOT charge your credit card until after your order has entered the shipping process. Despite our best efforts, a small number of the items in our catalog may be mispriced. If an item's correct price is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation.

Please note that this policy applies only to products sold and shipped by Amazon. Your purchases from third-party sellers are charged at the time you place your order, and third-party sellers may follow different policies in the event of a mispriced item.

## OTHER BUSINESSES

Parties other than Amazon operate stores, provide services, or sell product lines on this site. For example, Shutterfly offers Photo Services in our Camera and Photo store, and other businesses and individuals offer products in Auctions. In addition, we provide links to the sites of affiliated companies and certain other businesses. We are not responsible for examining or evaluating, and we do not warrant the offerings of, any of these businesses or individuals or the content of their Web sites. Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

763176-1

THIS SITE AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS SITE OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THIS SITE; INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE; THEIR SERVERS; OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

## DISPUTES

**Any dispute or claim relating in any way to your visit to Amazon.com or to products or services sold or distributed by Amazon or through Amazon.com will be resolved by binding arbitration, rather than in court,** except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

**There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of these Conditions of Use as a court would.**

763176-1

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98051. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules. We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous. Likewise, Amazon will not to seek attorneys' fees and costs in arbitration unless the arbitrator determines the claims are frivolous. You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

**We each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.** If for any reason a claim proceeds in court rather than in arbitration **we each waive any right to a jury trial**. We also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

## APPLICABLE LAW

By visiting Amazon.com, you agree that the Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

## SITE POLICIES, MODIFICATION, AND SEVERABILITY

Please review our other policies, such as our [pricing policy](), posted on this site. These policies also govern your visit to Amazon.com. We reserve the right to make changes to our site, policies, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

## OUR ADDRESS

Amazon.com, Inc.

P.O. Box 81226

763176-1

Seattle, WA 98108-1226

http://www.amazon.com

## Notice and Procedure for Making Claims of Copyright Infringement

If you believe that your work has been copied in a way that constitutes copyright infringement, please provide Amazon.com's copyright agent the written information specified below. Please note that this procedure is exclusively for notifying Amazon that your copyrighted material has been infringed.

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- A description of the copyrighted work that you claim has been infringed upon;

- A description of where the material that you claim is infringing is located on the site, including the auction ID number, if applicable;

- Your address, telephone number, and e-mail address;

- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Amazon.com's Copyright Agent for notice of claims of copyright infringement on its site can be reached as follows:

Copyright Agent

Amazon.com Legal Department

P.O. Box 81226

Seattle, WA 98108

phone: (206) 266-4064

fax: (206) 266-7010

e-mail: copyright@amazon.com

Courier address:

763176-1

7

Copyright Agent

Amazon.com Legal Department

410 Terry Avenue North

Seattle, WA 98109-5210

USA

DOCUMENT FILED UNDER SEAL

Exhibit E

Exhibit E