1
2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

3
4
5
6
7
8
9
10

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 2:14-cv-01038-JCC** |
| Plaintiff, | **DECLARATION OF PATRICK EAGAN-VAN METER** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

11   I, Patrick Eagan-Van Meter, pursuant to 28 U.S.C. § 1746, have personal knowledge of

12   the facts set forth below. If called as a witness, I could and would testify competently as follows:

13   1.   I am a citizen of the United States and over the age of eighteen (18) years old. I

14   am employed as a program specialist with the Federal Trade Commission ("FTC") in the

15   Division of Financial Practices. My office address is 600 Pennsylvania Avenue, N.W., CC-

16   10232, Washington, D.C., 20580.

17   2.   I began working at the FTC in August of 2011. My responsibilities include

18   investigating suspected violations of consumer protection laws. In the normal course of carrying

19   out my investigative responsibilities, I regularly use electronic databases, mobile devices, and

20   software to capture screenshots from mobile devices and the Internet.

21   3.   On or around March 2014, I was assigned as document custodian to the

22   investigation of Amazon.com, Inc. ("Amazon"). As part of my responsibilities on the FTC's

23   investigation of Amazon, I used Amazon's Kindle Fire device to download apps from the

24   Amazon Appstore, incur in-app charges through those apps, and capture screenshots of the app

25   download and in-app charge processes. I also reviewed certain documents produced by Amazon,

26   including in preparing this declaration.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

4.      Counsel for the FTC asked me to summarize the app installation process and in-app charge processes.

5.      For purposes of this declaration, unless otherwise noted, the relevant time period is November 15, 2011 through June 3, 2014. Also, unless otherwise noted, I created the screenshots included in this declaration by using a tool called "Droid@screen" to take screenshots. I saved each of these screenshots as a PNG file. Finally, I compared the screenshots that I took with the device screens that I had seen and verified that the screenshots accurately reflected the device screens that I encountered.

**Installing an App from the Amazon Appstore**

6.      To install an app, users must locate that app in the Amazon Appstore by searching for it by keyword or browsing the categories in the Amazon Appstore. Amazon displayed app search results in rows, with the app icon, name of the app, a user rating, and the price of the app. Answer ¶ 13. An example screenshot, captured by former FTC employee Andrew Hasty,[1] of a Kindle Fire while searching for the keyword "kids" is below:



_____

[1] *See* **Exhibit A**, Declaration of Andrew Hasty.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

7.     Users can install apps from the Amazon Appstore from an app's detail page. Dkt. 15 ¶¶ 14, 16. An example of an app detail page from before June 2013 is below. Other examples are attached hereto as **Exhibit B.**[2]



8.     On each app's detail page, there has been a button labeled either "FREE" or a specific dollar amount (the "price button"). Dkt. 15 ¶ 16. The price button is located in a header that appears at the top of the screen if the device is held vertically, or in a column on the left-hand side of the screen if the device is held horizontally (the "installation section").

9.     If an app has been free to install, the price button has said "FREE," regardless of whether the app contained in-app charges. *See id.* If the app cost a specific dollar amount to install, the price button has listed that specific dollar amount, regardless of whether the app contained in-app charges. *Id.*

_____

[2] Screenshots in this exhibit include captures done by former FTC employee Andrew Hasty. *See* Exhibit A.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

10.     The price button has not contained any information about in-app charges, regardless of whether the app contained in-app charges. *Id*.; Exhibit 188 at Amazon_00008749.

11.     Adjacent to the price button, in the installation section, Amazon has displayed other information relating to the app, including the name of the app, the name of the app developer, and the app's rating. Dkt. 15 ¶ 14.

12.     Amazon has not displayed any information about in-app charges in the installation section adjacent to the price button. *Id*. ¶¶ 14-15.

13.     In addition to the price button and the information displayed adjacent to the price button in the installation section, an app's detail page has included content such as gameplay screenshots and an app description. *Id*. 15 ¶ 14. Screenshots appear below the installation section if the device is held vertically and to the right of the installation section if the device is held horizontally.

14.     An app's detail page has included content (including portions of the developer-provided app description) that has appeared "below the fold"—that is, visible only if a user scrolls down the page or expands the content by clicking on "Read More" or "See All." *Id*. 15 ¶ 14; Exhibit 188 at Amazon_00008763-4, Amazon_00008794-5, Amazon_00008819-20, Amazon_00008828-9, Amazon_00008841-2, Amazon_00008868-9.

