UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:14-cv-01038-JCC<br><br>**DECLARATION OF MIYA RAHAMIM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY** |

I, Miya Rahamim, declare as follows:

I am an attorney employed by the Federal Trade Commission ("FTC") and counsel of record for the Plaintiff FTC in this matter. I submit this declaration in support of the FTC's Motion for Summary Judgment and Motion in Limine to Exclude Expert Testimony.

1. The exhibits attached hereto contain markings pursuant to Loc. Civ. R. 10e(10).

2. Attached hereto are true and correct copies of the following documents produced by Amazon, with corresponding deposition exhibit stickers:

| Exhibit Number | Bates Range or Title |
|---|---|
| 11 | Amazon_00220712 - Amazon_00220713 |
| 12 | Amazon_00012646 - Amazon_00012649 |
| 14 | Amz_FTC_0003689 |
| 15 | Amz_FTC_0003690 - Amz-FTC_0003717 |
| 17 | Amazon_00245988 - Amazon_00245995 |
| 28 | Amazon_00246010 - Amazon_00246030 |

Case 2:14-cv-01038-JCC   Document 106   Filed 02/02/16   Page 2 of 10

| | |
|---|---|
| 30 | Amazon_00011641 - Amazon_00011642 |
| 31 | Amz_FTC_0013744 - Amz_FTC_0013747 |
| 44 | Amazon_00276064 - Amazon_00276065 |
| 52 | Amz_FTC_0043528 - Amz_FTC_0043535 |
| 53 | Amazon_00292348 - Amazon_00292355 |
| 54 | Amz_FTC_0077738 - Amz_FTC_0077741 |
| 61 | Amazon_00296449 - Amazon_00296457 |
| 62 | Amazon_00265240 - Amazon_00265241 |
| 92 | Amazon_00015769 - Amazon_00015775 |
| 98 | Amazon_00012353 |
| 105 | Amazon_00230526 - Amazon_00230546 |
| 107 | Amazon_00302450 - Amazon_00302453 |
| 112 | Amz_FTC_0092397 - Amz_FTC_0092399 |
| 121 | Amazon_00018516 - Amazon_00018527 |
| 123 | Amazon_00018514 - Amazon_00018515 |
| 124 | Amazon_00214382 - Amazon_00214384 |
| 130 | Amz_FTC_0037820 - Amz_FTC_0037830 |
| 140 | Amazon_00295038 - Amazon_00295041 |
| 141 | Amazon_00236442 - Amazon_00246449 |
| 145 | Amazon_00241596 - Amazon_00241599 |
| 152 | Amz_FTC_0005743 - Amz_FTC_0005757 |
| 153 | Amazon_00016240 - Amazon_00016248 |
| 154 | Amz_FTC_0073362 - Amz_FTC_0073369 |
| 160 | Amz_FTC_0078694 - Amz_FTC_0078695 |
| 176 | Amazon_00245048 - Amazon_00245051 |

DECLARATION OF MIYA RAHAMIM  
Case No. 2:14-cv-01038-JCC

Federal Trade Commission  
600 Pennsylvania Avenue N.W.  
Washington, DC  20580  
(202) 326-3231

2

| | |
|---|---|
| **179** | Amazon_00244139 - Amazon_00244144 |
| **180** | Amazon_00245052 |
| **186** | Amazon_00244357 - Amazon_00244369 |
| **188** | Amazon_00008749 - Amazon_00008892 |
| **202** | Amazon_00292348 - Amazon_00292355 |
| **209** | Amazon_00344645 - Amazon_00344647 |
| **218** | Amazon_00010791 - Amazon_00010792 |
| **299** | Amazon_00000241 - Amazon_00000247 <br> Amazon_00000306 - Amazon_00000327 <br> Amazon_00000348 - Amazon_00000361 |
| **301** | Amazon.com, Inc's Responses and Objections To Plaintiff's Third Set of Interrogatories |
| **302** | Customer Service Contact Codes |
| **305** | Amazon_00298737 - Amazon_00298774 |
| **308** | Amazon_00379861 - Amazon_00379863 |
| **322** | Amazon Kindle Fire In-App Purchase Usability Report |
| **335** | Expert Report of Andrew Sears |
| **337** | Expert Report of Ravi Dhar |
| **339** | Exhibits to Expert Report of Professor Ravi Dhar |
| **340** | Rebuttal Report of Ravi Dhar |
| **371** | Expert Report of Barry A. Sabol |
| **401** | Expert Report of Jennifer King |

