THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:14-CV-01038-JCC<br><br>**DECLARATION OF AARON RUBENSON IN RESPONSE TO THE FTC'S MOTION TO SEAL**<br><br>NOTED ON MOTION CALENDAR:<br><br>Friday, February 12, 2016 |

I, Aaron Rubenson, declare as follows:

1. I am a director of the Amazon Appstore and have been since July 2011. I make this declaration based upon personal knowledge as to which I am competent to testify

2. I have reviewed the exhibits and other papers filed under seal in support of the FTC's motions for summary judgment and in limine that Amazon requests the Court maintain under seal, in full or in part.

3. The documents and testimony included in the exhibits contain Amazon's confidential and competitively sensitive information. Specifically, they contain (1) confidential financial data related to Appstore performance and refund rates and (2) proprietary business plans, surveys, and strategies, including those related to the reduction of the refund rate and the overall improvement of Amazon's Appstore customer experience.

4. Specifically, of those documents that Amazon requests that the Court maintain under seal, Exhibits 527, 528, and 529 contain detailed sales summaries; Exhibits 98, 107, 140,

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0374/129847115.3

1  345, and 346 contain detailed customer-service financial data, refund rates, pricing analysis, and policy proposals; and Exhibits 65, 105, 124, 152, 153, and 349 contain strategic plans and competitive analysis, identify company priorities for vendors, detail focus-group results, outline performance goals, display customer-usage data, and discuss financial impact. Minimal redactions to the remaining documents focus almost exclusively on financial data related to Appstore performance and refund rates. Other redactions, including those in Exhibit 61, are to strategic plans and competitive analysis unrelated to in-app purchasing.

5. This financial and strategic information is confidential and competitively sensitive. When relevant to its operations, to maintain its competitive position, or to ensure customer satisfaction, Amazon collects and analyzes the information contained in these exhibits. Amazon takes significant care to protect the confidentiality of this type of information. Those efforts include prohibition of distribution outside of Amazon, limiting the people within Amazon who may access such information, and storing the information in secure locations. Financial data of the type contained in these exhibits, for example, are not shared with anyone outside Amazon, the data is often strictly limited to specific Amazon employees, and Amazon employees with access to such sensitive financial data are subject to nondisclosure agreements to protect such information. I believe that public disclosure of these documents and testimony would be useful to Amazon's competitors and likely would competitively harm Amazon. For example, such data and information could provide Amazon's competitors insight they would not otherwise have into the cost structure and profitability of the Amazon Appstore.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED at Seattle, WA, this 10th day of February, 2016.

Aaron Rubenson

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0374/129847115.3

**CERTIFICATE OF SERVICE**

I certify that on February 10, 2016, I electronically filed the foregoing Declaration of Aaron Rubenson In Support of Amazon's Response to the FTC's Motion to Seal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of February, 2016.

*s/ Harry H. Schneider, Jr.*

DECLARATION OF AARON RUBENSON
(No. 2:14-CV-01038-JCC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000