THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | No. 2:14-CV-01038-JCC<br><br>**DECLARATION OF CRAIG ROSENBERG IN SUPPORT OF AMAZON.COM, INC.'S OPPOSITION TO THE FTC'S MOTION FOR SUMMARY JUDGMENT**<br><br>NOTED ON MOTION CALENDAR:<br><br>Friday, February 26, 2016 |

I, Craig Rosenberg, declare as follows:

1. I am a senior human-factors engineer, user-interface designer, and software architect at Global Technica in Seattle, Washington.

2. I have been engaged in this case to provide expert testimony on behalf of Amazon.com, Inc.

3. A true and correct copy of my expert report in the above-captioned case was attached as Exhibit G to the Declaration of Danielle R. Foley In Support of Amazon.com, Inc.'s Opposition to FTC's Motion in Limine to Exclude Expert Testimony (Dkt. 146-2).  I incorporate by reference the contents of my expert report and all accompanying appendices as if fully set forth herein.

---

DECLARATION OF CRAIG ROSENBERG
(No. 2:14-CV-01038-JCC) – 1

LEGAL129928700.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at  Shoreline, WA  , this 19th day of February, 2016.

_____
Craig Rosenberg, Ph.D.

DECLARATION OF CRAIG ROSENBERG
(No. 2:14-CV-01038-JCC) – 2

LEGAL129928700.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify that on February 22, 2016, I electronically filed the foregoing Declaration of Craig Rosenberg In Support of Amazon.com, Inc.'s Opposition to the FTC's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of February, 2016.

*s/ Harry H. Schneider, Jr.*

DECLARATION OF CRAIG ROSENBERG
(No. 2:14-CV-01038-JCC) – 3

LEGAL129928700.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000