# EXHIBIT 186

| From: | Patel, Mayank |
| --- | --- |
| Sent: | Friday, May 02, 2014 10:12 AM |
| To: | Neerukonda, Shaki; Chittiprolu, Rakesh; Mandel, Ron; Desaraju, Harini; Quist, Mikael; Banks, Dave; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy |
| Cc: | dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt |
| Subject: | RE: New policy TRMS- CS |

It is best to discuss this in a meeting. I would like to know TRMS team members or BIRCH team members from this thread so that I can setup meeting next week.

Thanks,
Mayank

**From:** Neerukonda, Shaki
**Sent:** Friday, May 02, 2014 1:57 AM
**To:** Patel, Mayank; Chittiprolu, Rakesh; Mandel, Ron; Desaraju, Harini; Quist, Mikael; Banks, Dave; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

Hi Mayank,

Sorry for delayed response.
If we are cancelling the order after manual check, there would be no requirement of Manual check at all. We would be spending a resource for nothing- given there is no fraud in IAP as such. The Manual check is mostly to verify if a kid/friend is using the Kindle and if the Credit Card holder is un-aware of the IAP charges incurred.

We suspect fraud only in resellable in-app purchases. Adding Talha's suggestion below which was sent in attached email.

******

Hello everyone,

Based on the facts present I completely agree that queuing in-app purchases for manual investigation does not make sense. In app purchases are meant to be instant and making the customer wait for them gives bad customer experience.

I would also like to add a few points here which tie back to an analysis our team had done.

- There are two types of In Apps – Non-resellable and Resellable
- There is no fraud possible for non-resellable as they cannot be resold
- Resellable In app purchases can be transferred from one device to another and hence pose a fraud risk

1



CONFIDENTIAL

Amazon_00244357

- I believe (please correct me if I am wrong) according to the contract between the app developer and amazon, if there is a chargeback filed for an in app purchase then amazon does not owe the app developer any money hence amazon faces no monetary loss for those purchases
- Majority of the chargebacks occur due to 'family fraud' for example a kid using a kindle and purchasing in apps without parental authorization. These go un-detected in manual investigation too as except for velocity there is no fraud factor.

I propose the following as an immediate solution to our current situation;

- We auto-pass all non-resellable in apps
- We only queue the resellable in app asins
- Real time reports generated based on ordering velocity spikes for in apps so that customers could be contacted and made aware. For example a report could contain the top 20 customer ids which have the most in app purchases made in a day and a blurb could then be sent to these cids for awareness so that the customer can then contact for a refund if the purchases are unauthorized.

To support these points here are the ASINs for the resellable in apps which can be queued;

B006014ANG
B006014C52
B006014D4W
B006014DK6
B006014EV4
B007V2SNOK
B007Z465B2
B007Z4677Y
B007Z47AZW
B00ANUNHQQ
B00CH3W7KE
B00CH3W7LS
B00CH3WGUA
B00CH4G8R6
B00CH4G8RQ
B00CH4G8XK
B00CX90W2U
B00CX90W3O
B00CX91BGG

Thanks,

Talha

-Shaki

CONFIDENTIAL

Amazon_00244358

**From:** Patel, Mayank
**Sent:** Wednesday, April 30, 2014 4:03 AM
**To:** Chittiprolu, Rakesh; Neerukonda, Shaki; Mandel, Ron; Desaraju, Harini; Quist, Mikael; Banks, Dave; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

If you fulfill and then check fails, there is no way to revoke. Customer typically consumes the items. These are consumable items and fulfilled by 3P devs. Fundamentally different than any digital ordering or physical ordering system and items.

I still haven't got clear answer about why can't we cancel the order after successful manual check? How does it affect fraud check?

Thanks,
Mayank

---

**From:** Chittiprolu, Rakesh
**Sent:** Tuesday, April 29, 2014 3:24 PM
**To:** Neerukonda, Shaki; Mandel, Ron; Patel, Mayank; Desaraju, Harini; Quist, Mikael; Banks, Dave; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

Hi All,

Why can't we do this way.. Instead of calling IAPOrderProcessorService to fulfill item as soon as the order is placed, post the investigation can we call IAP service to fulfill an item ? This is similar to Game & Software fulfillment process. Whenever an order is ingested for manual ingestion customer should see a message," You order will complete in 2/4hours based on the TRMS team SLA. Just a thought.

May be we can look at sales data vs orders queued for ingestion and take a call on this decision.

Regards,
Rakesh

---

**From:** Neerukonda, Shaki
**Sent:** Tuesday, April 29, 2014 10:56 AM
**To:** Mandel, Ron; Patel, Mayank; Desaraju, Harini; Quist, Mikael; Chittiprolu, Rakesh; Banks, Dave; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

Agree with Ron.

However, I am not really sure if we can do with *no manual check* at all for IAP orders. Or probably we should look at all other possible alternatives.

3

CONFIDENTIAL

Amazon_00244359

Request rest of us to provide your inputs.

-Shaki

**From:** Mandel, Ron
**Sent:** Monday, April 28, 2014 11:58 PM
**To:** Patel, Mayank; Neerukonda, Shaki; Desaraju, Harini; Quist, Mikael; Chittiprolu, Rakesh; Banks, Dave; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** Re: New policy TRMS- CS

Following up a bit as well from the 3P developer perspective.

When the IAP purchase does not complete (for any reason), the app itself only receives a "FAIL" event on the purchase. Therefore, there is no possible way for an app developer to account for this scenario to the end user. As a result even if the transaction is eventually fulfilled, the app itself will not expect this to happen, and based on the timing the event may no longer be relevant to the end user.

Picture this: You are playing Candy Crush, and failed to complete the level. The app gives you the opportunity to purchase 5 more moves (a consumable) to complete the level. You make the purchase, but it goes through manual check. The app receives a failed state, so you don't get the 5 more moves. As a result, you lose a life and restart the level. 5 minutes later, the risk check passes, and the transaction completes. Those 5 more moves now have 0 value to you as the end user.

Ron

Ronan Mandel Manager, Developer Services  |  rmandel@lab126.com | 650.426.2586 |  1120 Enterprise Way, Sunnyvale, CA 94089

---

**From:** <Patel>, Mayank <mayankp@amazon.com>
**Date:** Monday, April 28, 2014 at 11:03 AM
**To:** "Neerukonda, Shaki" <sneeruko@amazon.com>, "Desaraju, Harini" <harinid@amazon.com>, "Quist, Mikael" <mikaelq@amazon.com>, "Chittiprolu, Rakesh" <rchittip@amazon.com>, "Banks, Dave" <davebank@amazon.com>, Ron Mandel <rmandel@lab126.com>, "Vaidadi, Karthik Varma" <kvaidadi@amazon.com>, "Harbut, Michael" <mharbut@amazon.com>, "Bauer, Courtney" <courtnba@amazon.com>, "Kumar, Gopi" <gopik@amazon.com>, "Chandrika, Aswathy" <aswathyc@amazon.com>
**Cc:** "dts@amazon.com" <dts@amazon.com>, "Buchanan, Gary" <glbuchan@amazon.com>, "Khan, Talha" <talhaali@amazon.com>, "Mohanta, Arindam" <mohantaa@amazon.com>, "Lombardi, Sandra" <lombas@amazon.com>, Dilip Iyer <dilipi@amazon.com>, "Olivieri, Joe" <josiaho@amazon.com>, "Luker, Matt" <mluker@amazon.com>
**Subject:** RE: New policy TRMS- CS

If TRMS rules ask for more manual checks for the customer then feel free to do so to ensure accurate fraud check but I don't think cancelling order after the successful manual risk check would void the point of manual risk check. It still gives valuable input to determine customer account status. Ignore my comment "new orders go through without this check " . My intention is to not have any negative impact of cancelling order even after successful manual check.

