THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. C14-1038-JCC<br><br>MINUTE ORDER SCHEDULING ORAL ARGUMENT AND VACATING TRIAL DATE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Federal Trade Commission's Motion for Summary Judgment, (Dkt. Nos. 109, 138), Defendant Amazon.com's Response (Dkt. Nos. 167 and 179), the FTC's Reply (Dkt. Nos. 182 and 184), and Amazon's Surreply (Dkt. No. 195). In its opposition brief, Amazon requested oral argument. (Dkt. No. 179 at 1.)

The Court hereby SETS oral argument on the FTC's Motion for Thursday, April 21, 2016 at 9:00 a.m. *Jasinski v. Showboat Operating Co.*, 644 F.2d 1277, 1278 (9th Cir. 1981) (By granting summary judgment without oral argument despite Showboat's timely request for oral argument, the district court violated Fed. R. Civ. P. 56 and its own local rules.) The trial date of May 2, 2016 is hereby VACATED until the resolution of the parties' pending motions for summary judgment. (Dkt. Nos. 109, 138, 92, and 93.) The Court will address Amazon's pending

MINUTE ORDER SCHEDULING ORAL
ARGUMENT AND VACATING TRIAL DATE,
C14-1038-JCC
PAGE - 1

1  Motion for Partial Summary Judgment (Dkt. Nos. 92 and 93) in a separate order, and the parties
2  need not prepare argument on the issue of injunctive relief at this time.
3         The Clerk is directed to RENOTE the FTC's Motion (Dkt. Nos. 109, 138) for Thursday,
4  April 21, 2016.
5         DATED this 14th day of April 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
