THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | No. 2:14-CV-01038-JCC<br><br>**AMAZON.COM, INC.'S PROPOSED REVISIONS TO REDACTIONS WITHIN COURT ORDER** |

On April 26, 2016, the Court entered under seal an Order Granting Amazon's Motion for Partial Summary Judgment and Granting in Part the FTC's Motion for Summary Judgment. (Dkt. 224.) Later that same day, the Court entered a redacted version of the same order. (Dkt. 225.) On April 27, 2016, Amazon notified the Court that certain third parties were able to identify from the redacted order the text intended by the Court to be maintained under seal, and the Court subsequently removed that order from the docket.

In light of the dissemination of unredacted text, and consistent with Amazon's previous efforts to minimize the amount of information maintained under seal, Amazon has in good faith reviewed all of the Court's redactions contained in the April 26 Order and determined that some of the redacted information need not further be maintained under seal.

Amazon attaches to this filing a proposed revised copy of the Court's April 26, 2016,

AMAZON'S PROPOSED REVISIONS TO
REDACTIONS WITHIN COURT ORDER
(No. 2:14-CV-01038-JCC) – 1

24976-0374/130800689.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Order with fewer redactions than the Court originally entered.

3  DATED: April 28, 2016

5  *s/ Harry H. Schneider, Jr.*  *s/ Danielle R. Foley*
Harry H. Schneider, Jr. WSBA No. 9404  J. Douglas Baldridge WSBA No. 37247
David J. Burman WSBA No. 10611  Danielle R. Foley (admitted *pro hac vice*)
Jeffrey M. Hanson WSBA No. 34871  **Venable LLP**
**Perkins Coie LLP**  575 7th Street, NW
1201 Third Avenue, Suite 4900  Washington, DC 20004
Seattle, WA 98101-3099  Telephone: (202) 344-4000
Telephone: 206.359.8000  Facsimile: (202) 344-8300
Facsimile: 206.359.9000  jbaldridge@venable.com
HSchneider@perkinscoie.com  drfoley@venable.com
DBurman@perkinscoie.com
JHanson@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

---

AMAZON'S PROPOSED REVISIONS TO
REDACTIONS WITHIN COURT ORDER
(No. 2:14-CV-01038-JCC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24976-0374/130800689.1

**CERTIFICATE OF SERVICE**

I certify that on April 28, 2016, I electronically filed the foregoing Amazon.com, Inc.'s Proposed Revisions to Redactions within Court Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of April, 2016.

*s/ Harry H. Schneider, Jr.*

AMAZON'S PROPOSED REVISIONS TO
REDACTIONS WITHIN COURT ORDER
(No. 2:14-CV-01038-JCC) – 3

24976-0374/130800689.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000