# Exhibit A

| | |
|---|---|
| **From:** | Schneider, Harry  (Perkins Coie) <HSchneider@perkinscoie.com> |
| **Sent:** | Wednesday, April 27, 2016 7:16 PM |
| **To:** | Adler, Jason; Allen, Heather Garms |
| **Cc:** | Weiss, Eric J.  (Perkins Coie); Hanson, Jeff  (Perkins Coie) |
| **Subject:** | FTC v. Amazon |

Dear Heather and Jason:

It has come to our attention, and perhaps to your attention as well, that the publicly released redacted version of Judge Coughenour's order can be cut and pasted to reveal the language the Court intended to redact.

We are alerting the Court's clerk to the error, and asking that the Pacer version of the Order be replaced with a truly redacted version.  We have little hope of retrieving the versions already circulating among the media, but we also intend to notify Westlaw of the error and ask that it replace the un-redacted version posted today with a fully redacted version.

We will also provide the clerk with a proposed redacted version that has fewer redactions than the redacted version released by the Court yesterday.

Because the redacted material is entirely Amazon information, we did not think it necessary to seek your joinder in this request, particularly given the later hour in D.C.


Harry H. Schneider, Jr.  |  Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8508
F. +1.206.359.9508
E. HSchneider@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.