# Exhibit B

# Allen, Heather Garms

**From:** Adler, Jason
**Sent:** Tuesday, May 03, 2016 3:42 PM
**To:** 'Schneider, Harry (Perkins Coie)'
**Cc:** Hanson, Jeff (Perkins Coie); Allen, Heather Garms; Ricci, Jane; Weiss, Eric J. (Perkins Coie)
**Subject:** RE: Amazon

Harry, the proposal remains the same as mentioned in my 4/29 and 5/2 emails: We plan to move to unseal the record on summary judgment, which includes the order, the briefing, and the exhibits. We understand Amazon's general position is that certain material should be redacted or sealed. But, again, if there are specific bases for the proposed redactions Amazon filed on 4/28/16, please us know. Amazon's 4/28 "proposed revisions" filing does not identify any.

**From:** Schneider, Harry (Perkins Coie) [mailto:HSchneider@perkinscoie.com]
**Sent:** Monday, May 02, 2016 6:04 PM
**To:** Adler, Jason
**Cc:** Hanson, Jeff (Perkins Coie); Allen, Heather Garms; Ricci, Jane; Weiss, Eric J. (Perkins Coie)
**Subject:** RE: Amazon

We'd be happy to take a look at your proposal and let you know prior to filing it whether we can agree to any of it.

Harry H. Schneider, Jr. | Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8508
F. +1.206.359.9508
E. HSchneider@perkinscoie.com

**From:** Adler, Jason [mailto:jadler@ftc.gov]
**Sent:** Monday, May 02, 2016 2:38 PM
**To:** Schneider, Harry (Perkins Coie)
**Cc:** Hanson, Jeff (Perkins Coie); Allen, Heather Garms; Ricci, Jane; Weiss, Eric J. (Perkins Coie)
**Subject:** RE: Amazon

As mentioned below, we plan to move to unseal the record on summary judgment. In light of the dispositive ruling, beyond the typical presumption of public interest, there is now a demonstrable (and demonstrated) public interest in the record underlying the ruling. We do not think there is an interest in maintaining material as redacted that outweighs that public interest.

With respect to the Court's order in particular, we understand Amazon's general position to be that financial information should remain redacted/under seal, but if there are specific bases for the proposed redactions Amazon filed on 4/28/16, please let us know what they are.

Jason

**From:** Schneider, Harry (Perkins Coie) [mailto:HSchneider@perkinscoie.com]
**Sent:** Monday, May 02, 2016 4:29 PM
**To:** Adler, Jason
**Cc:** Hanson, Jeff (Perkins Coie); Allen, Heather Garms; Ricci, Jane; Weiss, Eric J. (Perkins Coie)
**Subject:** RE: Amazon

Let us know what portions, if any, you would agree can remain redacted in the most recent version issued by the Court, and we will promptly let you know if that is agreeable to Amazon.

Given that Judge Coughenour already has made an informed decision as to what limited redactions should be made, we are not optimistic that the Court will readily reconsider the previous decisions.

Harry H. Schneider, Jr. | Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8508
F. +1.206.359.9508
E. HSchneider@perkinscoie.com

**From:** Adler, Jason [mailto:jadler@ftc.gov]
**Sent:** Friday, April 29, 2016 2:46 PM
**To:** Schneider, Harry (Perkins Coie)
**Cc:** Hanson, Jeff (Perkins Coie); Allen, Heather Garms; Ricci, Jane
**Subject:** Amazon

Harry—

I write concerning the public redacted version of the Court's ruling on summary judgment. Given that it is a dispositive ruling concerning a federal government agency's enforcement of a federal statute, we think there is a significant public interest in the record underlying the decision. Accordingly, we anticipate moving to unseal the record.

We understand Amazon may not wish to withdraw all of its confidentiality designations over the portions of the record that remain redacted/under seal. That said, if there are specific portions of the record (especially the briefing) that Amazon agrees can be unredacted at this point—particularly in light of Amazon's proposed revisions to the Court's order—please let us know so we can narrow the issues before the Court. We can discuss by phone Monday.

Separately, it's come to our attention that there is a version of the order attached to a Law 360 article with similar redaction formatting issues to the ones you emailed us about on Wednesday. Just wanted you to be aware.

Regards,

Jason

**Jason M. Adler**
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-10232
Washington, DC  20580
(202) 326-3231
jadler@ftc.gov

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.