UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | **Case No. 2:14-cv-01038-JCC**<br><br>**NOTICE OF FACTS RELATING TO THE FTC'S REQUEST FOR RELIEF AND AMAZON.COM, INC'S OFFER OF PROOF** |

NOTICE OF FACTS RELATING TO RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3231

1

Plaintiff Federal Trade Commission ("FTC") gives notice of facts related to the FTC's request for relief on its motion for summary judgment:

1. On April 26, 2016, the Court granted summary judgment to the FTC on its claim that Amazon.com, Inc. ("Amazon") has violated Section 5 of the FTC Act by unfairly billing consumers for unauthorized in-app charges. (Dkt. 224 at 21.) The Court invited further briefing on the final amount of monetary relief. The Court specifically held that "continuous unauthorized purchases on First Generation devices" are "relevant injury" for purposes of that calculation. *Id*. at 22.

2. The FTC initially approximated monetary relief using transactional data Amazon produced during discovery. (*See* Dkt. 109 and 138 at 28.) That data ran through December 2014.[1] (Dkt. 156 and 158 at 4 n.3.) As a result, continuous unauthorized charges on First Generation devices were not reflected in the FTC's initial approximation of monetary relief.

3. The ongoing billing for charges without password entry at price points below $1 on First Generation devices also was not reflected in Amazon's April 20, 2016 submission, styled as an "offer of proof" (Dkt. 220), which this Court considered in ruling on the FTC's motion for summary judgment. (Dkt. 224 at 22.) Given the timing of that submission (more than seven weeks after the close of briefing on the FTC's motion for summary judgment, and on the eve of oral argument on that motion), the FTC was unable to address the submission in briefing or during oral argument.

4. The FTC supplements its request for relief based on now-available data and on this Court's holding that continuous unauthorized charges on First Generation devices should be included in the final amount of monetary relief owing from Amazon's practices. The FTC makes

---

[1] Amazon generally did not produce to the FTC during discovery requested documents or information dated after December 2014, though Amazon provided certain information from 2015 to support its defenses. (*See, e.g.*, Dkt. 95, Ex. E; Dkt. 168, Exs. A, F.) The FTC's requests for data included documents sufficient to show "the number of In-App Charges incurred, revenue for the In-App Charges, [and] number and dollar amount of refunds for In-App Charges" for apps by month and by price point (FTC's Request for Production No. 1) and transactional data (FTC's Interrogatory No. 2) Amazon was ordered to produce (Dkt. 48).

NOTICE OF FACTS RELATING TO RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3231

2

1  this submission now to give Amazon the opportunity to address such charges in its May 27, 2016
2  supplemental brief.

3   5. Based on data Amazon produced about ongoing charges below $1 on First
Generation devices after the FTC filed its motion for summary judgment, Dkt. 168 and 169, Ex.
F, the following charges from 2015 are relevant to this Court's determination of relief:

| 2015 Revenue for Kids' App Charges Below $1 on First Generation devices | 2015 Refunds for Kids' App Charges Below $1 on First Generation devices |
|---|---|
| ■ | ■ |

(*See* Dkt. 168 and 169, Ex. F at 1.) Applying the FTC's Unauthorized Charge Rate to the revenue for these charges and deducting refunds equals an additional ■ in monetary relief.

   6. Contrary to Amazon's representation that it "stopped selling" First Generation devices in August 2012, Dkt. 189 at 6, the devices have been and continue to be sold on Amazon.com, including from "Amazon Warehouse Deals." Decl. of Patrick Eagan-Van Meter (attached hereto), ¶ 4. Consumers accordingly can purchase such devices (including from Amazon's website) as of the date of this filing, and users continue to be able to incur charges below $1 without express, informed authorization.

   7. Amazon has not produced data relating to in-app charges on First Generation devices beyond 2015. If Amazon provides such data in its May 27, 2016 supplemental brief, the FTC can reasonably approximate requested relief for 2016 using that data. In the absence of such data, the FTC makes the following reasonable approximation of projected monthly revenue and refunds for First Generation devices in 2016, based on the lowest monthly totals in 2015:

| Projected 2016 Monthly Revenue for Charges Below $1 on First Generation devices | Projected 2016 Monthly Refunds for Charges Below $1 on First Generation devices |
|---|---|
| ■ | ■ |

(*See* Dkt. 168 and 169, Ex. F at 1.) Applying the FTC's Unauthorized Charge Rate to the revenue for these charges and deducting refunds equals an additional ▮▮▮▮▮▮▮ in monetary relief per month. Through April 2016, in combination with the FTC's request for monetary relief to date, the total amount sought equals **$26,541,207.30**.

8. Because these charges are ongoing and the date on which the Court will enter its final order in this case is uncertain, the FTC cannot at this point approximate the total relief owing from charges below $1 on First Generation devices. The FTC nonetheless requests that this Court consider the above in entering such relief as it deems just and proper at the conclusion of this case.

Dated: May 9, 2016

/s/ Jason M. Adler
JASON M. ADLER
HEATHER ALLEN
JANE M. RICCI
MIYA TANDON
KATHARINE ROLLER
HELEN WONG
jadler@ftc.gov, hallen@ftc.gov, jricci@ftc.gov,
mtandon@ftc.gov, kroller@ftc.gov,
hwong@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232
Washington, DC 20580
P: (202) 326-3231, (202) 326-2038,
(202) 326-2269, (202) 326-2351, (202) 326-3582,
(202) 326-3779
F: (202) 326-3239

LAURA M. SOLIS, WA Bar No. 36005
lsolis@ftc.gov
Federal Trade Commission
915 2nd Avenue, Suite 2896
Seattle, WA 98174
P: (206) 220-4544
F: (206) 220-6366

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

NOTICE OF FACTS RELATING TO RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3231

4

**CERTIFICATE OF SERVICE**

I, Jason M. Adler, certify that on May 9, 2016, I electronically filed the foregoing Notice of Facts Relating to the FTC's Request for Relief and Amazon.com, Inc.'s Offer of Proof with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

By: /s/ Jason M. Adler
Jason M. Adler

NOTICE OF FACTS RELATING TO RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3231

5