THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

              Plaintiff,

    v.

AMAZON.COM, INC.,

              Defendant.

No. 2:14-CV-01038-JCC

**JOINT REPORT REGARDING SEALED
SUMMARY JUDGMENT RECORD**

The Court's June 20, 2016, Order on Motion to Intervene and Motion to Unseal directed "the parties to review the summary judgment record to determine what materials, if any, may be unsealed." Dkt. 261, at 4. The parties have completed their review, and consistent with the Court's Order, Amazon.com, Inc. ("Amazon"), the Federal Trade Commission ("FTC"), and intervenors Professor Rebecca L. Tushnet and MediaPost Communications ("Intervenors") hereby submit this Joint Report Regarding Sealed Summary Judgment Record.

To comply with the Court's Order, both Amazon and the FTC re-reviewed the entire summary judgment record. Amazon identified sealed information that it agrees can be unsealed (i.e., more narrowly redacted versions of documents currently filed publicly or redacted versions of documents currently filed solely under seal). Amazon provided the FTC and Intervenors with these redacted documents. The FTC and Intervenors identified additional sealed information that they contended should be unsealed and/or that they believed Amazon would agree would be

JOINT REPORT REGARDING SEALED
SUMMARY JUDGMENT RECORD
(No. 2:14-CV-01038-JCC) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    appropriate for unsealing.  Amazon reviewed each of those recommendations and agreed with

2    many, but not all, of them.

3        Based on Amazon's review and after conferring with the FTC and Intervenors, Amazon

4    agrees that documents identified below may be filed publicly in redacted or less-redacted form.

5    To accomplish this purpose, redacted or more narrowly redacted versions of the identified

6    documents are attached as exhibits to this Joint Report.  For each such document, the table below

7    identifies the current docket number(s) corresponding to each document, where bracketed entries

8    refer to sealed versions.  Some documents have multiple publicly filed versions because Amazon

9    or the FTC previously filed a version with fewer redactions than those in the prior publicly filed

10   version (or filed a redacted version of a document filed only under seal at the time).

| Attachment | Dkt. #(s) | Title |
| --- | --- | --- |
| -1 | 98, [109], 138, 142-4, 144-1 | Plaintiff's Motion for Summary Judgment |
| -2 | 104, [112], 142-4 | Plaintiff's Motion in Limine to Exclude Expert Testimony |
| -3 | [156], 158 | Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment |
| -4 | [182], 184 | Plaintiff's Reply in Support of its Motion for Summary Judgment |
| -5 | [188], 189 | Amazon's Reply in Support of Its Motion for Partial Summary Judgment |
| -6 | [113], 142-1 (at 5-9) | Ex. 12 to 2/2/2016 Rahamim Declaration |
| -7 | [113], 142-1 (at 10-38) | Ex. 15 to 2/2/2016 Rahamim Declaration |
| -8 | [114], 142-1 (at 39-47) | Ex. 17 to 2/2/2016 Rahamim Declaration |
| -9 | [115], 142-1 (at 60-68) | Ex. 53 to 2/2/2016 Rahamim Declaration |

