THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | CASE NO. C14-1038-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on Defendant Amazon.com's request for oral argument on the appropriate amount of monetary relief in this case (Dkt. No. 264). This request is GRANTED and the Court hereby SETS oral argument for Tuesday, October 4, 2016, at 9:00 a.m.

  DATED this 31st day of August 2016.

                William M. McCool
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk