# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C14-1038-JCC |

\_\_      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court found Defendant liable for violations of section 5 of the FTC Act (Dkt. No. 274-36) and ordered a notice-and-claims procedure as monetary relief (Dkt. No. 287).

DATED this 10th day of November 2016.

WILLIAM M. MCCOOL
Clerk of Court

 /s/ *Paula McNabb*
Deputy Clerk