UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | **Case No. 2:14-cv-01038-JCC**<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-2269

1

Notice is hereby given that Plaintiff Federal Trade Commission appeals to the United States Court of Appeals for the Ninth Circuit the Order Granting Amazon's Motion for Partial Summary Judgment (Dkt. No. 224), filed April 26, 2016, which was made final by the entry of Judgment (Dkt. No. 288) filed on November 10, 2016. All parties to the order appealed from, and the names and addresses of their attorneys, are set forth in the attached Representation Statement.

Dated: January 6, 2017   /s/ Jane M. Ricci
    `          JASON M. ADLER
               HEATHER ALLEN
               JANE M. RICCI
               MIYA TANDON
               KATHARINE ROLLER
               jadler@ftc.gov, hallen@ftc.gov, jricci@ftc.gov,
               mtandon@ftc.gov, kroller@ftc.gov,
               Federal Trade Commission
               600 Pennsylvania Avenue N.W., CC-10232
               Washington, DC 20580
               P: (312) 960-5614, (202) 326-2038,
               (202) 326-2269, (202) 326-2351, (202) 326-3582,
               F: (202) 326-3239

               LAURA M. SOLIS, WA Bar No. 36005
               lsolis@ftc.gov
               Federal Trade Commission
               915 2nd Avenue, Suite 2896
               Seattle, WA 98174
               P: (206) 220-4544
               F: (206) 220-6366

               Attorneys for Plaintiff
               FEDERAL TRADE COMMISSION

**Representation Statement**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2, the parties to the order appealed from, and their respective counsel, are as follows:

**Counsel for Plaintiff-Appellant Federal Trade Commission:**

David Shonka
Jason M. Adler
Heather Allen
Jane M. Ricci
Miya Tandon
Katharine Roller
Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232
Washington, DC 20580
(202) 326-2436, (312) 960-5614, (202) 326-2038,
(202) 326-2269, (202) 326-2351, (202) 326-3779

Laura M. Solis
Federal Trade Commission
915 2nd Avenue, Suite 2896
Seattle, WA 98174
(206) 220-4544

**Counsel for Defendant-Appellee Amazon.com, Inc.:**

J Douglas Baldridge
Danielle R Foley
VENABLE LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000, (202) 344-4000

John Goldmark
James C. Grant
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue Ste 2200
Seattle, WA 98101-3045
(206) 757-8068, (206) 757-8096

NOTICE OF APPEAL
Case No. 2:14-cv-01038-JCC

3

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-2269

1  David J. Burman
2  Harry H. Schneider, Jr.
   Jeffrey Hanson
3  Eric J. Weiss
   PERKINS COIE LLP
4  1201 3rd Ave, Ste 4900
   Seattle, WA, 98101
5  (206) 359-8426, (206) 359-8508,
   (206) 359-8000, (206) 359-3456
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I, Jane M. Ricci, certify that on January 6, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

By: /s/ Jane M. Ricci
Jane M. Ricci

NOTICE OF APPEAL
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-2269

5