UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　Defendant. | **Case No. 2:14-cv-01038-JCC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET DEADLINE FOR MONETARY RELIEF**<br><br>**NOTE ON MOTION CALENDAR:<br>April 26, 2017** |

STIPULATION AND ORDER TO SET
DEADLINE FOR MONETARY RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(312) 960-5614

24976-0374/135344917.1

Plaintiff Federal Trade Commission ("FTC") and Defendant Amazon.com, Inc. ("Amazon") stipulate as follows in order to reset the start date of the Consumer Redress Period in light of the parties' voluntary dismissal of their Ninth Circuit appeal and cross-appeal on April 4, 2017:

1. The Court's Order Determining Monetary Relief (the "Order") (Dkt. No. 287) prescribed that Amazon was to begin the notice-and-claims procedure prescribed by that Order at the start of a "Consumer Redress Period," defined as the twelve-month period beginning "upon the later of (1) January 31, 2017, or (2) 90 days after the entry of this Order." Because the Order was entered on November 10, 2016, the original applicable deadline for Amazon to begin the notice-and-claims procedure was 90 days after the entry of the Order: February 8, 2017.

2. On January 6, 2017, the FTC filed a Notice of Appeal (Dkt. No. 289) of the Court's Order Granting Amazon's Motion for Partial Summary Judgment (Dkt. No. 224).

3. On January 19, Amazon filed a Notice of Cross-Appeal (Dkt. No. 291), which included appeal of the Court's Order Granting (in Part) the FTC's Motion for Summary Judgment (Dkt. No. 224).

4. Also on January 19, Amazon moved to stay the Order and the notice-and-claims procedure it required (Dkt. No. 292), and on February 23, the Court granted Amazon's motion and stayed the implementation of the notice-and-claims procedure until the completion of the parties' appeals. (Dkt. No. 309.)

5. As part of a compromise resolution, the parties jointly dismissed their respective appeals on April 4, 2017 (*see* Dkt. No. 313) and reached agreement on certain aspects of the notice-and-claims process.

6. The compromise resolution requires Amazon to develop, implement, and test modifications to Amazon's currently designed notice-and-claims process.

7. Accordingly, the parties have stipulated that Amazon will have until June 1, 2017, to commence the notice-and-claims procedure in order to allow Amazon to make the necessary

STIPULATION AND ORDER TO SET
DEADLINE FOR MONETARY RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(312) 960-5614

changes to the procedure.  The date of launch of the notice-and-claims procedure will constitute the start of the 12-month "Consumer Redress Period" under the Court's Order.

8. Amazon has agreed to notify the FTC seven (7) days before the date on which it launches the notice-and-claims procedure.

Dated:  April 26, 2017

FEDERAL TRADE COMMISSION

*s/ Katharine Roller*
JASON M. ADLER
KATHARINE ROLLER
jadler@ftc.gov, kroller@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232
Washington, DC  20580
P: (312) 960-5614, (202) 326-3582
F: (202) 326-3239

Local Counsel:
LAURA M. SOLIS, WA Bar No. 36005
lsolis@ftc.gov
Federal Trade Commission
915 2nd Avenue, Suite 2896
Seattle, WA  98174
P: (206) 220-4544
F: (206) 220-6366

Attorneys for Plaintiff

AMAZON.COM, INC.

*/s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
David J. Burman, WSBA No. 10611
Jeffrey M. Hanson, WSBA No. 34871
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
HSchneider@perkinscoie.com
DBurman@perkinscoie.com
JHanson@perkinscoie.com

 */s/ J. Douglas Baldridge*
J. Douglas Baldridge WSBA No. 37247
Danielle R. Foley (*pro hac vice* forthcoming)
**Venable LLP**
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jbaldridge@venable.com,
drfoley@venable.com

Attorneys for Defendant Amazon.com, Inc.

---

STIPULATION AND ORDER TO SET
DEADLINE FOR MONETARY RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(312) 960-5614

24976-0374/135344917.1

**[PROPOSED] ORDER SETTING DEADLINE FOR MONETARY RELIEF**

Based on the foregoing stipulation, IT IS SO ORDERED.

Amazon shall have until June 1, 2017, to commence the notice-and-claims procedure defined in this Court's November 10, 2016 Order (Dkt. 287). The date of launch of the notice-and-claims procedure shall constitute the start of the twelve-month "Consumer Redress Period" under the Order. Amazon is to notify FTC counsel no less than seven (7) days before it initiates the notice-and-claims procedure.

DATED: _____

_____
The Honorable John C. Coughenour
United States District Court Judge

STIPULATION AND ORDER TO SET
DEADLINE FOR MONETARY RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(312) 960-5614

24976-0374/135344917.1

**CERTIFICATE OF SERVICE**

I, Katharine Roller, certify that on April 26, 2017, I electronically filed the foregoing Stipulation and [Proposed] Order to Set Deadline for Monetary Relief with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

By: /s/ Katharine Roller
Katharine Roller

STIPULATION AND ORDER TO SET
DEADLINE FOR MONETARY RELIEF
Case No. 2:14-cv-01038-JCC

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(312) 960-5614

24976-0374/135344917.1