15.     App detail pages within the Amazon Appstore have included a note at the end of the app description that mentioned in-app charges (the "Note"). *Id*. 15 ¶¶ 14 – 15. An example of an app detail page,[3] as captured by former FTC employee Andrew Hasty,  from before June 2013 that has been scrolled to display the Note is below:

---

[3] *See* Exhibit A, Declaration of Andrew Hasty.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

16.    The Note has appeared in the same font and color as the app description. Exhibit 188 at Amazon_00008749, Amazon_00008764, Amazon_00008778, Amazon_00008795, Amazon_00008820, Amazon_00008829, Amazon_00008842, Amazon_00008869.

17.    Screenshots of the Note, which has not stated that consumers can incur in-app charges without entry of a password or Personal Identification Number (PIN), include Exhibit 188 at Amazon_00008749, Amazon_00008764, Amazon_00008778, Amazon_00008795, Amazon_00008820, Amazon_00008829, Amazon_00008842, Amazon_00008869.

18.    Screenshots of the Note, which has not stated that consumers must change their device settings to prevent children from incurring in-app charges without entry of a password or a PIN, include Exhibit 188 at Amazon_00008749-50, Amazon_00008764, Amazon_00008778, Amazon_00008795, Amazon_00008820, Amazon_00008829, Amazon_00008842, Amazon_00008869.

19.    In June 2013, below the installation section and below the screenshots, Amazon began including a bulleted list of items on the right-hand side of an app's detail page under the title "Key Details" (the "badge"). Dkt. 15 ¶ 15. Amazon did not make this change on its first-

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

generation Kindle Fire device, *e.g.*, Exhibit 188 at Amazon_00008749. An example of an app detail page including a badge follows:



20.     The badge has included items such as "All Ages" or "In-App Purchasing" or "Game Circle" or "Guidance Suggested" or "High Bandwidth" or "Mature." Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008828, Amazon_00008841, Amazon_00008868.

21.     The words "In-App Purchasing," if they appear in the badge, appear in smaller font than other text on the page, including the app description.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

22.     As initially displayed on an app's detail page, the badge has not defined "In-App Purchasing." Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008828, Amazon_00008841, Amazon_00008868.

23.     The badge has appeared in the same color as other text on the app's detail page, including the app description. Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008828, Amazon_00008841, Amazon_00008868.

24.     The badge has not appeared in the same color or format as other hyperlinked text on the app's detail page. Ex. 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008828, Amazon_00008841, Amazon_00008868.

25.     If a consumer were to click the badge, a popup would have appeared (the "badge popup"). Ex. 188 at Amazon_00008780-1, Amazon_00008796-7, Amazon_00008830-1, Amazon_00008843-4, Amazon_00008870-1. An example of the badge popup[4] as it first appears follows:

---

[4] Screenshot produced by Amazon. Ex. 188 at Amazon_00008796.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231



26.     The badge popup includes an expanded description of the "Key Details" that can appear in the badge, including:

- Age ratings (e.g., "All Ages", "Guidance Suggested");

- "In-App Purchasing"; and

- "High Bandwidth Required".

Exhibit 188 at Amazon_00008780-1, Amazon_00008796-7, Amazon_00008830-1, Amazon_00008843-4, Amazon_00008870-1.

27.     The section of the badge popup related to "In-App Purchasing" has appeared below the fold, such that a consumer viewing the badge popup would have to scroll to see it. Exhibit 188 at Amazon_00008780-1, Amazon_00008796-7, Amazon_00008830-1,

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

Amazon_00008843-4, Amazon_00008870-1. An example of a badge popup[5] scrolled to the section about "In-App Purchasing" follows:



28.      Screenshots of the badge popup, which has not stated that consumers can incur in-app charges without entry of any account holder information, such as a password or Personal Identification Number (PIN), include Exhibit 188 at Amazon_00008780-1, Amazon_00008796-7, Amazon_00008830-1, Amazon_00008843-4, Amazon_00008870-1. The badge popup has not stated that consumers must change their device settings to prevent children from incurring in-app charges without entry of a password or a Personal Identification Number (PIN). Exhibit 188 at

---

[5] Screenshot produced by Amazon. Exhibit 188 at Amazon_00008797.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

Amazon_00008780-1, Amazon_00008796-7, Amazon_00008830-1, Amazon_00008843-4, Amazon_00008870-1.