DECLARATION OF MIYA RAHAMIM  
Case No. 2:14-cv-01038-JCC

Federal Trade Commission  
600 Pennsylvania Avenue N.W.  
Washington, DC  20580  
(202) 326-3231

3

3. Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by Amazon as Amazon_00219708 - Amazon_00219716. Exhibit 65 is an excerpt of Deposition Exhibit 65.

4. Attached hereto as **Exhibit 341** is a true and correct copy of: Thomas H. Davenport, *How to Design Smart Business Experiments*, Harv. Bus. Rev., Feb. 2009, at 69.

5. Attached hereto as **Exhibit 342** is a true and correct excerpt of the Expert Report of Ravi Dhar, *LaPlant v. Nw. Mut. Life Ins.*, No. 2:11-CV-00910-LA (E.D. Wis. July 1, 2013).

6. Attached hereto as **Exhibit 343** is a true and correct excerpt of the Rebuttal Expert Report of Ravi Dhar, *Johns v. Bayer Corp.*, 3:09-cv-01935-AJB-DHB (S.D. Cal. Nov. 29, 2012).

7. Attached hereto as **Exhibit 344** is a true and correct copy of Amazon's Supplemental Responses to the FTC's Fourth Set of Interrogatories, served September 15, 2015.

8. Attached hereto as **Exhibit 347** is a true and correct copy of the Expert Report of Donna Hoffman as produced by Amazon.

9. Attached hereto as **Exhibit 348** is a true and correct copy of the Expert Report of Michael Callahan as produced by Amazon.

10. Attached hereto as **Exhibit 351** is a true and correct excerpt of an Excel spreadsheet produced by Research Now Group, Inc. in response to an FTC subpoena for the raw data collected in connection with Dr. Sabol's survey. The excerpt contains all 79 non-blank responses from Column T, which is associated with Question 3(A) of Dr. Sabol's survey.

11. Attached hereto as **Exhibit 352** is a true and correct copy of an image produced by Research Now Group, Inc. in response to an FTC subpoena for documents shown to survey

DECLARATION OF MIYA RAHAMIM
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

4

respondents in connection with the survey conducted by Dr. Sabol. Research Now Group, Inc. labeled the image "landing page screenshot."

12. Attached hereto as **Exhibit 353** is a true and correct copy of an e-mail exchange between FTC attorney Jane Ricci and Kevin Rice, VP and Associate General Counsel for Research Now.

13. Attached hereto are true and correct copies of Customer Service Contact Summaries and transcripts of corresponding audio recordings produced by Amazon, as identified in the table below. The table contains a listing of each exhibit number, along with (1) a customer service contact summary produced by Amazon, identified by Bates-number; and (2) the corresponding customer service audio recording(s) produced by Amazon at the respective Bates-number. The transcripts were prepared by a court reporting service at the direction of the FTC. The transcripts and customer service contact summaries were redacted to remove sensitive personal information.

| Exhibit | Customer Service Contact Summary Bates-number | Audio Recording Bates-number |
|---|---|---|
| 410 | Amazon_00023782 | Amazon_00389968 |
| 411 | Amazon_00023824 | Amazon_00389974 |
| 412 | Amazon_00023835 | Amazon_00389976 |
| 413 | Amazon_00024383 | Amazon_00390045 |
| 414 | Amazon_00024719 | Amazon_00389826 |
| 415 | Amazon_00025090 | Amazon_00389864 |
| 416 | Amazon_00025159 | Amazon_00389870 |
| 417 | Amazon_00025718 | Amazon_00389919 |
| 418 | Amazon_00025918 – Amazon_00025919 | Amazon_00389935 |
| 419 | Amazon_00028771 | Amazon_00390319 |
| 420 | Amazon_00031860 | Amazon_00390606 |
| 421 | Amazon_00032341 | Amazon_00390702, Amazon_00390701 |
| 422 | Amazon_00032357 | Amazon_00390707, Amazon_00390706 |