IAP purchases (mainly consumables) are meant to be delivered quickly to customer. Any pending delivery is bad customer experience and may not be relevant, depending on the game implementation. So it is desirable to cancel the order even if manual check passes to avoid pending delivery.

Thanks,
Mayank

4

CONFIDENTIAL                                                                    Amazon_00244360

**From:** Neerukonda, Shaki
**Sent:** Monday, April 28, 2014 10:31 AM
**To:** Patel, Mayank; Desaraju, Harini; Quist, Mikael; Chittiprolu, Rakesh; Banks, Dave; Mandel, Ron; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

Hello,

Well the whole point of Manual Risk Check would be void then.

What would be differentiating factor for legit orders if rest of the orders are going through without the check? One orders deemed as legit at a particular instance would not essentially mean the future orders are all legit. The legitimacy of an order has different dimensions at difference instances for a manual check.

Also, for instance, an IAP order was cancelled by BRI investigator on request by Customer on an outbound call, what about the future orders? It would get dynamically different for every account I can say.

-Shaki

**From:** Patel, Mayank
**Sent:** Monday, April 28, 2014 10:53 PM
**To:** Desaraju, Harini; Quist, Mikael; Chittiprolu, Rakesh; Banks, Dave; Mandel, Ron; Neerukonda, Shaki; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

We should fail/cancel the order even if manual risk check passes to avoid creating pending delivery for that order. And we should update customer account to be in good standing so that new orders go through without this check. Can we do that?

Is it possible to do this just for IAP channel or it has to be at GL level?

Thanks,
Mayank

**From:** Desaraju, Harini
**Sent:** Monday, April 28, 2014 1:14 AM
**To:** Quist, Mikael; Chittiprolu, Rakesh; Banks, Dave; Patel, Mayank; Mandel, Ron; Neerukonda, Shaki; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney; Kumar, Gopi; Chandrika, Aswathy
**Cc:** dts@amazon.com; Buchanan, Gary; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

Adding Gopi Kumar and Aswathy.

5

CONFIDENTIAL

Amazon_00244361

**From:** Quist, Mikael
**Sent:** Friday, April 25, 2014 4:42 AM
**To:** Chittiprolu, Rakesh; Banks, Dave; Patel, Mayank; Mandel, Ron; Neerukonda, Shaki; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra; Iyer, Dilip; Olivieri, Joe; Luker, Matt
**Subject:** RE: New policy TRMS- CS

+ Joe, Matt, Dilip for additional input

I spoke with Dilip and Matt about this issue and we need to determine what the impact of TRMS check is on Appstore IAP orders.

**Shaki**, can we get a count of how many orders were failed and passed by BRI on average per month? It looks like the spreadsheet only included passed orders. This will give us a better idea of what customer are experiencing.

Can we also get the overall percentage of Appstore orders going through the manual risk check?

If there is a significant customer impact we need to prioritize improving this customer experience.

**Matt, Joe** – Any additional thoughts?

Thanks,
Mikael

**From:** Chittiprolu, Rakesh
**Sent:** Thursday, April 24, 2014 12:39
**To:** Banks, Dave; Quist, Mikael; Patel, Mayank; Mandel, Ron; Neerukonda, Shaki; Vaidadi, Karthik Varma; Harbut, Michael; Bauer, Courtney
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra
**Subject:** RE: New policy TRMS- CS

+ Courtney from program team for visibility

Regards,
Rakesh

**From:** Banks, Dave
**Sent:** Thursday, April 24, 2014 12:41 AM
**To:** Quist, Mikael; Patel, Mayank; Mandel, Ron; Neerukonda, Shaki; Chittiprolu, Rakesh; Vaidadi, Karthik Varma; Harbut, Michael
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha; Mohanta, Arindam; Lombardi, Sandra
**Subject:** Re: New policy TRMS- CS

6

CONFIDENTIAL

Amazon_00244362

+ Michael Harbut, PM for IAP

---

**From:** "Quist, Mikael" <mikaelq@amazon.com>
**Date:** Wednesday, April 23, 2014 at 12:07 PM
**To:** "Patel, Mayank" <mayankp@amazon.com>, "Mandel, Ron" <rmandel@lab126.com>, "Neerukonda, Shaki" <sneeruko@amazon.com>, "Chittiprolu, Rakesh" <rchittip@amazon.com>, "Vaidadi, Karthik Varma" <kvaidadi@amazon.com>, Dave Banks <davebank@amazon.com>
**Cc:** "dts@amazon.com" <dts@amazon.com>, "Buchanan, Gary" <glbuchan@amazon.com>, "Desaraju, Harini" <harinid@amazon.com>, "Khan, Talha" <talhaali@amazon.com>, "Mohanta, Arindam" <mohantaa@amazon.com>, "Lombardi, Sandra" <lombas@amazon.com>
**Subject:** RE: New policy TRMS- CS

Can we improve the messaging around this? The current message that customers are receiving is: "your order has been submitted, but it taking longer than expected to process. You will receive an email when you order completes" This causes customers to submit multiple orders for the same IAP when the order does not go through. They are then charged for multiple IAP when they most likely only wanted one. There are almost 5 IAP orders per customer that goes through the manual risk check, see the table below.

| Row Labels | Count of purchaseChannel | Distinct Count of customerID |
|------------|--------------------------|------------------------------|
| iap mobile | 13487 | 2806 |
| Mobile | 1096 | 751 |
| Web | 141 | 79 |
| **Grand Total** | **14724** | **3500** |

Thanks,
Mikael


**From:** Patel, Mayank
**Sent:** Wednesday, April 23, 2014 12:02
**To:** Mandel, Ron; Neerukonda, Shaki; Chittiprolu, Rakesh; Vaidadi, Karthik Varma; Quist, Mikael; Banks, Dave
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha; Mohanta, Arindam
**Subject:** RE: New policy TRMS- CS

Since manual check takes longer than 2 mins, we will send failed response to 3P app. In this particular case order successfully passed risk check so we will create pending receipt for this order and will be delivered during pending receipts delivery flow (when app calls purchase updates or next iap purchase).

Thanks,
Mayank


---

**From:** Mandel, Ron
**Sent:** Wednesday, April 23, 2014 11:55 AM

CONFIDENTIAL                                                    Amazon_00244363

**To:** Patel, Mayank; Neerukonda, Shaki; Chittiprolu, Rakesh; Vaidadi, Karthik Varma; Quist, Mikael; Banks, Dave
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha; Mohanta, Arindam
**Subject:** Re: New policy TRMS- CS

Mayank,

Can you clarify what the implications are here for users in this case? Will the app receive the SUCCESS callback for onPurchaseResponse() in these cases?

Ron

Ronan Mandel  Manager, Developer Services | rmandel@lab126.com | 650.426.1586 | 1120 Enterprise Way, Sunnyvale, CA 94089

---

**From:** <Patel>, Mayank <mayankp@amazon.com>
**Date:** Wednesday, April 23, 2014 at 11:18 AM
**To:** "Neerukonda, Shaki" <sneeruko@amazon.com>, Ron Mandel <rmandel@lab126.com>, "Chittiprolu, Rakesh" <rchittip@amazon.com>, "Vaidadi, Karthik Varma" <kvaidadi@amazon.com>, "Quist, Mikael" <mikaelq@amazon.com>, "Banks, Dave" <davebank@amazon.com>
**Cc:** "dts@amazon.com" <dts@amazon.com>, "Buchanan, Gary" <glbuchan@amazon.com>, "Desaraju, Harini" <harinid@amazon.com>, "Khan, Talha" <talhaali@amazon.com>, "Mohanta, Arindam" <mohantaa@amazon.com>
**Subject:** RE: New policy TRMS- CS

You are right.