JOINT REPORT REGARDING SEALED
SUMMARY JUDGMENT RECORD
(No. 2:14-CV-01038-JCC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| Attachment | Dkt. #(s) | Title |
|---|---|---|
| -10 | [116], 142-1 (at 69-73) | Ex. 54 to 2/2/2016 Rahamim Declaration |
| -11 | [116] | Ex. 65 to 2/2/2016 Rahamim Declaration |
| -12 | 142-2 (at 1-8) | Ex. 92 to 2/2/2016 Rahamim Declaration |
| -13 | [117] | Ex. 98 to 2/2/2016 Rahamim Declaration |
| -14 | [118] | Ex. 105 to 2/2/2016 Rahamim Declaration |
| -15 | [118] | Ex. 107 to 2/2/2016 Rahamim Declaration |
| -16 | [162], 161-1 (at 16-27) | Ex. 108 to 2/22/2016 Adler Declaration |
| -17 | [162], 161-1 (at 28-38) | Ex. 109 to 2/22/2016 Adler Declaration |
| -18 | [119], 142-2 (at 9-12) | Ex. 112 to 2/22/2016 Adler Declaration |
| -19 | [119], 142-2 (at 13-25) | Ex. 121 to 2/2/2016 Rahamim Declaration |
| -20 | [119] | Ex. 124 to 2/2/2016 Rahamim Declaration |
| -21 | [120] | Ex. 140 to 2/2/2016 Rahamim Declaration |
| -22 | [120], 142-2 (at 29-37) | Ex. 141 to 2/2/2016 Rahamim Declaration |
| -23 | [121]. 142-2 (at 38-42) | Ex. 145 to 2/2/2016 Rahamim Declaration |
| -24 | [122], 142-2 (at 43-51) | Ex. 154 to 2/2/2016 Rahamim Declaration |
| -25 | [162], 161-1 (at 39-44) | Ex. 156 to 2/22/2016 Adler Declaration |
| -26 | [124], 142-2 (at 52-60) | Ex. 202 to 2/2/2016 Rahamim Declaration |
| -27 | [162], 161-1 (at 45-51) | Ex. 203 to 2/22/2016 Adler Declaration |
| -28 | 106-4 (at 52-102), [126], 142-2 (at 61-112) | Ex. 337 to 2/2/2016 Rahamim Declaration |
| -29 | [127], 142-3 (at 1-52) | Ex. 340 to 2/2/2016 Rahamim Declaration |
| -30 | [127], 142-3 (at 53-75) | Ex. 500 to 2/2/2016 Rahamim Declaration |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| Attachment | Dkt. #(s) | Title |
|---|---|---|
| -31 | [127], 142-3 (at 143-154) | Ex. 508 to 2/2/2016 Rahamim Declaration |
| -32 | [127], 142-3 (at 155-163) | Ex. 509 to 2/2/2016 Rahamim Declaration |
| -33 | [127], 142-3 (at 164-179) | Ex. 510 to 2/2/2016 Rahamim Declaration |
| -34 | [127], 142-3 (at 180-197) | Ex. 511 to 2/2/2016 Rahamim Declaration |
| -35 | 161-2 (at 44-57), [165], 194 (at 26-39) | Ex. 544 to 2/22/2016 Adler Declaration |
| -36 | [224], 226-1, 253-1 | Order Granting Amazon's Motion for Partial Summary Judgment and Granting FTC's Motion for Summary Judgment |

FTC's Statement: For the reasons discussed in its prior briefing (Dkt. 229 & 238), the FTC believes the entire summary judgment record should be unsealed, including the Court's opinion (Dkt. 224).  In particular, information that is already public and material that does not contain financial data (*see in their entirety* Dkt. 122 at 1-10, Ex. 153 *and* Dkt. 162 at 14-19, Ex. 57; *see in significant part* Dkt. 118 at 1-21, Ex. 105; Dkt. 116 at 6-15 (redacted version at Dkt. 142-1 at 74-83), Ex. 61; Dkt. 162 at 1-13 (redacted version at Dkt. 161-1 at 1-13), Ex. 47; Dkt. 162 at 59-66, Ex. 531; Dkt. 163-65, Ex. 536) should not remain under seal.

Amazon's Response: As demonstrated in multiple submissions and in response to the Court's June 20 Order, Amazon has tried throughout this litigation to minimize the amount of material filed under seal.  With respect to each of the exhibits cited by the FTC in the preceding paragraph, Amazon has agreed that the quoted or cited material in the FTC's briefing may be publicly filed without redaction.  *See* Attachment 1 to this Joint Report, at 1, 2, 4; Attachment 3, at 16.  Particularly since the public will have access to the portion of the documents that the FTC brought to the Court's attention, Amazon's sensitive business

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

information (e.g., business/marketing planning and strategy) contained in the underlying documents should remain under seal.

Intervenors' Statement: Intervenors commend Amazon for having agreed to unseal many more parts of the summary judgment record than it had previously done. Because intervenors do not have access to the underlying unredacted record, intervenors have a limited ability to make arguments about whether particular redactions are justified, unlike the Federal Trade Commission whose counsel does have access do the unredacted record. (By contrast, intervenors did have access to the entire unredacted summary judgment ruling of the Court, and therefore presented detailed arguments about why each individual fragment of redaction in that opinion was unjustified). In assessing their position, intervenors note that the Federal Trade Commission still believes that the entire summary judgment record should now be disclosed.

However, intervenors do not agree with the application of any of the Court's past rulings to intervenors' request for unsealing. First, intervenors did not litigate the issue before summary judgment was granted; they are not seeking reconsideration of a ruling against them. Second, although intervenors recognize that the Court considers the FTC to be relitigating an issue that the Court decided in the pre-summary judgment period, intervenors understand that there was no truly adversary litigation about specific redactions. Third, once the Court has its summary judgment decision, the balancing calculus changes, and Amazon needs to justify each individual withholding based on the post-ruling calculus. Moreover, the passage of time affects the need for confidentiality; Amazon needs to justify its withholding based on the harm from disclosure in 2016.