29.     On the app detail page, Amazon has not disclosed to consumers that they can incur in-app charges without entry of any account holder information, such as a password or PIN.  Exhibit 188 Amazon_00008749-50, Amazon_00008763-5, Amazon_00008777-9, Amazon_00008794-5, Amazon_00008819-21, Amazon_00008828-9, Amazon_00008841-2, Amazon_00008868-9.

30.     To install an app, consumers have not had to review all content on an app's detail page. Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008819, Amazon_00008868.

31.     To install an app, consumers have not had to scroll down and read the entirety of an app's detail page. Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008819, Amazon_00008868.

32.     To install an app, consumers have not had to click "Read More" or "See All" on an app's detail page. Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008819, Amazon_00008868.

33.     To install an app, consumers have not had to click the badge. Exhibit 188 at Amazon_00008763, Amazon_00008777, Amazon_00008794, Amazon_00008868.

34.     To install an app, consumers have had to press the price button. Dkt. 15 ¶ 16. If a consumer pressed the price button, Amazon would have replaced the text on the button with the words "Get App." *Id*. To continue app installation, consumers have had to press the price button a second time.

35.     Before June 2013, as detailed in paragraphs 6 to 18 above, consumers could have installed apps from the Amazon Appstore without any information about in-app charges being visible on consumers' screens.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

10

36.     After June 2013, as detailed in paragraphs 19 to 34 above, consumers could have installed apps from the Amazon Appstore without any information about in-app charges becoming visible on consumers' screens, apart from the words "In-App Purchasing."

**Incurring In-App Charges**

37.     Many children's apps from the Amazon Appstore have featured virtual items acquirable for virtual currency, with no real monetary cost. Dkt. 15 ¶¶ 24 – 26. Examples of virtual in-app items paid for with virtual currency include a sea turtle, a hamster, and gold coins.

38.     Many of children's apps from the Amazon Appstore have featured virtual items that cost real money to acquire. Dkt. 15 ¶¶ 24 – 26. Examples of virtual in-app items billed to the account holder's Amazon account include a boatload of doughnuts, a can of stars, and bars of gold.

39.     If a user has engaged in an activity associated with an in-app charge (e.g., clicking a button to acquire virtual items for use in a game), Amazon has displayed a popup containing the amount of the charge (the "charge popup"). Dkt. 15 ¶ 18.

40.     The charge popup contained a button labeled "Get Item" (the "get button") that users had to press to obtain the in-app item. Dkt. 15 ¶ 18.

41.     Until March 2012, Amazon's default in-app charge process was such that if a user pressed the get button, Amazon billed the charge to the account holder. Dkt. 15 ¶ 18-20.

42.     In March 2012, Amazon began requiring password entry to confirm individual in-app charges of at least $20. Dkt. 15 ¶ 20.

43.     To my knowledge, Amazon did not add any other password requirements until February 2013.

44.     Between February and May 2013, Amazon modified the occasions on which password prompts would appear before an in-app charge could be incurred multiple times. Dkt. 15 ¶ 21.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

45.     The caption of the password prompts described in paragraph 42 often read "Confirm In-App Purchase." Dkt. 15 ¶ 22; Ex. 188 at Amazon_00008783, Amazon_00008817, Amazon_00008836. An example of a password prompt that Amazon displayed before June 2014 is below. Other examples are attached as **Exhibit C**.



46.     Password entry in response to the prompts described in paragraph 45 has opened a billing window ranging from fifteen minutes to an hour. Dkt. 15 ¶ 21.

47.     In or around May 2013, Amazon began displaying a password prompt for the first in-app charge incurred on a device (other than its first-generation devices). An example of the password prompt[6] that Amazon displayed beginning in or around May 2013 is below.

---

[6] Screenshot produced by Amazon. Exhibit 188 at Amazon 00008833.

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18



19    48.    Password entry in response to the prompt described in paragraph 47 has allowed

20 subsequent in-app charges without password entry.

21    49.    Amazon continued to bill for certain in-app charges without requiring password

22 entry, including in-app charges within the billing window described in paragraph 46 and any

23 purchases less than $20. Dkt. 15 ¶¶ 20-21.