DECLARATION OF MIYA RAHAMIM  
Case No. 2:14-cv-01038-JCC

Federal Trade Commission  
600 Pennsylvania Avenue N.W.  
Washington, DC 20580  
(202) 326-3231

5

| | | |
|---|---|---|
| 423 | Amazon_00032363 | Amazon_00390709 |
| 424 | Amazon_00032457 | Amazon_00390719 |
| 425 | Amazon_00107149 | Amazon_00400937, Amazon_00400938 |
| 426 | Amazon_00107208 | Amazon_00400950 |
| 427 | Amazon_00107412 | Amazon_00400979, Amazon_00400980 |
| 428 | Amazon_00107763 | Amazon_00401023, Amazon_00401024 |
| 429 | Amazon_00133693 | Amazon_00404706, Amazon_00404707 |
| 430 | Amazon_00134475 – Amazon_00134476 | Amazon_00404832 |
| 431 | Amazon_00031901 | Amazon_00383022, Amazon_00383023 |
| 432 | Amazon_00035946 | Amazon_00383053 |
| 433 | Amazon_00113049 | Amazon_00384261, Amazon_00384262 |
| 434 | Amazon_00119186 | Amazon_00402669, Amazon_00402670 |
| 435 | Amazon_00024764 | Amazon_00389830 |
| 436 | Amazon_00024791 | Amazon_00389835 |
| 437 | Amazon_00381393 | Amazon_00389850 |
| 438 | Amazon_00025667 | Amazon_00389917 |
| 439 | Amazon_00024024 | Amazon_00390011 |
| 440 | Amazon_00028849 | Amazon_00390331, Amazon_00390330 |
| 441 | Amazon_00034659 – Amazon_0034660 | Amazon_00391135, Amazon_00391136 |
| 442 | Amazon_00049147 | Amazon_00393225, Amazon_00393226 |
| 443 | Amazon_00058835 | Amazon_00394469, Amazon_00394468 |
| 444 | Amazon_00060075 | Amazon_00394627, Amazon_00394626 |
| 445 | Amazon_00061548 | Amazon_00394830, Amazon_00394829 |
| 446 | Amazon_00025743 | Amazon_00389924 |
| 447 | Amazon_00070176 | Amazon_00396059, Amazon_00396060 |
| 448 | Amazon_00074589 | Amazon_00396692, Amazon_00396691 |
| 449 | Amazon_00078088 | Amazon_00397149, Amazon_00397150 |
| 450 | Amazon_00079706 | Amazon_00397338 |
| 451 | Amazon_00083441 | Amazon_00397816 |
| 452 | Amazon_00083699 | Amazon_00397851, Amazon_00397850 |
| 453 | Amazon_00112969 | Amazon_00401769, Amazon_00401770 |

14. Attached hereto are true and correct copies of the following Customer Service Contact Summaries produced by Amazon, redacted to remove personally identifying information:

DECLARATION OF MIYA RAHAMIM  
Case No. 2:14-cv-01038-JCC

Federal Trade Commission  
600 Pennsylvania Avenue N.W.  
Washington, DC  20580  
(202) 326-3231

6

| Exhibit Number | Bates Range |
|---|---|
| 454 | Amazon_00184734-35 |
| 455 | Amazon_00185500-01 |
| 456 | Amazon_00185555 |
| 457 | Amazon_00185793-94 |
| 458 | Amazon_00186814 |
| 459 | Amazon_00188548-49 |
| 460 | Amazon_00188564-65 |
| 461 | Amazon_00188663-64 |
| 462 | Amazon_00189183-84 |
| 463 | Amazon_00191121-22 |
| 464 | Amazon_00191153-54 |
| 465 | Amazon_00191951-52 |
| 466 | Amazon_00192010 |
| 467 | Amazon_00192179 |
| 468 | Amazon_00196107 |
| 469 | Amazon_00196364 |
| 470 | Amazon_00196811-12 |
| 471 | Amazon_00197327-28 |
| 472 | Amazon_00198531-32 |
| 473 | Amazon_00202091-92 |