Thanks,
Mayank

---

**From:** Neerukonda, Shaki
**Sent:** Wednesday, April 23, 2014 1:15 AM
**To:** Patel, Mayank; Mandel, Ron; Chittiprolu, Rakesh; Vaidadi, Karthik Varma; Quist, Mikael; Banks, Dave
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha; Mohanta, Arindam
**Subject:** RE: New policy TRMS- CS

+Arindam

Hello,

Example Order ID: D01-1052741-1759321

As indicated in screenshot below, when RISK_CHECK at 05:34 had a status INDT, the order was queued for manual investigation. It was passed manually at 6:35 AM by an investigator. As it seems FULFILL step is after manual pass- indicating we are not delivering the content indeed.

Correct me if I am wrong.

8

## Delivery Packet Stage(s) Details

| Stage Id | Module | Stage | Status | In Time | Out Time | Additional Info |
|---|---|---|---|---|---|---|
| 1060536285012 | SYNC_DOPE | CREATE | PASS | Sat Mar 1 05:34:25 2014 Epoch: 1393680865.213 | Sat Mar 1 05:34:25 2014 Epoch: 1393680865.213 | |
| 1060536285524 | SYNC_DOPE | CALCULATE | PASS | Sat Mar 1 05:34:25 2014 Epoch: 1393680865.524 | Sat Mar 1 05:34:25 2014 Epoch: 1393680865.525 | pp=2078616210174 |
| 1060536285780 | SYNC_DOPE | RISK_CHECK | INDT | Sat Mar 1 05:34:25 2014 Epoch: 1393680865.525 | Sat Mar 1 05:34:25 2014 Epoch: 1393680865.519 | pp=2078616210174 |
| 1060536305748 | ASYNC_DOPE | RISK_CHECK | INDT | Sat Mar 1 05:34:26 2014 Epoch: 1393680866.339 | Sat Mar 1 05:34:27 2014 Epoch: 1393680867.132 | pp=2078616210174 |
| 1060579893844 | ASYNC_DOPE | RISK_CHECK | PASS | Sat Mar 1 06:35:33 2014 Epoch: 1393684533.056 | Sat Mar 1 06:35:33 2014 Epoch: 1393684533.071 | pp=2078616210174 |
| 1060579901012 | ASYNC_DOPE | RESERVE | TOUT | Sat Mar 1 06:35:33 2014 Epoch: 1393684533.071 | Sat Mar 1 06:35:33 2014 Epoch: 1393684533.366 | pp=2078616210174 |
| 1060579911764 | ASYNC_DOPE | RESERVE | PASS | Sat Mar 1 06:35:33 2014 Epoch: 1393684533.725 | Sat Mar 1 06:35:33 2014 Epoch: 1393684533.725 | pp=2078616210174 |
| 1060579927380 | ASYNC_DOPE | FULFILL | PASS | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.274 | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.294 | pp=2078616210174 |
| 1060579927636 | ASYNC_DOPE | SETTLE | PASS | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.428 | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.552 | pp=2078616210174 |
| 1060579928148 | ASYNC_DOPE | ORDER_CONFIRM_EMAIL | PASS | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.552 | Sat Mar 1 06:35:35 2014 Epoch: 1393684535.211 | pp=2078616210174 |
| 1060579921236 | ASYNC_DOPE | SETTLE_FINALIZE | PASS | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.815 | Sat Mar 1 06:35:34 2014 Epoch: 1393684534.815 | pp=2078616210174 |
| 1060579928404 | ASYNC_DOPE | SETTLE_FINALIZE | TOUT | Sat Mar 1 06:35:35 2014 Epoch: 1393684535.212 | Sat Mar 1 06:35:35 2014 Epoch: 1393684535.212 | pp=2078616210174 |
| 1060586283092 | ASYNC_DOPE | DAPR | PASS | Sat Mar 1 06:43:05 2014 Epoch: 1393684985.576 | Sat Mar 1 06:43:05 2014 Epoch: 1393684985.6 | pp=2078616210174 |
| 1060586283348 | ASYNC_DOPE | COMPLETE | PASS | Sat Mar 1 06:43:05 2014 Epoch: 1393684985.6 | Sat Mar 1 06:43:05 2014 Epoch: 1393684985.6 | pp=2078616210174 |

-Shaki

**From:** Patel, Mayank
**Sent:** Wednesday, April 23, 2014 2:35 AM
**To:** Mandel, Ron; Chittiprolu, Rakesh; Neerukonda, Shaki; Vaidadi, Karthik Varma; Quist, Mikael; Banks, Dave
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha
**Subject:** RE: New policy TRMS- CS

Does manual investigation happen as part of RISK_CHECK step or some other step? Basically any time Digital fulfiller calls IAPOrderProcessorService to fulfill item(FULFILL step), we notify 3P apps to deliver the item. If FULFILL step is done after manual investigation then we will not deliver message to 3P app to fulfill.

Thanks,
Mayank

---

**From:** Mandel, Ron
**Sent:** Tuesday, April 22, 2014 1:50 PM
**To:** Chittiprolu, Rakesh; Neerukonda, Shaki; Vaidadi, Karthik Varma; Quist, Mikael; Patel, Mayank; Banks, Dave

CONFIDENTIAL

Amazon_00244365

**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha
**Subject:** Re: New policy TRMS- CS

+ Mayank and Dave from the Appstore team for insight here.

Content delivery within the app is dependent upon a successful call back from the In-App Purchasing SDK. It depends on what the response that is coming back to the SDK from the purchasing systems...

Ron

Ronan Mandel Manager, Developer Services | rmandel@lab126.com | 650.426.1586 | 1120 Enterprise Way, Sunnyvale, CA 94089

---

**From:** <Chittiprolu>, Rakesh <rchittip@amazon.com>
**Date:** Wednesday, April 23, 2014 at 1:51 AM
**To:** "Neerukonda, Shaki" <sneeruko@amazon.com>, "Vaidadi, Karthik Varma" <kvaidadi@amazon.com>, Ron Mandel <rmandel@lab126.com>, "Quist, Mikael" <mikaelq@amazon.com>
**Cc:** "dts@amazon.com" <dts@amazon.com>, "Buchanan, Gary" <glbuchan@amazon.com>, "Desaraju, Harini" <harinid@amazon.com>, "Khan, Talha" <talhaali@amazon.com>
**Subject:** RE: New policy TRMS- CS

Hi Ron/Mikael,

Could any of you please confirm if an in-app order is on hold for manual investigation (suspect fraud) , is content delivered to the customer's device ?

Regard,
Rakesh

---

**From:** Neerukonda, Shaki
**Sent:** Tuesday, April 22, 2014 6:52 PM
**To:** Vaidadi, Karthik Varma; Chittiprolu, Rakesh; Mandel, Ron; Quist, Mikael
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha
**Subject:** RE: New policy TRMS- CS

Hello,

PFA the Android Appstore orders processed manually by BRI in the month of March and April 2014. It may contain Apps as well as in-app purchases.


-Shaki

**From:** Vaidadi, Karthik Varma
**Sent:** Monday, April 21, 2014 7:21 AM
**To:** Chittiprolu, Rakesh; Neerukonda, Shaki; Mandel, Ron; Quist, Mikael

10

**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha
**Subject:** New policy TRMS- CS

Adding Mikael from Appstore Support Team to the thread.

https://tt.amazon.com/0030600367

Regards,
Karthik.