Finally, intervenors took advantage of the fact that they could see behind the sealing of the summary judgment opinion to make particularized arguments about each redacted word,

number or phrase.  Amazon has never responded with a particularized argument about each redaction, and although the Court endorsed Amazon's position, its orders addressing those issues, DN 251, June 9, 2016, and DN 261, June 20, 2016, did not include a particularized explanation of its rulings.  Intervenors submit that the Court should provide such an explanation both so that the public can understand its ruling and so that the Ninth Circuit can have a basis to perform **its** review function, in the event of an appeal.  Consequently, intervenors urge the Court to insist on particularized justifications from Amazon for each redaction from the opinion, and to issue a particularized ruling on each redaction.

> Amazon's Response: Amazon disagrees that the Court should revisit its prior sealing decisions for the reasons discussed in Amazon's briefing and the Court's well-reasoned orders.  Although review of the Court's summary judgment Order was not a part of the Court's direction to the parties for this Joint Report, based on this effort, Amazon has identified two redactions in the current public version of the Order (Dkt. 253-1) that may be unsealed.  A revised version of the Order with these two changes is attached to this Joint Report, as indicated in the table above.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    DATED:  July 22, 2016

2

3    s/ Harry H. Schneider, Jr.                    /s/ Heather Allen
     Harry H. Schneider, Jr. WSBA No. 9404
4    David J. Burman WSBA No. 10611               JASON M. ADLER
     Jeffrey M. Hanson WSBA No. 34871             HEATHER ALLEN
5    Attorneys for Defendant Amazon.com, Inc.     JANE M. RICCI
                                                  MIYA TANDON
6    **Perkins Coie LLP**                         KATHARINE ROLLER
     1201 Third Avenue, Suite 4900               HELEN WONG
7    Seattle, WA  98101-3099                      jadler@ftc.gov, hallen@ftc.gov, jricci@ftc.gov,
     Telephone:  206.359.8000                     mtandon@ftc.gov, kroller@ftc.gov,
8    Facsimile:  206.359.9000                     hwong@ftc.gov
     HSchneider@perkinscoie.com                   Federal Trade Commission
9    DBurman@perkinscoie.com                      600 Pennsylvania Avenue N.W., CC-10232
     JHanson@perkinscoie.com                      Washington, DC 20580
10                                                P: (202) 326-3231, (202) 326-2038,
                                                  (202) 326-2269, (202) 326-2351, (202) 326-
11   s/ J. Douglas Baldridge                      3582, (202) 326-3779
     J. Douglas Baldridge WSBA No. 37247          F: (202) 326-3239
12   Danielle R. Foley (admitted *pro hac vice*)
     **Venable LLP**                              LAURA M. SOLIS, WA Bar No. 36005
13   575 7th Street, NW                           lsolis@ftc.gov
     Washington, DC 20004                         Federal Trade Commission
14   Telephone: (202) 344-4000                    915 2nd Avenue, Suite 2896
     Facsimile: (202) 344-8300                    Seattle, WA  98174
15   jbaldridge@venable.com,                      P: (206) 220-4544
     drfoley@venable.com                          F: (206) 220-6366
16
     Attorneys for Defendant Amazon.com, Inc.     Attorneys for Plaintiff
17                                                FEDERAL TRADE COMMISSION

18

19

20

21

22

23

24

25

26

JOINT REPORT REGARDING SEALED                                   **Perkins Coie LLP**
SUMMARY JUDGMENT RECORD                                    1201 Third Avenue, Suite 4900
(No. 2:14-CV-01038-JCC) – 7                                   Seattle, WA  98101-3099
                                                              Phone:  206.359.8000
                                                              Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**FOR INERVENORS**

/s/ Paul Alan Levy
Paul Alan Levy (pro hac vice)

Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

/s/ Tom Fitzpatrick
Tom Fitzpatrick (Bar No.  8894)

Talmadge/Fitzpatrick/Tribe
Suite C, Third Floor
2775 Harbor Avenue SW
Seattle, Washington  98126
(206) 574-6661
Tom@tal-fitzlaw.com

JOINT REPORT REGARDING SEALED
SUMMARY JUDGMENT RECORD
(No. 2:14-CV-01038-JCC) – 8