24
25
26

DECLARATION OF PATRICK EAGAN-VAN METER                Federal Trade Commission
Case No. 2:14-cv-01038-JCC                                            600 Pennsylvania Avenue N.W.
                                                                                    Washington, DC  20580
(202) 326-3231

1
2
3
4
5

     50.    In June 2014, shortly before the FTC filed its lawsuit, Amazon began presenting users of its newer devices (other than first-generation Kindle Fire devices) who had not previously incurred an in-app charge with a prompt asking them to choose whether to be prompted for a password for subsequent in-app charges. Exhibit 188 at Amazon_00008799. A screenshot of the prompt added in June 2014 is below:



DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

14

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed this 2nd day of February 2016.

3

4     _____

5     Patrick Eagan-Van Meter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF PATRICK EAGAN-VAN METER
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

# EXHIBIT A

**DECLARATION OF ANDREW E. HASTY**
**PURSUANT TO 28 U.S.C. § 1746**

I, Andrew E. Hasty, hereby state that I have personal knowledge of the facts set forth

below and am competent to testify about them.  If called as a witness, I could and would testify

as follows:

1.      My name is Andrew E. Hasty.  I am over the age of eighteen years old.  I am

employed by the Federal Trade Commission ("FTC") as a program specialist in the FTC's Office

of Technology Research and Investigation in Washington, D.C.

2.      I began working at the FTC in August 2008.  As part of my work, I research and

investigate persons and entities that may be violating the FTC Act and other federal statutes

enforced by the Commission.  In the normal course of my investigative and research duties, I

frequently use different search engines and review public websites and app stores to obtain

information about companies, individuals, and mobile applications.  I also use a variety of other

computer-based investigative tools to carry out FTC duties, including capturing screenshots on

computers and mobile devices.

3.      On April 18, 2013, I navigated to the Amazon app store on a Kindle Fire, selected

to view the page for "Games," and then selected "All Games."  On the resulting screen, I tapped

"All Categories" and then the "Kids" category.  This caused a list of apps to be displayed on the

Kindle Fire's screen.  From this list of apps, I tapped on "Baby Care & Dress Up."  This

displayed a details page for the app, including a button marked "FREE."  From the details page, I

tapped on the button marked "FREE" and then tapped on "Get App."  Once the app finished

installing, I tapped on the button marked "Open."  This caused the app to launch.  After the app

finished launching, I returned to the app's details page in the Kindle Fire's app store.  In order to

document the device screens that I encountered, I used a debugging tool called ddms.bat to take

screenshots at each step described above.  I saved each of these screenshots as a PNG file.

Finally, I compared the screenshots that I took with the device screens that I had seen and

verified that the screenshots accurately reflected the device screens that I encountered.  Attached

as Exhibit A is a true and correct copy of screenshots from this set of captures.

       4.       On April 18, 2013, I navigated to the Amazon app store on a Kindle Fire and

searched for apps using the query "kids games."  I tapped on the first result, an app called

"Animal Hide and Seek: Free Hidden Object Game for Kids," which took me to the app's details

page.  The details page included a button labeled "Free."  I pressed the button labeled "Free" and

then pressed the button labeled "Get App."  This caused the app to be downloaded to the Kindle

Fire.  I launched the app when it finished downloading to ensure the app downloaded

successfully and then navigated back to the app's details page in the app store.  In order to

document the device screens that I encountered, I used a debugging tool called ddms.bat to take

screenshots at each step described above.  I saved each of these screenshots as a PNG file.

Finally, I compared the screenshots that I took with the device screens that I had seen and

verified that the screenshots accurately reflected the device screens that I encountered.  Attached

as Exhibit B is a true and correct copy of screenshots from this set of captures.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

       Executed this _____12th_____ day of May, 2015, in Washington, DC.

                                                     Andrew E. Hasty

# EXHIBIT A

< Apps

Search All Games

Library >

## All Games

All Categories ▼    Refine ▼

Sorted by Relevance

| All Categories | ✓ |
|---|---|
| Action | |
| Adventure | |
| Arcade | |
| Board | |
| Cards | |
| Casino | |
| Casual | |
| Early Childhood | |