15. Attached hereto are true and correct copies of the following documents produced by Storm8, Inc. to the FTC, with personally identifying information redacted:

| Exhibit Number | Bates Range |
|---|---|
| 474 | FTC_AMZ_00000175-76 (STORM8-00006344-45) |
| 475 | FTC_AMZ_00000195-96 (STORM8-00006846-47) |
| 476 | FTC_AMZ_00000199-201 (STORM8-00006852-54) |
| 477 | FTC_AMZ_00000240-42 (STORM8-00008818-20) |
| 478 | FTC_AMZ_00000262-63 (STORM8-00008974-75) |
| 479 | FTC_AMZ_00000264-66 (STORM8-00009007-09) |
| 480 | FTC_AMZ_00000273-74 (STORM8-00009203-04) |
| 481 | FTC_AMZ_00000323-25 (STORM8-00009986-88) |
| 482 | FTC_AMZ_00000440-41 (STORM8-00010848-49) |
| 483 | FTC_AMZ_00000610-12 (STORM8-00013510-12) |
| 484 | FTC_AMZ_00000664-65 (STORM8-00014094-95) |
| 485 | FTC_AMZ_00000670-72 (STORM8-00014197-99) |
| 486 | FTC_AMZ_00000830-31 (STORM8-00019938-39) |
| 487 | FTC_AMZ_00001196-98 (STORM8-00024420-22) |

16. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration Regarding Certification of Records of Regularly Conducted Activity Pursuant to 28 U.S.C. § 1746, signed by Laura Yip, Co-Founder & Chief People Officer and dated October 12, 2015.

17. Attached hereto as **Exhibit 488** is a true and correct copy of a document produced by Glu Mobile, Inc., Bates- stamped GLU-FTC00000025-28, with personally identifying information redacted.

18. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration Regarding Certification of Records of Regularly Conducted Activity Pursuant to 28 U.S.C. §

DECLARATION OF MIYA RAHAMIM
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

8

1   1746, signed by Robert Ricca, Deputy General Counsel of Glu Mobile, Inc. and dated September

2   15, 2015.

3       19.    Attached hereto are true and correct excerpts of the following transcripts of

4   depositions taken in this matter:

| Exhibit Number | Deposition |
|---|---|
| **350** | Craig Rosenberg |
| **354** | Barry A. Sabol |
| **355** | Andrew L. Sears |
| **500** | 30(b)(6) - Aaron C. Rubenson |
| **501** | 30(b)(6) - Jeffrey D. Pieros |
| **502** | Aaron C. Rubenson |
| **503** | James N. Adkins |
| **504** | Michael Callahan |
| **505** | Ravi Dhar |
| **506** | Michael Harbut |
| **507** | Ryan Kortekaas |
| **508** | Michael A. Lagoni |
| **509** | Ameesh Paleja |
| **510** | Jeffrey D. Pieros |
| **511** | Alex Rouse |

    20.    Attached hereto as **Exhibit 523** is a true and correct copy of a screenshot from Amazon's website that was captured by Federal Trade Commission staff and produced to Amazon with the Bates-stamp FTC_AMZ_00003250.

DECLARATION OF MIYA RAHAMIM  
Case No. 2:14-cv-01038-JCC

Federal Trade Commission  
600 Pennsylvania Avenue N.W.  
Washington, DC 20580  
(202) 326-3231

9

21. Attached hereto are true and correct copies of the following documents produced by Amazon:

| Exhibit Number | Bates Range or Description |
|---|---|
| 345 | Amazon_00290191 |
| 346 | Amazon_00361611 |
| 349 | Amazon_00388487-90 |
| 520 | Amz_FTC_0042067-68 |
| 521 | Amazon_00156632 |
| 522 | Amz_CSC_0013142 - 0013144 |
| 526 | Amazon_00008902 |
| 527 | Amazon_00294140 - 00294198 |
| 528 | Amazon_00372805 - 00372872 |
| 529 | Amazon_00377620 - 00377692 |
| 530 | Amazon's Supplemental Response to Interrogatory No. 9 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February 2016.

*s/ Miya Rahamim*
MIYA RAHAMIM

DECLARATION OF MIYA RAHAMIM
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

10