**From:** Chittiprolu, Rakesh
**Sent:** Friday, April 18, 2014 1:19 PM
**To:** Neerukonda, Shaki; Vaidadi, Karthik Varma; Mandel, Ron
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha
**Subject:** RE: New policy TRMS- CS

+ Ron for visibility

Regards,
Rakesh

---

**From:** Neerukonda, Shaki
**Sent:** Friday, April 18, 2014 1:09 PM
**To:** Chittiprolu, Rakesh; Vaidadi, Karthik Varma
**Cc:** dts@amazon.com; Buchanan, Gary; Desaraju, Harini; Khan, Talha
**Subject:** RE: New policy TRMS- CS

+Harini/Talha & Gary- Refer attached Email

Hello,

We are not aware of the problems with the delivery of the in-app after BRI Review. This is definitely not an expected behavior.
Could we look at the customer contacts data relating to problems post BRI Manual Review?
I will try providing the in-app orders processed manually by BRI in the month of March and April.

-Shaki

**From:** Chittiprolu, Rakesh
**Sent:** Friday, April 18, 2014 11:58 AM
**To:** Vaidadi, Karthik Varma; Neerukonda, Shaki

11

CONFIDENTIAL

Amazon_00244367

+ shaki

On 18-Apr-2014, at 7:38 am, "Vaidadi, Karthik Varma" <kvaidadi@amazon.com> wrote:

Hi Rakesh,

I want to bring up another scenario wherein the in-app order is Complete but before that it's reviewed by the BRI team. In such cases, the in-app item is not delivered. How are we supposed to deal with this issue?

**Order ID: D01-3337764-3006336**
**Order ID: D01-8681079-1073564**
**Order ID: D01-4453547-1146629**

https://tt.amazon.com/0030604620
https://tt.amazon.com/0030600367 (several examples were added)

If you look at the order annotations you'll find the log-in of the agent who reviewed the order. So, what I want to know is:

1. The % of in-app delivery failure when an order is reviewed by the BRI team. Is it 100% or 0%.
2. If this is the expected behavior (100%), then we might want to cover this scenario as well in KC.

Regards,
Karthik


**From:** Chittiprolu, Rakesh [mailto:rchittip@amazon.com]
**Sent:** Thursday, April 17, 2014 8:23 PM
**To:** dts@amazon.com
**Cc:** Desaraju, Harini; Neerukonda, Shaki; Ahmed, Mujtaba
**Subject:** RE: New policy TRMS- CS

Hi Team,

Article and Reference related to App orders that are declined and marked as fraud are live in Knowledge center. This will be communicated to CS shortly.

Shaki: Thanks for putting efforts in making this policy clear for CS. This would definitely help CS to deliver better customer service.

Mujtaba: Thanks for coordinating with Shaki and the Knowledge management team and ensuring this is implemented.

CONFIDENTIAL

Amazon_00244368

Regards,
Rakesh

---

**From:** Neerukonda, Shaki
**Sent:** Tuesday, April 15, 2014 9:13 PM
**To:** Ahmed, Mujtaba
**Cc:** dts@amazon.com; Chittiprolu, Rakesh; Desaraju, Harini
**Subject:** RE: New policy TRMS- CS

Updated the document with my comments and uploaded the same in related Items.

-Shaki

**From:** Ahmed, Mujtaba
**Sent:** Monday, April 14, 2014 7:57 PM
**To:** Neerukonda, Shaki
**Cc:** dts@amazon.com; Chittiprolu, Rakesh; Desaraju, Harini
**Subject:** New policy TRMS- CS

**Hello Shaki,**

Your action required on the ticket: https://tt.amazon.com/0029807255

There is a document attached TT0029807255_Order_Status_Fraud_In_App_Orders_v1.docx which requires your inputs.

Aymie from the content team pointed out that the process suggested is good for chat and phone but seems odd for e-mail support. Please review the document, save it to your desktop. Use the review function in MS - Word to add your comments just beside Aymie's and attach the updated document to the ticket. I'll reopen the ticket once you add the updated document to the ticket.

Thanks,

**Mujtaba Ahmed   Digital Specialist** Lead   **Digital Blurb** POC

CONFIDENTIAL     Amazon_00244369

# EXHIBIT 209

| **From:** | Kumar, Gopi |
| --- | --- |
| **To:** | Harbut, Michael; Rouse, Alex |
| **CC:** | Raju, Vijay; Desaraju, Harini; Khan, Mohammed Talha Ali |
| **Sent:** | 11/13/2013 10:26:38 PM |
| **Subject:** | FW: In apps - Solution |

Hi Michael and Alex,


Pl see the suggestion below from the TRMS Ops for InApp parental controls. I have provided my thoughts to our Ops team. I know you guys are looking at enhancing parental controls further esp for kid oriented apps. Let us know what you think of the suggestion below. Also pl keep TRMS in the loop on what you are planning for extended parental control. While you have made some changes this year on parental controls, we still see lots of accidental purchases (from request for refunds and credit card chargebacks).


Thanks,

Gopi



From: Raju, Vijay
Sent: Thursday, August 15, 2013 4:24 PM
To: Kumar, Gopi
Cc: Mohanta, Arindam; Desaraju, Harini (harinid@amazon.com); Khan, Mohammed Talha Ali
Subject: In apps - Solution


Hello Gopi.


Talhaali from Specialty Team has come up with an idea to control family fraud on In App purchases without affecting customer experience. I would request you to go through it and guide us the right path to take this forward.


There are some parental control options in the Kindle Fire's settings, but they only extend to in-app purchases. The Appstore's settings have an option to "enable parental controls," which requires users to enter a password or PIN for in-app purchases. In a separate control, in-app purchases can be disabled entirely; once disabled, your account password must be entered to re-enable them. Parental controls are disabled by default, and in-app purchases are enabled by default. If your Kindle Fire may fall into smaller hands, you might want to flip-flop those settings <http://arstechnica.com/apple/news/2011/02/ftc-asked-to-investigate-kids-making-in-app-purchases-on-ios-android.ars> . There are no similar settings to block purchases of movies, books, magazines, or apps themselves.


So can we have a request where these settings are reversed by default? Which means that a Kindle comes with parental controls enabled and in app purchases disabled.


And when a customer does want to have in app purchases he will be shown a disclaimer which is like our in app cancel blurb which tells him about the purchases and that they are non refundable.

CONFIDENTIAL

Amazon_00344645

So while doing a case if we have info about a customer manually enabling in app purchases after reading the disclaimer we can be a little sure that the customer is aware of charges which brings clarity to the situation and hence will not spoil customer experience as the cancelling will reduce.

Would it be possible to request the kindle team to make these changes?

Have found these inputs from customers on Amazons forum ;

I'm trying to find up to date information about how to prevent children from buying apps. I need to disable this ability, my daughter is at her grandparents and is buying apps on my account.UGH!! Help, please!

(Posted on Jul 11, 2013 9:17:22 PM PDT)

I just read maybe 15 posts and I must be in the wrong place. I was curious if there is a setting on there to block purchases not just for my kids but also for my older relatives that use it. They have accidentaly ordered apps just as often as the kids.

(Posted on Jul 2, 2013 12:04:58 PM PDT)

There's nothing wrong with letting a 4 year old play on an internet enabled tablet. Some ignorant people will tell you otherwise because they are stuck in the past. This is one of many reasons why the iPad is far superior. I have a password set for ALL purchases, even free ones, so my kid can enjoy internet required apps and I don't have to hover over every touch of the pad to make sure he doesn't buy something he's not authorized to. I've had two Kindle Fire's and they serve there purpose, but they lack in many ways and after purchasing an iPad now I just see them as wasted time and money.