**WarGames: WOPR**
★★★★½ (87)
$1.99



**Hungry Dino**
★★☆☆☆ (126)
FREE



**Temple Run 2**
★★★★½ (6859)
FREE



**Bubble Bugs**
★★★★☆ (64)
FREE



**Croods**
★★★☆ (376)
REE



**Star Girl: Nails Salon**
★★★☆☆ (33)



**Blackjack 21 FREE**
★★★★½ (6146)



**Subway Surfers (Ki...**
★★★★½ (10801)



**Xtreme Motocross**
★★★☆☆ (104)



**ss The rd -...**
★★★☆ (485)

< Apps

Search All Games

Library >

## All Games

All Categories ▾    Refine ▾

Sorted by Relevance


**WarGames: WOPR**
★★★★½ (87)
$1.99


**Hungry Dino**
★★☆☆☆ (126)
FREE


**Temple Run 2**
★★★★½ (6859)
FREE


**Bubble Bugs**
★★★★☆ (64)
FREE


**Doodle Jump**
★★★★½ (218)
FREE


**The Croods**
★★★☆☆ (376)
FREE


**Star Girl: Nails Salon**
★★★☆☆ (33)


**Blackjack 21 FREE**
★★★★½ (6146)


**Subway Surfers (Ki...**
★★★★½ (10801)


**Xtreme Motocross**
★★★☆☆ (104)


**Diamond Dash**
★★★★☆ (464)


**Guess The Word -...**
★★★★½ (485)

Case 2:14-cv-01038-JCC   Document 100   Filed 02/02/16   Page 22 of 46

< Apps

Search All Games

Library >

## All Games

Educational

Everyone

Everyone 10+

GameCircle

Gamepad Enabled

Kids

Multiplayer

Music

Puzzles & Trivia

Racing

Sorted by Relevance



**Fruit Ninja Free**
★★★★☆ (2956)
FREE



**CandySwipe 2 FREE**
★★★★☆ (473)
FREE



**Beach Buggy Blitz**
★★★★☆ (658)
FREE



**Ice Cream Truck:...**
★★★☆☆ (14)
FREE

**v Free**
★★★☆ (6264)
REE



**Survival Run with...**
★★★★☆ (96)
FREE



**Angry Birds Rio (...**
★★★★☆ (3620)
FREE



**Jetpack Joyride**
★★★★☆ (1851)
FREE



**Boggle (Kindle**
★★★★☆ (103)
FREE

**Pou**
★★★☆ (624)
REE

Case 2:14-cv-01038-JCC    Document 100    Filed 02/02/16    Page 23 of 46

< Apps      🔍 Search Kids      Library >

## All Games

Kids ▾    Refine ▾

Sorted by Relevance


**Gymnastics Events**
★★★★☆ (63)
FREE


**Cake Pop Maker -**
★★★☆☆ (37)
FREE


**Kids Doodle - Movie Kids**
★★★★½ (1027)
FREE


**Baby Care & Dress Up -**
★★★½☆ (234)
FREE


**My Horse**
★★★★½ (8071)
FREE


**ICEE Maker**
★★★☆☆ (278)
FREE


**Beck and Bo**
★★★★½ (75)
$1.99


**Jumping Finn Turbo -**
★★★★½ (65)
$0.99


**Puppy Dog Sitter -**
★★★½☆ (39)
FREE


**Littlest Pet Shop**
★★★★☆ (679)
FREE


**Movie Food Maker FREE**
★★★½☆ (150)
FREE


**Easter Bunny**
★★★★½ (15)
FREE

Case 2:14-cv-01038-JCC   Document 100   Filed 02/02/16   Page 24 of 46

< Apps        Search Appstore        Library >



**Baby Care & Dress Up - Play, Love and Hav…**
TabTale LTD
★★★☆☆ (234)

FREE

## Screenshots





## Description

Dress, Feed & Bathe your Baby - Have a Tea Party & Put your Baby to Bed! Play Mommy & Care for Adorable Babies, Hundreds of Outfits & Loads of Fun! Kids will Learn Responsibility - Don't Let the Babies Cry! Meet four adorable babies who can't wait to be dressed, fed, played with, bathed, read a bedtime story and put to

< Apps

Search Appstore

Library >



**Baby Care & Dress Up - Play, Love and Hav…**
TabTale LTD
★★★⯪★ (234)

**Get App**

## Screenshots




## Description

Dress, Feed & Bathe your Baby - Have a Tea Party & Put your Baby to Bed! Play Mommy & Care for Adorable Babies, Hundreds of Outfits & Loads of Fun! Kids will Learn Responsibility - Don't Let the Babies Cry! Meet four adorable babies who can't wait to be dressed, fed, played with, bathed, read a bedtime story and put to