(Posted on May 7, 2013 11:59:33 AM PDT)

Link : http://www.amazon.com/forum/kindle%20customer%20service%20q%20and%20a
/ref=cm_cd_rss_f_view?_encoding=UTF8&cdForum=Fx1GLDPZMNR1X53&cdPage=1&cdThread=Tx1WBG3HNOSO68T

Also please find the refunds done on few customer accounts when parent unauthorized the Kid placing orders more than what is permitted.

CID : 162309741

Contact ID: AEH3W0KWIR3C1

Refunds given - $1095.47

----------------------------------------

CID : 8686494505

Contact ID : Investigator call

Refunds given - $1,684.26.

------------------------------------------

CID : 13939074

Contact ID : A12JAIEOPS8YX3

Refunds given - $547.37

------------------------------------------

CID : 14785021

Contact ID : A16N17FCB02FY0

Refunded Amount : N/A

------------------------------------------

CID : 85924217

Contact ID : A1AZCZZTXNISEL

Refund - 30 + orders refunded

There are more, if required I can give those examples.

Steps to take to prevent such cases ;

1) Make parental controls as default on the kindle for in apps

2) Customers can then choose to disable these controls

3) Jupiter should show if the order placed from device has parental controls enabled or not (this will help in cancelling for investigators)

4) Customers can choose a limit for in app purchases (50$ per month for example) anything above that will need parent authorization

The above proposed solutions will definitely reduce the bad debt and cancelation rate on In App Purchases without affecting customer experience.

Thanks & Regards,

Vijay Raju.

# EXHIBIT 218

| From: | Bruce, Jon |
|---|---|
| To: | Rubenson, Aaron; Rouse, Alex |
| Sent: | 11/5/2013 11:14:43 PM |
| Subject: | RE: Candy. Rrush |

Hi,

I checked the black list and Candy Crush does not appear on the list.

Open Master List <https://improvement-ninjas.amazon.com/s3files/s3get.cgi
/20130624_IAPPassword_MaterList.xlsx>

According to the rules for displaying the password prompt:

https://w.amazon.com/index.php/Venezia/SDK/PhysicalGoods
/Parental_Controls#Rules_For_Prompting_Challenge <https://w.amazon.com/index.php/Venezia
/SDK/PhysicalGoods/Parental_Controls#Rules_For_Prompting_Challenge>

We prompt for challenge during purchase if any of the following conditions are satisfied:

· Customer has turned on parental controls.

· If item price is greater than certain amount. i.e. For US, any IAP item greater than 20$
will prompt for challenge.

* Heuristic based challenge.

* If customer makes first IAP/IAP3 purchase, we prompt for challenge.
* If customer buys two items within 5 minutes interval, we prompt for challenge second time.
This gives 60 minutes grace period window to the customer and any subsequent purchase will not
get prompted for heuristic based challenge.
* For certain high risk apps, we prompt for challenge during purchase which gives 15 minutes
grace period window to the customer and any subsequent purchase will not get prompted for
heuristic based challenge.

Based on this, I would imagine that if you're making a series of purchases in a short period
of time that the password prompt may seem random. I'll have one of my guys test the app and
report back on what the exact Candy Crush experience is. We'll get you an answer back by end
of day tomorrow.


Thanks/Jon



From: Rubenson, Aaron
Sent: Tuesday, November 05, 2013 10:06 PM
To: Bruce, Jon; Rouse, Alex
Subject: RE: Candy. Rrush



See below. I'm assuming CC is on our black list, so customers will see the password prompt
every 15 minutes?

CONFIDENTIAL                                                                Amazon_00010791

```
From: George, Mike
Sent: Tuesday, November 05, 2013 4:05 AM
To: Rubenson, Aaron
Subject: Candy. Rrush
```

I've been playing and experiencing our pw experience when making in app purchases. I can only imagine that it seems random to customers.

Amazon_00010792

# EXHIBIT 302

| RETAIL CODES |
|---|
| Non-order related / More non-order questions / Mobile Apps / Unable to upgrade app |
| Non-order related / More non-order questions / Mobile Apps / Question about an app I want to order |
| Non-order related / More non-order questions / Mobile Apps / Problem with an app I purchased |
| Non-order related / More non-order questions / Mobile Apps / Question about a promotion |
| Non-order related / More non-order questions / Mobile Apps / Question about ordering from the Appstore |
| Non-order related / More non-order questions / Mobile Apps / Other Appstore questions |
| **VERSION 1 CODES** |
| An App / Accidental Purchase / In-App Purchase / Accidental Order – Refund |
| Kindle Tablet / App Store / Content / Accidental Order – Refund |
| **VERSION 1.5 CODES** |
| An App / Accidental Purchase / In-App Purchase / Accidental Order - Child - Refund |
| An App / Accidental Purchase / In-App Purchase / Accidental Order - Self/Known Source - Refund |
| An App / Accidental Purchase / In-App Purchase / Fraudulent Order - Unknown Source – Refund |
| An App / Charged for Free App / Charged for Free App - Refund |
| Kindle Tablet / App Store / Content / Accidental Order - Refund |
| Kindle Tablet / App Store / Content / Charged for Free App - Refund |
| Kindle Tablet / App Store / Parental Controls / c education – in app |
| Kindle Tablet / App Store / Parental Controls / feature request – in app |
| Kindle Tablet / App Store / Parental Controls / enable/disable – in app |
| Kindle Tablet / App Store / Parental Controls / c education |
| Kindle Tablet / App Store / Parental Controls / feature request |
| **VERSION 2 CODES** |
| Kindle Tablet / App / Appstore-Feedback / Parental Controls |
| Kindle Tablet / App / In-app purchase-Refund request / Accidental Order - Child - 1st time refund/C. Education |
| Kindle Tablet / App / In-app purchase-Refund request / Accidental Order – Child – Leadership Exception |
| Kindle Tablet / App / In-app purchase-Refund request / Accidental Order – Child – Refund no |
| Kindle Tablet / App / In-app purchase-Refund request / Accidental Order – Self/Known Source – 1st time refund/C. Education |
| Kindle Tablet / App / In-app purchase-Refund request / Accidental Order – Self/Known Source – Leadership Exception |
| Kindle Tablet / App / In-app purchase-Refund request / Accidental Order – Self/Known Source – Refund no |
| Kindle Tablet / App / In-app purchase-Refund request / Fraudulent Order – Unknown source - refund |
| Kindle Tablet / App / In-app purchase-Refund request / Fraudulent Order – Unknown source – Escalated |