< Apps     Search Appstore     Library >



**Baby Care & Dress Up - Play, Love and Hav…**

TabTale LTD

★★★½★ (234)

Open

## Screenshots





## Description

Dress, Feed & Bathe your Baby - Have a Tea Party & Put your Baby to Bed! Play Mommy & Care for Adorable Babies, Hundreds of Outfits & Loads of Fun! Kids will Learn Responsibility - Don't Let the Babies Cry! Meet four adorable babies who can't wait to be dressed, fed, played with, bathed, read a bedtime story and put to

Case 2:14-cv-01038-JCC   Document 100   Filed 02/02/16   Page 27 of 46

< Apps

Search Appstore

Library >



**Baby Care & Dress Up - Play, Love and Hav…**

TabTale LTD

★★★½☆ (234)

Open

## Screenshots





## Description

Dress, Feed & Bathe your Baby - Have a Tea Party & Put your Baby to Bed! Play Mommy & Care for Adorable Babies, Hundreds of Outfits & Loads of Fun! Kids will Learn Responsibility - Don't Let the Babies Cry! Meet four adorable babies who can't wait to be dressed, fed, played with, bathed, read a bedtime story and put to

< Apps          Search Appstore          Library >

## Description

Dress, Feed & Bathe your Baby - Have a Tea Party & Put your Baby to Bed! Play Mommy & Care for Adorable Babies, Hundreds of Outfits & Loads of Fun! Kids will Learn Responsibility - Don't Let the Babies Cry! Meet four adorable babies who can't wait to be dressed, fed, played with, bathed, read a bedtime story and put to sleep. This is the most fantastic mommy's helper game ever! Dress Up Time! Dress up your baby in style: choose from dozens of hairstyles, outfits, dresses, jeans, silly pacifiers, accessories and toys! Feed Me! Your baby is hungry, it's time to feed her. Prepare the bottle and feed your baby her cereal and veggies. Tea Party! Surrounded by her dolls in her backyard, your baby is ready to eat cookies and drink tea. Mix up the tea and add sugar cubes. Don't forget to give her dolls drinks too. Bath Time! Get out the shampoo and soap, your baby is dirty. Wipe her clean with a sponge. Make the bubbles pop and play with her bath toys. Rinse her off with water when she's all clean. Time for Bed! After all the fun she had, your baby is getting sleepy. She wants a bottle and a bedtime story. All tucked in and ready for bed, choose from 3 books to read to her. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon Appstore.

## Customers Who Bought This App Also Bought

    

# EXHIBIT B

< Apps    Search Games   🔍    Library >

**Games**   Action   Arcade   Casual   Puzzles & Trivia   All Games





## Top Free Games      See All


**Guess The Movie**
★★★★½ (543)
FREE


**Hungry Dino**
★★☆☆☆ (126)
FREE


**Bubble Bugs**
★★★★★ (64)
FREE


**Temple Run 2**
★★★★½ (6858)
FREE


**Star Girl: Nails Salon**
★★★☆☆ (33)
FREE

## Top Paid Games      See All


**Scribblenauts Remix**
★★★½☆ (143)
$0.99


**Minecraft - Pocket Edition**
★★★★½ (6723)
$6.99


**Plants vs. Zombies**
★★★★½ (1665)
$0.99


**Jumping Finn Turbo -...**
★★★★½ (65)
$0.99


**Cut the Rope**
★★★★½ (2599)
$0.99

                    

< Apps

kids games 🔍

Library >

## Games

All Categories ▾    Refine ▾

Sorted by Relevance


**Animal Hide and S...**
★★★★☆ (123)
FREE


**Barnyard Games f...**
★★★★☆ (2802)
FREE


**Chuggingt... Train...**
★★★☆☆ (97)
FREE


**Kids Doodle - Mo...**
★★★★⯪ (1027)
FREE


**Preschool and Ki...**
★★★★☆ (366)
FREE


**Free Princess**
★★★☆☆ (78)
FREE


**Where's My Water...**
★★★★⯪ (3696)
FREE


**Awesome Shape**
★★★★☆ (39)
FREE


**Tap the Bubble:...**
★★★⯪☆ (123)
FREE


**Yummy Burger**
★★⯪☆☆ (55)
FREE


**Road Warrior**
★★★★★ (1216)
FREE


**Awesome Memory**
★★★★⯪ (43)
FREE

 

Search Appstore



## Animal Hide and Seek: Free Hidden Object Game for Kids

Absolutist Ltd

★★★★★ (123)

**FREE**

## Screenshots





## Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon

    

< Apps

Search Appstore

Library >



### Animal Hide and Seek: Free Hidden Object Game for Kids

Absolutist Ltd

★★★★★ (123)

**Get App**

## Screenshots



Have an unbelievable journey through Africa!



## Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon

Case 2:14-cv-01038-JCC   Document 41-30   Filed 02/02/16   Page 34 of 46

 

< Apps   Search Appstore   Library >



## Animal Hide and Seek: Free Hidden Object Game for Kids

Absolutist Ltd

**Purchasing...**

## Screenshots



Have an unbelievable journey through Africa!



ANIMAL HI

## Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for

    

 

 < Apps

Search Appstore

Library > 



### Animal Hide and Seek: Free Hidden Object Game for Kids

Absolutist Ltd

★★★★★ (123)

**Open**

## Screenshots



Have an unbelievable journey through Africa!



## Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon

    


4:13 


**Unlocked**


**Volume**


**Brightness**


**Wireless**

**Sync**


**More...**


USB Cable Connected


Connected to Low-Power Charger
Your Kindle may not charge while in use. If you leave it connected, it will charge slowly while the device is asleep.

## Notification 1

Clear All


Animal Hide and Seek: Free Hidden Object Ga..
Successfully installed.                                    4:13 PM
Tap to launch.





Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a







< Apps    Search Appstore    Library >



## Animal Hide and Seek: Free Hidden Object Game for Kids

Absolutist Ltd

★★★★★ (123)

**Open**

## Screenshots

 

## Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon

# EXHIBIT B



 

Search Appstore



### Animal Hide and Seek: Free Hidden Object Game for Kids

Absolutist Ltd

★★★★★ (123)

**FREE**

## Screenshots





## Description

Animal Hide and Seek is an absolutely free hidden object game for kids. Even the youngest children will get involved into the magic world of animation. The game has simple mechanics and doesn't require any language skills. This is a great tool that will help your kids to improve their creative thinking, dedication and imagination while kind and cheerful characters will make your child happy for hours. There are 12 African landscapes in the game and every time you start a new game, the animals hide in different locations. PLEASE NOTE: This app lets you purchase digital content using actual money. You can configure parental controls for in-app purchases, which will require your Amazon account password or a 4-digit PIN, by going to the Settings menu from within the Amazon

    

Case 2:14-cv-01038-JCC   Document 100   Filed 02/02/16   Page 42 of 46

< Apps

Search Appstore

Library >



**Baby Care & Dress Up - Play, Love and Hav…**

TabTale LTD

★★★★☆ (234)

FREE

### Screenshots





### Description

Dress, Feed & Bathe your Baby - Have a Tea Party & Put your Baby to Bed! Play Mommy & Care for Adorable Babies, Hundreds of Outfits & Loads of Fun! Kids will Learn Responsibility - Don't Let the Babies Cry! Meet four adorable babies who can't wait to be dressed, fed, played with, bathed, read a bedtime story and put to

< **Apps**      Search Appstore  🔍      **Library** >



## Tap Dragon Park
Pocket Gems
★★★★★ (477)

**FREE**     **Test Drive** beta

## Screenshots




## Description

Hatch, raise and train magnificent dragons in Tap Dragon Park! Collect tons of adorable dragons and raise and train them with the help of wizards. Use your dragons to help guard your Kingdom's treasure and keep out the evil Trolls! Mix and match your dragons to discover more rare species. AWESOME FEATURES INCLUDE: - Collect TONS of rare and magnificent dragons! - TRAIN & GROW your dragons with the help of Wizards! - BATTLE evil trolls to protect your treasure! - Play for free, yes FREE, forever! Pocket Gems is the name behind Tap Paradise Cove, Tap Zoo, Tap Pet Hotel, and several other ridiculously fun free games. If you like dragon games like Dragonvale, Tiny Monsters, Dragon Story, Smurf's Village, Bakery Story, Fashion Story, Tap Fish, or Paradise Island, you'll love Tap Dragon Park! Please note that Tap Dragon Park is free to play, but you are able to purchase game items with real money. If you want to use this feature, please disable in-app purchases. Yo

500 coins

# EXHIBIT C