1



EXHIBIT

302

Pieros

PENGAD 800-631-6989

| |
|---|
| Kindle Tablet / App / In-app purchase-Refund request / Buyer remorse – 1st time refund/C. Education |
| Kindle Tablet / App / In-app purchase-Refund request / Buyer remorse – Leadership exception |
| Kindle Tablet / App / In-app purchase-Refund request / Buyer remorse – Refund No |
| Kindle Tablet / App / In-app purchase-Refund request / Refund given for FR/Replaced Kindle |
| Kindle Tablet / App / Parental controls / How to/C. Education |
| Kindle Tablet / App / Parental controls / Password Challenge issue – Coins |
| Kindle Tablet / App / Parental controls / Password Challenge issue - Dollars |
| Kindle Tablet / App / Parental controls / Controls 'Off' Prompt Issues - TT |
| Kindle Tablet / Freetime / Child Profiles / C. Education – Create Profile |
| Kindle Tablet / Freetime / Child Profiles / C. Education – Edit/Remove |
| Kindle Tablet / Freetime / Child Profiles / C. Education – Parent Password |
| Kindle Tablet / Freetime / Child Profiles / Parent password Reset |
| Kindle Tablet / Freetime / Child Profiles / Unknown – Filed TT |
| Kindle Tablet / Freetime / Whitelisting / C. Education – Add to Whitelist |
| Kindle Tablet / Freetime / Whitelisting / C. Education – Remove from Whitelist |
| Kindle Tablet / Freetime / Whitelisting / Unknown – Filed TT |
| Kindle Tablet / Freetime / Time Limits / C. Education – Howto Setup |
| Kindle Tablet / Freetime / Time Limits / Unknown – Filed TT |
| Fire Phone / App / Appstore-Feedback / Parental Controls |
| Fire Phone / App / In-app purchase-Refund request / Accidental Order - Child - 1st time refund/C. Education |
| Fire Phone / App / In-app purchase-Refund request / Accidental Order – Child – Leadership Exception |
| Fire Phone / App / In-app purchase-Refund request / Accidental Order – Child – Refund no |
| Fire Phone / App / In-app purchase-Refund request / Accidental Order – Self/Known Source – 1st time refund/C. Education |
| Fire Phone / App / In-app purchase-Refund request / Accidental Order – Self/Known Source – Leadership Exception |
| Fire Phone / App / In-app purchase-Refund request / Accidental Order – Self/Known Source – Refund no |
| Fire Phone / App / In-app purchase-Refund request / Fraudulent Order – Unknown source - refund |
| Fire Phone / App / In-app purchase-Refund request / Fraudulent Order – Unknown source – Escalted |
| Fire Phone / App / In-app purchase-Refund request / Buyer remorse – 1st time refund/C. Education |
| Fire Phone / App / In-app purchase-Refund request / Buyer remorse – Leadership exception |
| Fire Phone / App / In-app purchase-Refund request / Buyer remorse – Refund No |
| Fire Phone / App / In-app purchase-Refund request / Refund given for FR/Replaced Kindle |
| Fire Phone / App / Parental controls / How to/C. Education |
| Fire Phone / App / Parental controls / Password Challenge issue – Coins |
| Fire Phone / App / Parental controls / Password Challenge issue - Dollars |
| Fire Phone / App / Parental controls / Controls 'Off' Prompt Issues - TT |
| Android Phone / Appstore / Feedback / Parental Controls |

2

| |
|---|
| Android Phone / In-app purchase / Refund Request / Accidental Order – Child – 1st time refund/C. Education |
| Android Phone / In-app purchase / Refund Request / Accidental Order – Child – Leadership Exception |
| Android Phone / In-app purchase / Refund Request / Accidental Order – Child – Refund no |
| Android Phone / In-app purchase / Refund Request / Accidental Order – Self/Known Source – 1st time refund/C. Education |
| Android Phone / In-app purchase / Refund Request / Accidental Order – Self/Known Source – Leadership Exception |
| Android Phone / In-app purchase / Refund Request / Accidental Order – Self/Known Source – Refund no |
| Android Phone / In-app purchase / Refund Request / Fraudulent Order – Unknown source – refund |
| Android Phone / In-app purchase / Refund Request / Fraudulent Order – Unknown source – escalated |
| Android Phone / In-app purchase / Refund Request / Buyer remorse – 1st time refund/C. Education |
| Android Phone / In-app purchase / Refund Request / Buyer remorse – Leadership Exception |
| Android Phone / In-app purchase / Refund Request / Buyer remorse – Refund no |
| Android Phone / In-app purchase / Parental controls / How to/C. Education |
| Android Phone / In-app purchase / Parental controls / Password Challenge Issues |
| Android Phone / In-app purchase / Parental controls / Controls 'Off' Prompt Issues - TT |
| Android Tablet / Appstore / Feedback / Parental controls |
| Android Tablet / In-app purchase / Refund Request / Accidental Order – Child – 1st time refund/C. Education |
| Android Tablet / In-app purchase / Refund Request / Accidental Order – Child – Leadership Exception |
| Android Tablet / In-app purchase / Refund Request / Accidental Order – Child – Refund no |
| Android Tablet / In-app purchase / Refund Request / Accidental Order – Self/Known Source – 1st time refund/C. Education |
| Android Tablet / In-app purchase / Refund Request / Accidental Order – Self/Known Source – Leadership Exception |
| Android Tablet / In-app purchase / Refund Request / Accidental Order – Self/Known Source – Refund no |
| Android Tablet / In-app purchase / Refund Request / Fraudulent Order – Unknown source – refund |
| Android Tablet / In-app purchase / Refund Request / Fraudulent Order – Unknown source – escalated |
| Android Tablet / In-app purchase / Refund Request / Buyer remorse – 1st time refund/C. Education |
| Android Tablet / In-app purchase / Refund Request / Buyer remorse – Leadership Exception |
| Android Tablet / In-app purchase / Refund Request / Buyer remorse – Refund no |
| Android Tablet / In-app purchase / Parental controls / How to/C. Education |
| Android Tablet / In-app purchase / Parental controls / Password Challenge Issues |
| Android Tablet / In-app purchase / Parental controls / Controls 'Off' Prompt Issues - TT |

*CONFIDENTIAL*

| VERSION 3 CODES |
|---|
| In-App Purchase / Accidental Order / Parental Controls Enabled / Password Change |
| In-App Purchase / Accidental Order / Parental Controls Enabled / Issue Not Resolved – Filed TT |
| In-App Purchase / Accidental Order / Parental Controls Disabled / C. Education/Concession Given – One-Time Exception |
| In-App Purchase / Accidental Order / Password Challenge Issues / Password Reset |
| In-App Purchase / Accidental Order / Password Challenge Issues / C. Education – First Purchase |
| In-App Purchase / Accidental Order / Password Challenge Issues / Password Correct – Fild TT |
| In-App Purchase / Accidental Order / Password Challenge Issues / C. Education – Price Threshold |
| In-App Purchase / Accidental Order / Password Challenge Issues / C. Education – Multiple Orders |
| In-App Purchase / Accidental Order / Parental Controls Feedback / Feedback Blurb Sent |
| Kindle FreeTime / FreeTime / FreeTime Unlimited Subscription / C. Education – Set-up Subscription |
| Kindle FreeTime / FreeTime / FreeTime Unlimited Subscription / Unsubscribe |
| Kindle FreeTime / FreeTime / FreeTime Unlimited Subscription / C. Education – Content Included |
| Kindle FreeTime / FreeTime / Child Profile / C. Education – Set-Up Child Profile |
| Kindle FreeTime / FreeTime / Child Profile / Delete Child Profile |
| Kindle FreeTime / FreeTime / Child Profile / C. Education – Parent Password |
| Kindle FreeTime / FreeTime / Content Issue / Content Error – Filed TT |
| Kindle FreeTime / FreeTime / Content Issue / Inappropriate Content – Filed TT |
| Kindle FreeTime / FreeTime / Content Issue – Issue Resolved-CHAT AND PHONE ONLY |
| Kindle FreeTime / FreeTime / FreeTime Application Problem / Issue Resolved-CHAT AND PHONE ONLY |
| Kindle FreeTime / FreeTime / FreeTime Application Problem / Issues Not Resolved – Filed TT |
| Kindle Freetime / FreeTime / Customer Future Request / Feedback Blurb Sent |
| Kindle Freetime / FreeTime / IAP Content / IAP Content Not Available – Feedback Blurb Sent |
| Kindle Freetime / FreeTime / IAP Content / C. Education – Content Restriction |
| Kindle Freetime / FreeTime / Whitelist Apps / C. Education – Whitelist Apps |
| Kindle Freetime / FreeTime / Whitelist Apps / Issue Not Resolved – Filed TT |
| Kindle Freetime / FreeTime / Set Time Limits / C. Education – Time Limit Set-up |

4

# EXHIBIT 305

| **From:** | Brooks, Jeremiah |
| **To:** | Pieros, Jeff |
| **Sent:** | 5/10/2012 9:48:47 AM |
| **Subject:** | Chinese buffet.pptx |
| **Attachments:** | Chinese buffet.pptx |



EXHIBIT

305

Pieros

PENGAD 800-631-6989

4/25/15

# "Customer Facing Refund Option for Accidental Purchase of In-App items"

4.12.12

CONFIDENTIAL

Amazon_00298738

# The Problem

Refund requests are often due to accidental in-app purchases which are driving about 2% of Appstore contacts; between January and February 2012. This results in an increased customer effort. Over 95% of all refund requests are given to the customers. The average refund per in-app item is $15 and the average numbers of purchases refunded per contact is 2. The resulting cost is $30 plus Amazon's operational costs per call.

CONFIDENTIAL

# Problem

2% of Appstore contacts are related to In-app purchases, these contacts result in refunds

Amazon_00298740



CONFIDENTIAL

Amazon_00298741

# Our 5 "Why's"

Fish Bone

1. Customer <u>allows access</u> of Kindle Fire to someone other than themselves.
2. Customers assumed there would be <u>purchase protection</u> on Kindle Fire.
3. Because other tablets/appstores/electronic devices have <u>purchase protection</u>.
4. Prevent unwanted purchases/<u>give control to the customer</u>.
5. We want the customer to have a <u>secure and informed buying experience</u>.

## How does Amazon give a secure and informed buying experience?

### By educating the customer on purchases that can be made from the Amazon Appstore and within individual applications.

CONFIDENTIAL

# The Chinese Buffet

- These solutions are meant to be interchangeable, just like a buffet.
  - Pick two sides, an entrée, and a type of salad and enjoy.
- In this case pick the solutions you like and match them with other solutions or use individually.

CONFIDENTIAL

Amazon_00298743

# Likert Scale

Re do likett

| | | | | |
|---|---|---|---|---|
| Website Detail Page | 4 | 3 | 3 | 36 |
| On Device IAP Buy Screen | 2 | 2 | 5 | 20 |
| Website Help Pages | 3 | 3 | 2 | 18 |
| On Device Registration | 2 | 2 | 4 | 16 |
| On Device Buy Screen | 2 | 2 | 4 | 16 |
| Renaming: Amazon | 3 | 4 | 1 | 12 |
| Renaming: Developer | 2 | 4 | 1 | 8 |
| On Device US Dollars | 2 | 2 | 1 | 4 |
| | | | | |
| CSC Refund Tab: Device | 4 | 4 | 5 | 80 |
| CSC Refund Tab: Returns and Refunds | 4 | 4 | 4 | 64 |
| | | | | |
| Refund: Pop up screen | 1 | 1 | 4 | 4 |
| Refund: Digital Order | 1 | 2 | 2 | 4 |
| Refund: Your Apps and Devices | 1 | 2 | 2 | 4 |
| | | | | |
| #1 Lifetime options | 3 | 2 | 4 | 24 |
| #2 Statusque | 4 | 2 | 1 | 8 |

| | | |
|---|---|---|
| 6+ | Many resources/teams | 10-29% |
| 3-6 mo | Couple of teams | 30-49% |
| 1-3 mo | 1 Team | 50-69% |
| 2-4wks | 1-5 POC | 70-89% |
| <7 Days | Min/$0 | 90%+ |

The Likert Scale categories reference slides in this presentation

Effectiveness is relative to the categories

## Examples

- How effective is the education
- Where is the most logical place to put a refund button in CSC

CONFIDENTIAL

Amazon_00298744

# Solution Breakdown

- Our solutions are broken down into 5 sections
  - Education:
    - Educating the customer of what IAP are and how to prevent them.
  - CSC:
    - Helping our CSA lower their AHT by giving them tools to find IAP faster and giving them better situational awareness.
  - Customer Facing Refund:
    - Allowing the customer controlled chances to refund an accidental purchase themselves without calling CS.
  - Policy:
    - Providing consistent CS experiences by having a clear policy.
  - Bank statement:
    - Changing the phone number on the automated emails to the Appstore number.

CONFIDENTIAL

Amazon_00298745



# Education

Amazon_00298746

# Education

- For education there are three areas where the customer should be informed about in-app purchasing:
  - On the website
  - On the devices
  - The name of the IAP

CONFIDENTIAL

Amazon_00298747

# Education: Web

## The buy screen of app item

- A visual indicator informing the customer calling ...... ... app purchase ability of the application. This would be in the parent app's product detail page.

- A "What is this?" option at the end will explain what in-app purchases are in a pop up text box in conversational language.



Amazon_00298748



# Education: Device

## The buy screen of ap[...]

Needs Development link
back to Parental

The first time a customer makes a[...] [...]ndow
appears educating the customer and giving the opportunity to
set a pin.

amazon    for Android                                  Cancel ✕

Thank you for discovering Amazon's in-app purchasing option! In-app purchases allow you to enhance your gaming experience. To complete your purchase, enter your password to set up a pin for your device's parental controls on in-app purchases.

Continue

Forgot Password?                                    Continue without PIN

CONFIDENTIAL

Amazon_00298749

# Education: Web
# Help page video exp.

Focus group on mock ups

- Help page Video explaining what app vs. IAP are.



- IAP education on main page of the Appstore page.



CONFIDENTIAL

Amazon_00298750

# Education: Web
# Searching for "in-app" in Amazon Help pages

- Brought to a search result which is titled for in-app purchasing.
- Page will contain examples and clear messaging.



**② Help**

**Topics**

Shipping & Delivery
Changing or Canceling Orders
Returns and Refunds
Problem with an Order
Payment, Pricing & Promotions
Placing an Order
Kindle
MP3, Instant Video & Apps
Gifts, Gift Cards & Gift Registries
Privacy, Security & Accessibility
Site Features
Ayuda en Español
Selling at Amazon.com
Author, Publisher & Vendor Guides
About Amazon

**Search Help:** In-App     [ Search Help ]

## Search Results for "In-App"

Digital Products   Amazon Appstore for Android

**In-App purchasing**

In-app purchasing allows you to use real money to buy currency or items for a particular app on the Amazon Appstore. These purchases us 1-click and will require a valid debit or credit card on the account, or an Amazon giftcard.

**Purchasing Apps**

To use a Gift Card or promotion code to purchase an app, please be sure to first add the balance to your account before placing your order. You can find more information about adding Gift Cards or promotional credits to your account here.

Digital Products   Kindle Support   Kindle Fire   Using Kindle Fire

**Apps: Amazon Appstore on Kindle Fire**

With Amazon Appstore for Android, you can shop for and instantly download apps and games to your Kindle Fire. You can also take advantage of the Free App of the Day and download a new paid app every day.

CONFIDENTIAL

Amazon_00298751

# Education: Device
# When registering the Appstore

- When registering, for the first time or after a factory reset or clear data, a screen identifying what apps are and what in-app purchasing means comes up.

- This is one more thing that can be bypassed if the customer chooses.



Amazon_00298752

# Education: Device
## The buy screen of an application

- A visual indicator informing the customer calling out the in-app purchase ability of the application. This would be in the parent app's product detail page.

- A "What is this?" option at the end will explain what in-app purchases are in a pop up text box in conversational language.



# Education: Name of the IAP
# Parent (App) / Child (in-app) relationship

- <u>Change the description name of all in-app purchases to include the parent app name.</u>
  - Current: 16 CASH  (Apps for Android)
  - Suggested: 16 CASH -TOP GIRL IN-APP Purchase
- Customer often call in not knowing what the charge is for due to lack of information regarding the item that has been purchased.

CONFIDENTIAL

# Education: Device
# The buy screen of the IA item

- Must reflect US dollars. Current state is misleading. It appears to the customers it is virtual money.





CONFIDENTIAL

# CSC:

## Current State

- We do not have a place in CSC where we can see in-app purchases with the exception of looking through the order history or retail and digital orders.

- We are suggesting a way for the CSA to be able to filter to in-app purchases quickly and easily, with the ability to see if any have been refunded in the past.

- This will reduce handle time and make it easier for the CSA to make the correct educated decision based on the situation.

CONFIDENTIAL

Amazon_00298757

# CSC:

# Fish score

- This is if we have to spoof the account, to find out what devices are registered to the account if they don't have a Kindle Fire, to find out what device purchased the apps.

- Currently it takes 23 clicks to spoof the account.

| Activity | Number of Clicks | Multiplier | Result |
|---|---|---|---|
| Current Screen | 7 | x1 | 7 |
| Hover Over | 1 | x2 | 2 |
| Scroll | 0 | x3 | 0 |
| Multiple Screens - Same UI | 0 | x5 | 0 |
| Multiple Screens - Different UI | 15 | x10 | 150 |
| | | | |
| TOTAL | 23 | | 159 |

CONFIDENTIAL

Amazon_00298758

# CSC:

## Devices tab

- Have a 2nd level hierarchy for "Appstore Devices" and mirror the format like the 2nd level hierarchy "Kindle".



CONFIDENTIAL

# CSC:
## Refund tab

- In the refund tab in CSC, having a 2nd level hierarchy to filter by in-app purchases.



Amazon_00298760



Refunds

Amazon_00298761

# Refunds

- Time limit on all options:
  - By extending the window for a customer to give themselves a refund, we eliminate an increasing number of contacts from calling Amazon.
  - Recommended: 12 hours after purchase (33% reduction) or 24 hours (52% reduction).
  - Mirror Kindle e-book returns: 7day (80% reduction).

# Refunds

- After customer requests a refund themselves, a pop up screen educating customers on how they can prevent future purchases
- This would be implemented after all of our following suggestions.



# Refunds: Digital orders

View order > Refund Button



Amazon_00298764

# Refunds:
# Mirror MYK to "Your Apps and Device"

- Expandable hierarchy under each app that would reflect the in-app purchases that have been made
  - Refund option showing
- Alternatively:
  - Under action > Your in-app items > refund option showing





Policy

# Policy:
## Current State

- We have adapted an old policy from AIV which was designed to monitor bad experiences of customers.

- The official policy is we do not give a refund with the exception of accidental purchases.

- The reality is CSAs are refunding 99% of the time and educating the customer of what an IAP is and how to prevent them if wanted.

CONFIDENTIAL

# Policy:
# Option #1

- Up to 3 customer issued refunds will be allowed. Customer has specific time period from order time to use this option (digital online refunds center). After these have been used, the refund button would be removed on the customer's end.
- 1 CSA contact refund will be allowed within a set time period.
- After options "a" and "b" have been used, we inform the customer of the educational pieces provided by Amazon, the terms and conditions, and the help pages and do not offer additional refunds.
- Notes: The longer we allow the customer to induce a refund themselves the more contact we potentially prevent from calling Amazon. The maximum percent of current calls we could reduce are as follows:

| Time Period | % of Total Call Eliminated |
|---|---|
| Up to 1 hr | 15% |
| Up to 12 hr | 33% |
| Up to 24 hr | 52% |
| Up to 1 week | 80% |

# Policy:
# Option #2: Statuesque

- Writing our current practices down as the policy. This would be the statuesque.
  - We give a one-time refund to the customer, no time limit, no dollar amount cap.
    - If large amount of money, get X-chat or lead approval.
  - We educate the customer on in-app controls.
  - Annotate a refund was given on the order level.

Amazon_00298769



# Bank Statement

## (Spin-off)

CONFIDENTIAL

Amazon_00298770

# Bank statement

○ Change the provided phone number associated with the charge on the customer's bank statement.

○ Customer can then call the correct department the first time.





Spin-off

CONFIDENTIAL

## Education: Device Mirror of MP3

- When tapping on "buy" a screen will open mirrored from the MP3 purchase process. This requires the customer to accept the terms and agreements of the Appstore every time an in-app purchase is made.

- Feedback from MP3 is they do not have many accidental purchases and do not receive many complaints on the process.



CONFIDENTIAL

# CSC:

## Payment Methods tab

Kindle/Devices Tab. Brian Black, a member of the CSC Dev team has confirmed there is available real estate under the Kindle/Device Tab, we could implement a 2nd level hierarchy this would provide a filter for an "App Library" to filter the parent app orders and the in-app orders underneath.



| Orders | Payment Methods | Transactions | Returns & Refunds | Addresses | Registries | Subscriptions | Annotations | Devices | Kindle | Author Account |

Credit Accounts | Purchase Delegation | PayPhrases | Promos | Gift Certificates | App Library | Rewards Points

CONFIDENTIAL

Amazon_00298774

# EXHIBIT 308

# amazon.com.

YOUR ACCOUNT | HELP

**Thanks for your order,** [ Redacted – Sensitive Personal Information ]
Did you know you can view and edit your orders online, 24 hours a day? Visit Your Account.
Reading from a mobile device? Open the Amazon Appstore for Android or download it to your device.

**Order Information:**

**E-mail Address:** [ Redacted – Sensitive Personal Information ]
**Billing Address:**

[ Redacted – Sensitive Personal Information ]

**Order Grand Total: $0.00**

Earn 3% rewards on your Amazon.com orders with the Amazon Visa Card. Learn More

**Order Summary:**

Details:

| | |
|---|---|
| **Order #:** | D01-6357784-0924740 |
| Subtotal of items: | $0.00 |
| | ------ |
| Total before tax: | $0.00 |
| Tax Collected: | $0.00 |
| | ------ |

**Total for this Order: $0.00**

The following item is available now. See all your apps and registered devices in **Your Apps & Devices**.

**Full Game Unlock** [Apps for Android] $0.00
Sold By: Amazon Digital Services, Inc.

---

You can review your orders in Your Account. If you've explored the links on that page but still have a question, please visit our online Help Department.
Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.
Thanks again for shopping with us.
**Amazon.com**
**Earth's Biggest Selection**
Prefer not to receive HTML mail? Click here



EXHIBIT
308
Rubenson
PENGAD 800-631-6989

Amazon_00379861



## Order Confirmation
Order #D01-8900277-6688966

### Hello [redacted],

Thank you for shopping with us. Amazon Appstore lets you instantly download games and mobile apps to your device. You can manage your apps and devices connected to your account from Your Apps and Devices.

---

**Manage your apps and connected devices in:**



## Order Details

Order #D01-8900277-6688966
Placed on Saturday, August 1, 2015



Extra Small Gold Bar Package          **$0.99**
*Amazon Appstore*
Sold by Amazon Digital Services, Inc.
Review this item



| | |
|---|---|
| Item Subtotal: | $0.99 |
| Promotions: | -$0.00 |
| Total Before Tax: | $0.99 |
| Tax Collected: | $0.00 |
| **Grand Total:** | **$0.99** |

Paid by credit/debit card

Learn more about Amazon Appstore in <u>Help</u>.

We hope to see you again soon!
**Amazon.com**

## Customers Who Bought Extra Small Gold Bar Package Also Bought



<u>Farm Heroes Saga</u>
$0.00



<u>Bubble Witch 2 Saga</u>
$0.00



<u>AlphaBetty Saga</u>
$0.00

You can view your receipt or invoice by visiting the <u>Order details</u> page.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.